# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

03/13/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 02-00693HG-LEK |
| CASE NAME: | Loveland Academy, LLC, et al. Vs. Patricia Hamamoto, et al. |

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | |
| DATE: | 03/13/2007 | TIME: | |

COURT ACTION:  EO: Re: Further Status Conference Re: Production of Financial Records currently set for 9:00 3/16/07 before Magistrate Judge Leslie E. Kobayashi. Special Master John Candon **need not be physically present for this conference.**

However, a Further Status Conference Re: Production of Financial Records is set for 9:00 3/30/07 before Magistrate Judge Leslie E. Kobayashi. **Special Master John Candon is to be physically present for this status conference.**

Submitted by: Warren N. Nakamura, Courtroom Manager