# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

03/16/2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:        CIVIL NO. 02-00693HG-LEK

CASE NAME:          Loveland Academy, LLC, et al. Vs. Patricia Hamamoto, et al.

ATTYS FOR PLA:      Carl M. Varady

ATTYS FOR DEFT:     Aaron H. Schulaner
                    Holly T. Shikada

INTERPRETER:

---

JUDGE:    Leslie E. Kobayashi          REPORTER:    Courtroom 7-No Record

DATE:     03/16/2007                   TIME:        9:10-9:20

---

COURT ACTION:   EP: Further Status Conference Re: Production of Financial Records held.  Carl M. Varady participated by phone.

Submitted by: Warren N. Nakamura, Courtroom Manager