# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

03/16/2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:   CIVIL NO. 02-00693HG-LEK

CASE NAME:     Loveland Academy, LLC, et al. Vs. Patricia Hamamoto, et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:   Leslie E. Kobayashi          REPORTER:

DATE:    03/16/2007                    TIME:

COURT ACTION:  EO: Further Status Conference Re: Production of Financial Records currently set for 9:00 3/30/07, LEK.

Special Master John N. Candon to be physically present. Counsel not available. Parties to meet and confer with Special and Master and inform the Court of new date.

Parties are to also meet and confer on:

1) What documents are needed by the Special Master.
2) What has been received by the Special Master.
3) What has not been received by the Special Master.
4) Time line for producing remaining documents.

Submitted by: Warren N. Nakamura, Courtroom Manager

# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

03/16/2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:       CIVIL NO. 02-00693HG-LEK

CASE NAME:         Loveland Academy, LLC, et al. Vs. Patricia Hamamoto, et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:   Leslie E. Kobayashi          REPORTER:

DATE:    03/16/2007                   TIME:

COURT ACTION:  EO: Further Status Conference Re: Production of Financial Records currently set for 9:00 3/30/07, LEK.

Special Master John N. Candon to be physically present. Counsel not available. Parties to meet and confer with Special and Master and inform the Court of new date.

Parties are to also meet and confer on:

1) What documents are needed by the Special Master.
2) What has been received by the Special Master.
3) What has not been received by the Special Master.
4) Time line for producing remaining documents.

Submitted by: Warren N. Nakamura, Courtroom Manager

# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

03/16/2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CIVIL NO. 02-00693HG-LEK

CASE NAME:       Loveland Academy, LLC, et al. Vs. Patricia Hamamoto, et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:   Leslie E. Kobayashi          REPORTER:

DATE:    03/16/2007                   TIME:

COURT ACTION:   EO: Further Status Conference Re: Production of Financial Records currently set for 9:00 3/30/07, LEK.

Special Master John N. Candon to be physically present. Counsel not available. Parties to meet and confer with Special and Master and inform the Court of new date.

Parties are to also meet and confer on:

1) What documents are needed by the Special Master.
2) What has been received by the Special Master.
3) What has not been received by the Special Master.
4) Time line for producing remaining documents.

Submitted by: Warren N. Nakamura, Courtroom Manager

# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

03/16/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 02-00693HG-LEK |
| CASE NAME: | Loveland Academy, LLC, et al. Vs. Patricia Hamamoto, et al. |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | |
| DATE: | 03/16/2007 | TIME: | |

COURT ACTION:  EO: Further Status Conference Re: Production of Financial Records currently set for 9:00 3/30/07, LEK.

Special Master John N. Candon to be physically present. Counsel not available.  Parties to meet and confer with Special and Master and inform the Court of new date.

Parties are to also meet and confer on:

1) What documents are needed by the Special Master.
2) What has been received by the Special Master.
3) What has not been received by the Special Master.
4) Time line for producing remaining documents.

Submitted by: Warren N. Nakamura, Courtroom Manager

# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

03/16/2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CIVIL NO. 02-00693HG-LEK

CASE NAME:       Loveland Academy, LLC, et al. Vs. Patricia Hamamoto, et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

---

JUDGE:   Leslie E. Kobayashi          REPORTER:

DATE:    03/16/2007                   TIME:

---

COURT ACTION:   EO: Further Status Conference Re: Production of Financial Records currently set for 9:00 3/30/07, LEK.

Special Master John N. Candon to be physically present. Counsel not available. Parties to meet and confer with Special and Master and inform the Court of new date.


Parties are to also meet and confer on:

1) What documents are needed by the Special Master.
2) What has been received by the Special Master.
3) What has not been received by the Special Master.
4) Time line for producing remaining documents.

Submitted by: Warren N. Nakamura, Courtroom Manager

# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

03/16/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 02-00693HG-LEK |
| CASE NAME: | Loveland Academy, LLC, et al. Vs. Patricia Hamamoto, et al. |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | |
| DATE: | 03/16/2007 | TIME: | |

COURT ACTION:  EO: Further Status Conference Re: Production of Financial Records currently set for 9:00 3/30/07, LEK.

Special Master John N. Candon to be physically present. Counsel not available. Parties to meet and confer with Special and Master and inform the Court of new date.

Parties are to also meet and confer on:

1) What documents are needed by the Special Master.
2) What has been received by the Special Master.
3) What has not been received by the Special Master.
4) Time line for producing remaining documents.

Submitted by: Warren N. Nakamura, Courtroom Manager