# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

04/09/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 02-00693HG-LEK |
| CASE NAME: | Loveland Academy, LLC, et al. Vs. Patricia Hamamoto, et al. |
| ATTYS FOR PLA: | Carl M. Varady |
| ATTYS FOR DEFT: | Aaron H. Schulaner |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 7-No Record |
| DATE: | 04/09/2007 | TIME: | 11:00-11:10 |

COURT ACTION:  EP: Further Status Conference Re: Production of Financial Records held.  Special Master John Candon present.

Further Status Conference Re: Production of Financial Records set for 9:30 7/9/07, LEK.

Submitted by: Warren N. Nakamura, Courtroom Manager