# MINUTES

CASE NUMBER:     CIVIL NO. 02-00693HG-LEK

CASE NAME:       Loveland Academy, LLC, et al. Vs. Patrica Hamamoto, et al.

ATTYS FOR PLA:   Carl M. Varady

ATTYS FOR DEFT:  Aaron H. Schulaner

INTERPRETER:

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 7-No Record |
| DATE: | 09/14/2007 | TIME: | 9:05-9:25 |

COURT ACTION:  EP: Further Status Conference Re: Production of Financial Records held.  Special Master John Candon present.

Further Status Conference Re: Production of Financial Records set for 11:30 9/20/07, LEK.

Submitted by: Warren N. Nakamura, Courtroom Manager