# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 02-00693HG-LEK |
| CASE NAME: | Loveland Academy, LLC, et al. Vs. Patricia Hamamoto, et al. |
| ATTYS FOR PLA: | Carl M. Varady |
| ATTYS FOR DEFT: | Aaron H. Schulaner |
| | John Candon, Special Master |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 7-No Record |
| DATE: | 09/20/2007 | TIME: | 11:30-11:42 |

COURT ACTION: EP: Further Status Conference Re: Production of Financial Records held.

Deadlines given.

Initial Draft and Report by Special Master due 10/31/07.

Review and Comment by parties to be submitted by 11/13/07.

Final Report by Special Master to be submitted to Chief Judge Helen Gillmor by 12/4/07.

Submitted by: Warren N. Nakamura, Courtroom Manager