# MINUTES

CASE NUMBER:     CIVIL NO. 02-00693HG-LEK

CASE NAME:       Loveland Academy, LLC, et al. Vs. Patricia Hamamoto, et al.

ATTYS FOR PLA:   Carl M. Varady

ATTYS FOR DEFT:  Aaron H. Schulaner

INTERPRETER:

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Room C-335-No Record |
| DATE: | 12/11/2007 | TIME: | 9:08-9:28 |

COURT ACTION:  EP: Status Conference held.

Submitted by: Warren N. Nakamura, Courtroom Manager