AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| Loveland Academy, L.L.C., Ph.D. Patricia Dukes and Parents At Loveland School | JUDGMENT IN A CIVIL CASE<br><br>Case: 1:02-CV-00693-HG-LEK |

Plaintiff(s),

V.

Patricia Hamamoto,
Superintendent of the
Hawai'i Department of
Education, Herbert S.
Watanabe, Chairperson,
Hawai'i Board of Education,

Defendant(s).

[ ]     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓]     **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Plaintiff Loveland Academy, LLC has been underpaid in the amount of $136,707.84, pursuant to the "Order Adopting In Part, Rejecting In Part, and Modifying In Part, Special Master's November 30, 2007 Report and Recommendation" issued by Chief Judge Helen Gillmor on March 14, 2008.

May 6, 2008                                SUE BEITIA
Date                                       Clerk

                                           (By) Deputy Clerk