EXHIBIT 1.1 TO DECLARATION OF CARL M. VARADY

# *Carl M. Varady*

American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, HI 96813

Ph:808/523-8447    Fax:808/523/8448

Loveland Academy & PALS                         May 18, 2008
1506 Piikoi
Honolulu, HI
96822

                                                File #:   Loveland-PAL
**Attention:**                                  Inv #:      Sample

RE:    Billing Dispute with DOE

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT | LAWYER |
|------|-------------|-------|------|--------|--------|
| Mar-05-02 | Case Development and Investigation : meeting with P Dukes, M Koven, and Les. Tamashiro to discuss options to resolve current billing and future disputes | 1.60 | $275.00 | 440.00 | CMV |
| Mar-08-02 | Case Development and Investigation : meeting with client to discuss unpaid invoices for services for children placed by DOH, DOE, hearing officer decision or settlement agreement; discuss scope of work and need to include parents as participants if lawsuit filed | 2.40 | $275.00 | 660.00 | CMV |
| Mar-11-02 | Case Development and Investigation Review materials provide by client re RFP and autism services | 1.10 | $275.00 | 302.50 | CMV |
|  | Case Development and Investigation : meeting with client at Loveland to discuss change in services from DOH to DOE and related issues re RFP and change from mental health services to School Based Behavioral Health | 2.50 | $275.00 | 687.50 | CMV |
| Mar-13-02 | Case Development and Investigation : read letter from T. Donkervoet re payment issues | 0.25 | $275.00 | 68.75 | CMV |
|  | Case Development and Investigation : discuss letter from T. Donkervoet re | 0.40 | $275.00 | 110.00 | CMV |

| Date | Description | Hours | Rate | Amount | Atty |
|---|---|---|---|---|---|
| | payment issues, options for response and Loveland's continued survival | | | | |
| Mar-14-02 | Case Development and Investigation : prepare for and attend meeting with parents and staff to discuss current problems with Loveland's survival if DOE continues to withhold payment and need for parents to participate if lawsuit filed, followed by Q&A session | 2.70 | $275.00 | 742.50 | CMV |
| Mar-15-02 | Case Development and Investigation : meeting with G. Slovin, M. Horiuchi, P. Dukes, and M. Koven at Goodsil to discuss options to work dispute out with DOE and governor's office | 1.60 | $275.00 | 440.00 | CMV |
| | Case Development and Investigation : continued meeting with P. Dukes and M. Kove to discuss options | 1.50 | $275.00 | 412.50 | CMV |
| | Case Development and Investigation : tc with John Carroll re CAMHD | 0.25 | $0.00 | 0.00 | CMV |
| Mar-18-02 | Case Development and Investigation Several Telephone conference(s) with client re status of RFP, possible mediation | 1.65 | $275.00 | 453.75 | CMV |
| | Case Development and Investigation Meeting with Loveland Academy owner, Patty Dukes and J. Uyehara to discuss outstanding issues | 1.80 | $275.00 | 495.00 | CMV |
| | Case Development and Investigation : read parent letters and memo re supporting Loveland | 0.60 | $275.00 | 165.00 | CMV |
| | Case Development and Investigation : read letter from P.Dukes to T. Donkervoet re discontinuation of Loveland services if service authorizations not extended | 0.50 | $275.00 | 137.50 | CMV |
| | Case Development and Investigation : Telephone conference(s) with client re outstanding student bills | 0.30 | $0.00 | 0.00 | CMV |
| Mar-20-02 | Case Development and Investigation Telephone conference(s) with military parent (J.E.) re assistance within military for keeping Loveland open and need for stable placement during deployment | 0.20 | $0.00 | 0.00 | CMV |

| Date | Description | Hours | Rate | Amount | Atty |
|---|---|---|---|---|---|
| Mar-21-02 | Case Development and Investigation Telephone conference(s) with Loveland Academy owner, Patty Dukes re work plan and objectives | 0.50 | $275.00 | 137.50 | CMV |
| | Case Development and Investigation : read letter from client re options to continue operating Loveland with and without DOE contract and possible legal approaches to problems with DOE and DOH | 0.40 | $275.00 | 110.00 | CMV |
| | Case Development and Investigation : lengthy discussion with client re school's options with or without contract and possible areas of legal recourse against DOE and/or DOH; issues re legal representation | 1.25 | $275.00 | 343.75 | CMV |
| | Case Development and Investigation Conference call with Loveland Academy owner, Patty Dukes and L. Nishioka re stay-put and other issues concerning RFP | 0.30 | $0.00 | 0.00 | CMV |
| Mar-25-02 | Case Development and Investigation : dicussion with military parent (J.E.) regarding possible assistance from command re military dependents at Loveland | 0.40 | $0.00 | 0.00 | CMV |
| Mar-28-02 | Case Development and Investigation : review outstanding bills with Loveland Academy owner, Patty Dukes re demand amounts and draft responsive demand to counter offer | 1.90 | $275.00 | 522.50 | CMV |
| May-04-02 | Case Development and Investigation : meeting at Loveland to discuss contract protest and options for avenues for direct proceedings in court, exhaustion of admin process with client | 2.30 | $275.00 | 632.50 | CMV |
| May-06-02 | Case Development and Investigation : meeting with client to discuss terms of protest and general conditions, gag clause assess significance of agreeing to gag clause and significance of other providers doing so | 1.80 | $275.00 | 495.00 | CMV |
| Jun-13-02 | Case Development and Investigation : discuss letter from Linnel Nishioka re | 0.50 | $275.00 | 137.50 | CMV |

| Date | Description | Hours | Rate | Amount | |
|---|---|---|---|---|---|
| | autism contract terms to Chris Butt with client and Linnnel | | | | |
| | Case Development and Investigation : discuss with client attorney-parent JD's analysis of stay put and possible modifications to contract that would avoid gag clause by incorporating best practices and clinical standards manual, research standards | 0.60 | $275.00 | 165.00 | CMV |
| Jun-18-02 | Case Development and Investigation : review points in memo with client and discuss continued viability of Loveland without a contract and legal options | 1.00 | $275.00 | 275.00 | CMV |
| Jun-24-02 | Case Development and Investigation : discuss options to continue mental health services from students receiving mental health as part of IEP at Loveland | 0.75 | $275.00 | 206.25 | CMV |
| Jun-25-02 | Case Development and Investigation meeting with Loveland Academy owner, Patty Dukes at Loveland to dicuss DOE's refusal to accept proposed modifications to contract | 1.45 | $275.00 | 398.75 | CMV |
| | Case Development and Investigation : tc with client re Bateman analysis re stay put violations | 0.30 | $275.00 | 82.50 | CMV |
| Jun-26-02 | Case Development and Investigation : read letter from parent re change in position re mental health services and DOE's agreement to provide such services | 0.25 | $275.00 | 68.75 | CMV |
| | Case Development and Investigation : meeting with R. Hurd at Loveland to review outstanding invoices unpaid, DOE's request for documentation, points to discuss with DOE re outstanding bills and stay put | 1.30 | $275.00 | 357.50 | CMV |
| | Case Development and Investigation :discuss with client letter from parent re change in position re mental health services and DOE's agreement to provide such services | 0.40 | $275.00 | 110.00 | CMV |
| Jun-27-02 | Case Development and Investigation : discuss with R. Hurd his memo re | 0.50 | $275.00 | 137.50 | CMV |

| Date | Description | Hours | Rate | Amount | |
|---|---|---|---|---|---|
| | discussion with Chris Butt re outstanding invoices unpaid, DOE's request for documentation, outstanding bills and stay put | | | | |
| Jun-28-02 | Case Development and Investigation : discuss Chris Butt letter with client and options in response | 1.60 | $275.00 | 440.00 | CMV |
| | Case Development and Investigation : Telephone conference(s) with client re status of contract negotiations | 0.25 | $275.00 | 68.75 | CMV |
| Jun-29-02 | Case Development and Investigation : discuss with P. Dukes, Chris Butt's response to proposed addendum to contract | 0.70 | $275.00 | 192.50 | CMV |
| Jul-01-02 | Case Development and Investigation : tc with client re dicussions with OSEP | 0.20 | $275.00 | 55.00 | CMV |
| Jul-02-02 | Case Development and Investigation : discuss with P. Dukes continued issues re DOE's refusal to pay based on alleged deficiencies in documentation particularly service authorizations for mental health services | 0.50 | $275.00 | 137.50 | CMV |
| Jul-04-02 | Case Development and Investigation Telephone conference(s) with Loveland Academy owner, Patty Dukes re response to DOE | 0.20 | $0.00 | 0.00 | CMV |
| Jul-05-02 | Case Development and Investigation Telephone conference(s) with Loveland Academy owner, Patty Dukes re DOE's response to contract proposal | 0.20 | $0.00 | 0.00 | CMV |
| Jul-10-02 | Case Development and Investigation Meeting with Loveland Academy owner, Patty Dukes at Loveland to discuss current negotiations and strategies for Lovleand to continue or close | 2.30 | $275.00 | 632.50 | CMV |
| Jul-12-02 | Case Development and Investigation : meeting with R. Hurd and P. Dukes to discuss options to continued operation and plan for parent response based on stay-put analysis and due process hearings | 2.90 | $275.00 | 797.50 | CMV |
| Jul-16-02 | Case Development and Investigation Meeting with clients at Loveland to discuss | 0.75 | $275.00 | 206.25 | CMV |

| Date | Description | Hours | Rate | Amount | Atty |
|---|---|---|---|---|---|
| | results of initial research re refusal to pay as being change in placement | | | | |
| | Case Development and Investigation : discuss parent letter and outline for action from Loveland to parents with client | 0.40 | $275.00 | 110.00 | CMV |
| Jul-17-02 | Case Development and Investigation : tc with Chris Butt re DOE arrearages and need for payment | 0.20 | $275.00 | 55.00 | CMV |
| | Case Development and Investigation : tc with P. Dukes are Butt's resposne | 0.20 | $0.00 | 0.00 | CMV |
| Jul-25-02 | Case Development and Investigation : meeting with client at Loveland to discuss stay put analysis, particularly Petties litigation in DC | 1.40 | $275.00 | 385.00 | CMV |
| Aug-26-02 | Case Development and Investigation : meeting with client at Loveland to discuss current financial crisis resulting from DOE's failure to pay and need for immediate action | 2.10 | $275.00 | 577.50 | CMV |
| Sep-04-02 | Case Development and Investigation : Meeting with Loveland Academy owner, Patty Dukes at Loveland to review contract documents and discuss alternatives to current billing problems and contact dispute | 2.40 | $275.00 | 660.00 | CMV |
| Sep-10-02 | Case Development and Investigation : Telephone conference(s) with client re contract, payment and course of action for non-payment | 0.20 | $0.00 | 0.00 | CMV |
| Sep-11-02 | Case Development and Investigation : Telephone conference(s) with client and C. Butt re interim contract | 0.30 | $0.00 | 0.00 | CMV |
| Sep-12-02 | Case Development and Investigation : tc with client re recent discussions with Chris Butt re payment from DOE | 0.40 | $275.00 | 110.00 | CMV |
| | Case Development and Investigation : tc with E. Seitz re continued payment issues with DOE and implications for Felix compliance | 0.30 | $275.00 | 82.50 | CMV |
| Sep-13-02 | Case Development and Investigation : tc | 0.30 | $275.00 | 82.50 | CMV |

| Date | Description | Hours | Rate | Amount | |
|---|---|---|---|---|---|
| | with P. Dukes re second interim contract and needed revisions | | | | |
| | Case Development and Investigation : Telephone conference(s) with APA rep and other providers re same contract provisions and gag clause | 0.50 | $275.00 | 137.50 | CMV |
| Sep-16-02 | Case Development and Investigation Telephone conference(s) with B. Hurd outstanding invoices for student services | 0.20 | $0.00 | 0.00 | CMV |
| Sep-20-02 | Case Development and Investigation Meeting with Loveland Academy owner, Patty Dukes at Loveland to discuss possible responses to DOE proposed | 1.40 | $275.00 | 385.00 | CMV |
| Sep-26-02 | Case Development and Investigation : read gag clause addendum | 0.20 | $275.00 | 55.00 | CMV |
| Sep-27-02 | Case Development and Investigation Meeting with client to discuss billing issue and work plan | 1.10 | $275.00 | 302.50 | CMV |
| | Case Development and Investigation : read letter from Chris But re payment | 0.20 | $275.00 | 55.00 | CMV |
| | Case Development and Investigation : discuss Chris Butt letter with client appropriate response | 0.40 | $275.00 | 110.00 | CMV |
| | Case Development and Investigation Revise letter to C. Butt and Telephone conference(s) with client | 0.40 | $0.00 | 0.00 | CMV |
| Oct-02-02 | Case Development and Investigation : discuss billings and spread sheets and 1999 RFP terms with client | 0.80 | $275.00 | 220.00 | CMV |
| | Case Development and Investigation : read fax from R. Hurd and client service logs showing Maui District payments | 0.30 | $275.00 | 82.50 | CMV |
| | Case Development and Investigation : discuss Maui District payment in full compared to Honolulu District with R. Hurd | 0.40 | $0.00 | 0.00 | CMV |
| Oct-03-02 | Case Development and Investigation : review billing spread sheets discuss recent payment at old rates with client | 0.50 | $275.00 | 137.50 | CMV |

| Date | Description | Hours | Rate | Amount | |
|---|---|---|---|---|---|
| Oct-23-02 | Case Development and Investigation Meeting with Loveland Academy owner, Patty Dukes to discuss payments and lawsuit, confirm outstanding amounts review and discuss response to letter from C. Butt | 0.70 | $275.00 | 192.50 | CMV |
| | Case Development and Investigation : read letter from R. Hurd re outstanding amounts and review spread sheets | 0.80 | $275.00 | 220.00 | CMV |
| Oct-25-02 | Case Development and Investigation Telephone conference(s) with B. Hurd re billings | 0.20 | $0.00 | 0.00 | CMV |
| Oct-28-02 | Case Development and Investigation : read memo and discuss with Hawaii Psychological Assn. the effect of gag clause on professional obligations of mental health providers | 0.40 | $275.00 | 110.00 | CMV |
| Nov-06-02 | Case Development and Investigation Telephone conference(s) with client re filing of complaint and case status, DOE billing update | 0.60 | $275.00 | 165.00 | CMV |
| Nov-08-02 | Case Development and Investigation : review staff resignation letter and discuss effect of economic uncertainties with client | 0.40 | $275.00 | 110.00 | CMV |
| | Case Development and Investigation : draft letter to Chris Butt re continued refusal of DOE to pay in full and gag clause | 0.40 | $275.00 | 110.00 | CMV |
| Nov-26-02 | Case Development and Investigation : draft and revise letter to A. Gandy regarding immediate IEPs | 0.90 | $275.00 | 247.50 | CMV |
| Dec-04-02 | Case Development and Investigation : review and discuss with client subpoena from AG's medical billing unit | 0.60 | $275.00 | 165.00 | CMV |
| Dec-05-02 | Case Development and Investigation : read Loveland memo to parents were current status of economic issues and need to attend meeting on 12/12/ to discuss | 0.30 | $275.00 | 82.50 | CMV |
| Dec-06-02 | Case Development and Investigation Meeting with clients to discuss case status, DOE payments and delays, case procedures and strategy for settlement | 1.60 | $275.00 | 440.00 | CMV |

| Date | Description | Hours | Rate | Amount | Atty |
|---|---|---|---|---|---|
| Dec-09-02 | Case Development and Investigation : review and revise letter to DOE re arrearages and placement | 0.30 | $0.00 | 0.00 | CMV |
| Dec-11-02 | Case Development and Investigation : draft form letter to be used for any child subject to Gandy's plan for immediate IEPs and removal from Loveland | 0.50 | $275.00 | 137.50 | CMV |
| Dec-12-02 | Case Development and Investigation : prepare for and attend meeting at Loveland to advise parents of ongoing problems and need to have parents involved in resolving the issues both in court and at IEPs | 2.40 | $275.00 | 660.00 | CMV |
|  | Case Development and Investigation : read R. Hurd initial response to Chris Butt letter | 0.20 | $0.00 | 0.00 | CMV |
| Dec-13-02 | Case Development and Investigation : review correspondence and draft responsive letter to most recent Gandy letter on topic of immediate IEPs | 0.40 | $275.00 | 110.00 | CMV |
| Dec-14-02 | Case Development and Investigation Several calls to client re current status and work plan | 1.60 | $275.00 | 440.00 | CMV |
|  | Case Development and Investigation review message from M. Bennett and return call | 0.40 | $275.00 | 110.00 | CMV |
|  | Case Development and Investigation send e-mail to M. Bennett re letter to Shikada; | 0.20 | $0.00 | 0.00 | CMV |
| Dec-16-02 | Case Development and Investigation : read and discuss bullet points drafted by client in response to Chris Butt letter, suggest revisions | 0.80 | $275.00 | 220.00 | CMV |
| Dec-17-02 | Case Development and Investigation : read recent correspondence with Chris Butt, read bullet points prepared by Loveland, draft letter to H. Shikada documenting points of agreement and dispute and need to resolve disputed matter promptly to avoid a motion in the lawsuit | 1.00 | $275.00 | 275.00 | CMV |
| Dec-19-02 | Case Development and Investigation Telephone conference(s) with H. Shikada re payment and gag-clause (.75) Telephone conference(s) with Loveland Academy | 0.75 | $275.00 | 206.25 | CMV |

| | | | | | |
|---|---|---|---|---|---|
| | owner, Patty Dukes re same (.3); draft response to Shikada | | | | |
| | Case Development and Investigation Telephone conference(s) with client re DOE's rush IEPs | 0.50 | $275.00 | 137.50 | CMV |
| | Case Development and Investigation : review documents and draft letter to H. Shikada, documenting each point of contention, agreeing to give her and AG additional time to investigate before filing motion for injunction, identifying children whose services were unpaid and unpaid amount, confirming that A. Gandy had been instructed to inform district personnel not to initiate IEPs, countermanding her prior directive, asking for implementation of more efficient payment process and offering to mediate | 1.80 | $275.00 | 495.00 | CMV |
| Dec-20-02 | Case Development and Investigation : draft response to H. Shikada letter | 0.50 | $275.00 | 137.50 | CMV |
| Feb-06-03 | Case Development and Investigation Telephone conference(s) with B. Hurd re billings and Flynn letter | 0.20 | $0.00 | 0.00 | CMV |
| Feb-15-03 | Case Development and Investigation Meeting with P. Dukes to discuss case development and work plan, settlement conference and possible motion for preliminary injunction | 2.40 | $275.00 | 660.00 | CMV |
| Jun-30-03 | Case Development and Investigation : read letter from client re new rates and discuss with client | 0.40 | $0.00 | 0.00 | CMV |
| Aug-27-03 | Case Development and Investigation : draft letter for parents to establish stay put | 0.50 | $275.00 | 137.50 | CMV |
| Sep-16-03 | Case Development and Investigation : Telephone conference(s) with S. Floyd re staffing issues and continued problems with Loveland receiving payment, potential loss of services, and potential of getting Special Master or Judge Ezra involved | 0.30 | $0.00 | 0.00 | CMV |
| Mar-05-04 | Case Development and Investigation Review notes and draft letter to Schulaner re stipulations and trial to magistrate | 0.60 | $275.00 | 165.00 | CMV |

Invoice #:   Sample                          Page   11                                          May 18, 2008

|  |  |  |
|---|---|---|
| Totals | 82.10 | $21,106.25 |
| Total Sales Tax on Fees |  | 879.29 |

**Total Fee & Disbursements**                                                                   $21,985.54

**Balance Now Due**                                                                             $21,985.54

Total Sales Tax        $879.29