EXHIBIT 1.3 TO DECLARATION OF CARL M. VARADY

### *Carl M. Varady*
American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, HI 96813

Ph:808/523-8447                Fax:808/523/8448

Loveland Academy & PALS                                           May 18, 2008
1506 Piikoi
Honolulu, HI
96822

File #:    Loveland-PAL

**Attention:**                                          Inv #:        Sample

**RE:**    Billing Dispute with DOE

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT | LAWYER |
|------|-------------|-------|------|--------|--------|
| Apr-15-04 | Depositions : read letter from A. Schulaner depo schedule | 0.20 | $0.00 | 0.00 | CMV |
| Apr-24-04 | Depositions Telephone conference(s) with client re depositions and witnesses, lines of questioning for case preparation | 1.60 | $275.00 | 440.00 | CMV |
| Apr-28-04 | Depositions Meeting with Linell Nishioka to discuss her possible deposition | 1.60 | $275.00 | 440.00 | CMV |
| | Depositions : prepare for Butt and Farmer depositions | 6.70 | $275.00 | 1,842.50 | CMV |
| | Depositions : meeting with Patty Dukes (and C. Nakamura) to discuss and review hearing preparations, evidence, witnesses and discovery | 5.75 | $275.00 | 1,581.25 | CMV |
| | Depositions : review records in preparation forr Butt, Gandy and Farmer depositions | 6.70 | $275.00 | 1,842.50 | CMV |
| Apr-29-04 | Depositions Prepare for  D. Farmer and C. Butt depositions | 2.00 | $275.00 | 550.00 | CMV |
| | Depositions : conduct Farmer and Butt depositions | 8.60 | $275.00 | 2,365.00 | CMV |
| Apr-30-04 | Depositions meeting with client and C. Nakamura to discuss Gandy depo | 1.50 | $275.00 | 412.50 | CMV |

Case 1:02-cv-00693-HG-LEK   Document 102-6   Filed 05/20/2008   Page 3 of 3

| | | | | | |
|---|---|---|---|---|---|
| | Depositions : prepare for Gandy deposition | 4.30 | $275.00 | 1,182.50 | CMV |
| | Depositions : conduct Gandy deposition | 5.00 | $275.00 | 1,375.00 | CMV |
| | Depositions : read A. Schulaner letter re Detor and Williams depo and discuss with Carl Williams | 0.40 | $275.00 | 110.00 | CMV |
| May-03-04 | Depositions Review case file to prepare for Gurtiza deposition and Dukes declaration re settlement periods | 1.25 | $275.00 | 343.75 | CMV |
| | Depositions : arrange to have Cynthia Nakamura cover depo for K. Gurtiza and draft letter to A. Schulaner re same and schedule fo other depos | 0.50 | $275.00 | 137.50 | CMV |
| | Depositions : read letter from Schulaner re deposition schedule | 0.20 | $0.00 | 0.00 | CMV |

|  |  |  |
|---|---|---|
| Totals | 46.30 | $12,622.50 |
| Total Sales Tax on Fees | | 525.85 |

| | |
|---|---|
| **Total Fee & Disbursements** | **$13,148.35** |
| **Balance Now Due** | **$13,148.35** |

Total Sales Tax        $525.85