EXHIBIT 1.5 TO DECLARATION OF CARL M. VARADY

# *Carl M. Varady*

American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, HI 96813

Ph:808/523-8447     Fax:808/523/8448

Loveland Academy & PALS                                      May 18, 2008
1506 Piikoi
Honolulu, HI
96822

                                              File #:    Loveland-PAL
**Attention:**                                Inv #:         Sample

RE:     Billing Dispute with DOE

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT | LAWYER |
|---|---|---|---|---|---|
| May-02-02 | Research and Draft Pleadings : read protest letter from T Donkervoet and begin research on bid protest regulations and whether gag clause can be challenged in admin process | 2.40 | $275.00 | 660.00 | CMV |
| May-13-02 | Research and Draft Pleadings ; Being research on statutory purchasing requirements and review existing CAMHD contract | 5.60 | $275.00 | 1,540.00 | CMV |
| May-20-02 | Research and Draft Pleadings :read 12/11/98 letter from E Seitz to AG Suzuki and Special Master re placement of children in private schools and applicability of stay-put and P Dukes's draft to P Hamamoto of 5/20/02 raising similar issues in relation to RFP and suggest revisions | 1.10 | $275.00 | 302.50 | CMV |
| Jun-13-02 | Research and Draft Pleadings : read attorney-parent's analysis of e stay put and possible modifications to contract that would avoid gag clause by incorporating best practices and clinical standards manual, research standards | 0.60 | $275.00 | 165.00 | CMV |
| Jun-14-02 | Research and Draft Pleadings Meeting with Loveland Academy owner, Patty Dukes to review contract terms for interim | 2.50 | $275.00 | 687.50 | CMV |

| Date | Description | Hours | Rate | Amount | Atty |
|---|---|---|---|---|---|
| | agreement and supplemental legal analysis provided by L. Nishioka | | | | |
| Jun-18-02 | Research and Draft Pleadings : continue research on conflicting contract terms, purchasing regulations and begin drafting letter to C. Ito re proposed interim agreement | 1.20 | $275.00 | 330.00 | CMV |
| | Research and Draft Pleadings : research conditions for interim contract and draft letter to Chris Ito re interim contract and proposing changes and addendum for client's review and comment | 2.30 | $275.00 | 632.50 | CMV |
| Jun-19-02 | Research and Draft Pleadings : meet with Loveland Academy owner, Patty Dukes to discuss research and revise Ito letter | 1.30 | $275.00 | 357.50 | CMV |
| | Research and Draft Pleadings : discuss revisions with client, research regulation for state purchasing and revise letter to Chris Ito | 0.90 | $275.00 | 247.50 | CMV |
| Jun-20-02 | Research and Draft Pleadings Telephone conference(s) with defense counsel T. Baker and with Loveland Academy owner, Patty Dukes regarding billing issues | 0.30 | $0.00 | 0.00 | CMV |
| Jun-24-02 | Research and Draft Pleadings : read prior and new IEP for client demonstrating DOE's refusal to include mental health as component of services and redefinition of autism services as School Based Behavioral Health, | 0.40 | $275.00 | 110.00 | CMV |
| Jun-25-02 | Research and Draft Pleadings Telephone conference(s) with B. Bateman re refusal to pay as stay put violations | 0.40 | $275.00 | 110.00 | CMV |
| Jun-26-02 | Research and Draft Pleadings : read OSEP report re state compliance with IDEA and joint house and senate committee report re state's compliance with Felix and change from mental health to SBBH | 1.25 | $275.00 | 343.75 | CMV |
| Jun-28-02 | Research and Draft Pleadings Review State Auditor's report re autism services and contact OSEP in D.C. re same | 0.50 | $275.00 | 137.50 | CMV |
| | Research and Draft Pleadings : read | 1.40 | $275.00 | 385.00 | CMV |

| Date | Description | Hours | Rate | Amount | |
|---|---|---|---|---|---|
| | auditor's report critiquing DOE send memo to P. Dukes re need for parents to follow up with legislators re change from mental health to SBBH | | | | |
| Jul-01-02 | Research and Draft Pleadings Telephone conference(s) with F. Lopez at OSEP re state's refusal to pay for services for IEP and settlement students  Telephone conference(s) with J. Gregorian at OSEP re same | 0.70 | $275.00 | 192.50 | CMV |
| Jul-15-02 | Research and Draft Pleadings Legal research re refusal to fund services as constituting a change in placement | 2.40 | $275.00 | 660.00 | CMV |
| Jul-17-02 | Research and Draft Pleadings Draft standardized IEP questions for parents whose children attend Loveland to address placement issue | 0.50 | $275.00 | 137.50 | CMV |
| Jul-22-02 | Research and Draft Pleadings : research stay put issues to determine viability of direct action in federal court | 2.75 | $275.00 | 756.25 | CMV |
| Jul-23-02 | Research and Draft Pleadings : continue researching stay put issues and litigation options | 1.80 | $275.00 | 495.00 | CMV |
| Jul-24-02 | Research and Draft Pleadings : continue researching stay put issues | 1.90 | $275.00 | 522.50 | CMV |
| Aug-09-02 | Research and Draft Pleadings : Further research for case law construing placement and payment for placement as same | 3.20 | $275.00 | 880.00 | CMV |
| Sep-12-02 | Research and Draft Pleadings : Review outstanding unpaid invoices and draft letter re same to C. Butt | 0.75 | $275.00 | 206.25 | CMV |
| | Research and Draft Pleadings : draft and revise demand letter to Chris Butt | 1.20 | $275.00 | 330.00 | CMV |
| Sep-13-02 | Research and Draft Pleadings Review proposal and draft memo to Loveland Academy owner, Patty Dukes re gag-clause provisions | 0.50 | $275.00 | 137.50 | CMV |
| Sep-14-02 | Research and Draft Pleadings Telephone conference(s) with Loveland Academy owner, Patty Dukes re proposal made by | 0.50 | $275.00 | 137.50 | CMV |

| Date | Description | Hours | Rate | Amount | Atty |
|---|---|---|---|---|---|
| | DOE for contract and possible terms that could be used to create 20-bed minimum in lieu of proposed interim contract | | | | |
| Sep-26-02 | Research and Draft Pleadings : discuss gag clause language with client and possible legal challenge based on First Amendment limitations | 0.60 | $275.00 | 165.00 | CMV |
| Sep-27-02 | Research and Draft Pleadings Draft letter to C. Butt assertion that contract terms apply to current kids | 0.30 | $275.00 | 82.50 | CMV |
| Oct-02-02 | Research and Draft Pleadings : research 1999 RFP terms, draft and revise letter to Chris Butt, DOE and E. Seitz re continued problems with DOE payment | 1.30 | $275.00 | 357.50 | CMV |
| Oct-03-02 | Research and Draft Pleadings : draft letter to Chris Butt re recent payments, 1999 RFP, new rates and related issues | 0.40 | $275.00 | 110.00 | CMV |
| Oct-24-02 | Research and Draft Pleadings Research and draft complaint | 5.10 | $275.00 | 1,402.50 | CMV |
| Oct-25-02 | Research and Draft Pleadings : meeting with Loveland Academy owner, Patty Dukes to review and revise draft complaint | 1.50 | $275.00 | 412.50 | CMV |
| Oct-28-02 | Research and Draft Pleadings : Telephone conference(s) with Loveland Academy owner, Patty Dukes re revisions to complaint | 0.60 | $275.00 | 165.00 | CMV |
| | Research and Draft Pleadings : revise complaint and make final revisions after consultation with client | 3.70 | $275.00 | 1,017.50 | CMV |
| Nov-08-02 | Research and Draft Pleadings | 0.50 | $275.00 | 137.50 | CMV |
| Dec-12-02 | Research and Draft Pleadings : draft complaint letter to DOE complaints office pursuant to state complaints procedures | 0.40 | $275.00 | 110.00 | CMV |
| Jan-25-03 | Research and Draft Pleadings : scheduling conference statement and report of meeting of parties | 1.25 | $275.00 | 343.75 | CMV |
| Feb-22-03 | Research and Draft Pleadings Draft parents' declarations in support of motion and discuss with client | 2.00 | $275.00 | 550.00 | CMV |

| Date | Description | Hours | Rate | Amount | Atty |
|---|---|---|---|---|---|
| | Research and Draft Pleadings : draft master parent declaration and discuss with client | 1.20 | $275.00 | 330.00 | CMV |
| Feb-26-03 | Research and Draft Pleadings : review and revise parent JU's declaration | 0.40 | $275.00 | 110.00 | CMV |
| Mar-03-03 | Research and Draft Pleadings : review and revise parent WO's declaration | 0.50 | $275.00 | 137.50 | CMV |
| Mar-14-03 | Research and Draft Pleadings : File review, research and drafting settlement conference statement | 2.00 | $275.00 | 550.00 | CMV |
| Mar-15-03 | Research and Draft Pleadings Continue drafting, research and file review for settlement conference statement | 4.20 | $275.00 | 1,155.00 | CMV |
| Mar-16-03 | Research and Draft Pleadings Telephone conference wtih clent to discuss settlement conference process and demand | 0.30 | $275.00 | 82.50 | CMV |
| Dec-01-03 | Research and Draft Pleadings : review and revise settlement conference statement | 2.20 | $275.00 | 605.00 | CMV |
| Dec-02-03 | Research and Draft Pleadings : discuss settlement conference statement with client and make final revisions | 1.00 | $275.00 | 275.00 | CMV |
| Feb-18-04 | Research and Draft Pleadings Research and draft releases and assignments of right to seek reimbursement | 1.20 | $275.00 | 330.00 | CMV |
| Mar-04-04 | Research and Draft Pleadings Begin research and drafting of PI memo, declarations and supporting exhibits | 2.90 | $275.00 | 797.50 | CMV |
| Mar-05-04 | Research and Draft Pleadings Continue research and drafting on PI memo | 7.10 | $275.00 | 1,952.50 | CMV |
| Mar-06-04 | Research and Draft Pleadings Continue research and drafting on PI memo | 5.60 | $275.00 | 1,540.00 | CMV |
| Mar-07-04 | Research and Draft Pleadings Continue research and drafting PI memo and declarations for P Dukes and parents and attorneys | 6.20 | $275.00 | 1,705.00 | CMV |
| Mar-08-04 | Research and Draft Pleadings Continue research and drafting PI memo and supporting declarations and review exhibits for inclusion | 8.60 | $275.00 | 2,365.00 | CMV |

| Date | Description | Hours | Rate | Amount | Atty |
|---|---|---|---|---|---|
| Mar-09-04 | Research and Draft Pleadings Revise PI memorandum and declarations; review and revise billing summaries for J. B, G. K-R, J. R. and C. P-W; continue research of cases granting injunctive relief | 4.60 | $275.00 | 1,265.00 | CMV |
| | Research and Draft Pleadings : meeting with client to review and revise declaration, review supporting documents for PI motion | 1.60 | $275.00 | 440.00 | CMV |
| Mar-10-04 | Research and Draft Pleadings Final research, revision and preparation of the PI memorandum and supporting documents for filing | 5.90 | $275.00 | 1,622.50 | CMV |
| | Research and Draft Pleadings : draft ex parte motoins to shorten time and supporting documents | 2.20 | $275.00 | 605.00 | CMV |
| Mar-18-04 | Research and Draft Pleadings Reserach and draft reply brief | 4.10 | $275.00 | 1,127.50 | CMV |
| Mar-19-04 | Research and Draft Pleadings Complete researching and drafting reply and draft Gurtiza dec, | 5.30 | $275.00 | 1,457.50 | CMV |
| May-03-04 | Research and Draft Pleadings Draft PT statement | 1.90 | $275.00 | 522.50 | CMV |
| | Research and Draft Pleadings Telephone conference(s) with client re A Schulaner objections to relief from bond | 0.30 | $275.00 | 82.50 | CMV |
| | Research and Draft Pleadings : draft response to objections | 0.30 | $275.00 | 82.50 | CMV |
| Nov-08-07 | Research and Draft Pleadings : record review and first draft of response to Candon report | 7.40 | $275.00 | 2,035.00 | CMV |
| Nov-13-07 | Research and Draft Pleadings : review client and CPA suggestions and revise response to Candon report | 2.25 | $275.00 | 618.75 | CMV |

Totals                          135.25   $37,111.25
Total Sales Tax on Fees                   1,546.05

**Total Fee & Disbursements**                                  **$38,657.30**

Invoice #:   Sample                                                                                         May 18, 2008

|  |  |
|---|---|
| **Balance Now Due** | **$38,657.30** |
| Total Sales Tax    $1,546.05 | |