EXHIBIT 1.6 TO DECLARATION OF CARL M. VARADY

# Carl M. Varady

American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, HI 96813

Ph:808/523-8447     Fax:808/523/8448

Loveland Academy & PALS                                          May 18, 2008
1506 Piikoi
Honolulu, HI
96822

**Attention:**                                         File #:    Loveland-PAL
                                                       Inv #:        Sample

RE:     Billing Dispute with DOE

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT | LAWYER |
|---|---|---|---|---|---|
| Jan-27-03 | Hearing Preparation and Attendance : prepare for and attend Rule 16 scheduling conference | 1.40 | $275.00 | 385.00 | CMV |
| Jul-25-03 | Hearing Preparation and Attendance : prepare for and attend status conference re trial schedule, mediation | 1.80 | $275.00 | 495.00 | CMV |
| Sep-15-03 | Hearing Preparation and Attendance : prepare for and participate in telephone pre-mediation conference with meidator and A. Schulaner re mediation schedule, protective order, documents to be produced for mediation | 1.60 | $275.00 | 440.00 | CMV |
| Dec-03-03 | Hearing Preparation and Attendance : Prepare for and attend status/mediation conference with Judge and Mediator | 2.75 | $275.00 | 756.25 | CMV |
| Jan-13-04 | Hearing Preparation and Attendance : Telephone conference(s) with court, D. Fairbanks, AG's office re status conference | 0.60 | $275.00 | 165.00 | CMV |
|  | Hearing Preparation and Attendance : draft letter to A. Schulaner re same status conferencs | 0.30 | $275.00 | 82.50 | CMV |
| Mar-11-04 | Hearing Preparation and Attendance Meeting with C. Nakamura to discuss case status and possible role in hearing process | 0.25 | $0.00 | 0.00 | CMV |

| Date | Description | Hours | Rate | Amount | Atty |
|---|---|---|---|---|---|
| Mar-16-04 | Hearing Preparation and Attendance Telephone conference(s) with client re call from court and short meeting to discuss status of motion and work to be done in preparation for hearing | 0.50 | $275.00 | 137.50 | CMV |
| Mar-19-04 | Hearing Preparation and Attendance meeting with client to revise billing summaries  review files, review state's opposition and critique and prepare for hearing | 1.70 | $275.00 | 467.50 | CMV |
| | Hearing Preparation and Attendance : Telephone conference(s) with to court re witnesses | 0.00 | $0.00 | 0.00 | CMV |
| Mar-22-04 | Hearing Preparation and Attendance Prepare for and attend hearing on motion for preliminary injunction | 3.00 | $275.00 | 825.00 | CMV |
| | Hearing Preparation and Attendance : meeting with client to discuss next phases of litigation and PI bond | 2.25 | $275.00 | 618.75 | CMV |
| Apr-06-04 | Hearing Preparation and Attendance Prepare for and attend status conference | 1.20 | $275.00 | 330.00 | CMV |
| | Hearing Preparation and Attendance Status conference with Court  and follow telephone conferences | 0.50 | $275.00 | 137.50 | CMV |
| | Hearing Preparation and Attendance : Telephone conference(s) with client re same and preparation for trial including need for CARF expert, depositions, parent testimony and other matters | 0.80 | $275.00 | 220.00 | CMV |
| Apr-20-04 | Hearing Preparation and Attendance Telephone conference(s) with client re trial preparation, witnesses who could be called to testify | 0.50 | $275.00 | 137.50 | CMV |
| Apr-26-04 | Hearing Preparation and Attendance : read memo from client re witness preparation and discuss with client | 1.60 | $275.00 | 440.00 | CMV |
| Apr-27-04 | Hearing Preparation and Attendance Telephone conference(s) with client re witnesses and billing evidence | 1.80 | $275.00 | 495.00 | CMV |
| | Hearing Preparation and Attendance | 0.50 | $275.00 | 137.50 | CMV |

| Date | Description | Hours | Rate | Amount | Atty |
|---|---|---|---|---|---|
| | : meeting with Cynthia Nakamura to discuss preparations for hearing | | | | |
| Jun-04-04 | Hearing Preparation and Attendance Prepare for and attend status conference | 1.60 | $275.00 | 440.00 | CMV |
| Mar-02-07 | Hearing Preparation and Attendance : prepare for and attend status conference to discuss dispute re records | 1.60 | $275.00 | 440.00 | CMV |
| Mar-16-07 | Hearing Preparation and Attendance : prepare for and attend further status conference re records requested by J Candon | 1.20 | $275.00 | 330.00 | CMV |
| Apr-09-07 | Hearing Preparation and Attendance : prepare for and attend further status conference re records | 1.20 | $275.00 | 330.00 | CMV |
| Jul-10-07 | Hearing Preparation and Attendance : prepare for and attend status conference re Special Master's work | 1.20 | $275.00 | 330.00 | CMV |
| | Hearing Preparation and Attendance : exchange e-mails re scheduling further meeting with Special Master to review records and process | 0.30 | $0.00 | 0.00 | CMV |
| Sep-12-07 | Hearing Preparation and Attendance : prepare for status conference | 0.40 | $275.00 | 110.00 | CMV |
| Sep-20-07 | Hearing Preparation and Attendance : Prepare for and attend further status conference re documents and scheduling of final report | 1.25 | $275.00 | 343.75 | CMV |
| Dec-11-07 | Hearing Preparation and Attendance : prepare for and attend status conference with Judge Kobayashi | 1.20 | $275.00 | 330.00 | CMV |

|  |  |  |  |
|---|---|---|---|
| Totals | 33.00 | $8,923.75 | |
| Total Sales Tax on Fees | | 371.76 | |
| **Total Fee & Disbursements** | | $9,295.51 | |
| **Balance Now Due** | | $9,295.51 | |
| Total Sales Tax  $371.76 | | | |