EXHIBIT 1.7 TO DECLARATION OF CARL M. VARADY

# *Carl M. Varady*

American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, HI 96813

Ph:808/523-8447    Fax:808/523/8448

Loveland Academy & PALS  
1506 Piikoi  
Honolulu, HI  
96822

May 18, 2008

File #:   Loveland-PAL  
Inv #:    Sample

**Attention:**

RE:   Billing Dispute with DOE

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT | LAWYER |
|---|---|---|---|---|---|
| Mar-24-04 | Post-Hearing or Post-Trial Proceedings : research bonds, draft bond and seek underwriter | 1.90 | $275.00 | 522.50 | CMV |
| | Post-Hearing or Post-Trial Proceedings : consult with client and draft letter to court re special master | 0.30 | $275.00 | 82.50 | CMV |
| Mar-25-04 | Post-Hearing or Post-Trial Proceedings : discuss with client difficulties in procuring bond and possible options | 0.50 | $275.00 | 137.50 | CMV |
| Mar-29-04 | Post-Hearing or Post-Trial Proceedings Telephone conference(s) with courtroom manager | 0.20 | $0.00 | 0.00 | CMV |
| | Post-Hearing or Post-Trial Proceedings ; draft fax to A Schulaner re settlement conference | 0.20 | $0.00 | 0.00 | CMV |
| Apr-06-04 | Post-Hearing or Post-Trial Proceedings telephone conference(s) with client re status and request for information on current billing | 0.40 | $275.00 | 110.00 | CMV |
| Apr-07-04 | Post-Hearing or Post-Trial Proceedings : telephonic status conference re bond | 0.40 | $275.00 | 110.00 | CMV |
| Apr-21-04 | Post-Hearing or Post-Trial Proceedings : | 0.50 | $275.00 | 137.50 | CMV |

| Date | Description | Hours | Rate | Amount | Atty |
|---|---|---|---|---|---|
| | review notice of appeal and write letter to A. Schulaner re same | | | | |
| | Post-Hearing or Post-Trial Proceedings : tc with client to inform her that bond requirement had been lifted | 0.20 | $0.00 | 0.00 | CMV |
| Apr-22-04 | Post-Hearing or Post-Trial Proceedings : draft letter to A. Schulaner re supersedeas bond and demand for immediate payment | 0.30 | $275.00 | 82.50 | CMV |
| | Post-Hearing or Post-Trial Proceedings : research and draft second letter to A. Schulaner re manner of appealing Magistrate Judge's order | 0.90 | $275.00 | 247.50 | CMV |
| May-10-04 | Post-Hearing or Post-Trial Proceedings : review and sign dismissal of DOE's Ninth Circuit appeal | 0.20 | $0.00 | 0.00 | CMV |
| May-05-07 | Post-Hearing or Post-Trial Proceedings : contact clerk re need for final judgment before fee petition can be filed | 0.20 | $0.00 | 0.00 | CMV |

Totals  6.20  $1,430.00

Total Sales Tax on Fees  59.57

**Total Fee & Disbursements**  $1,489.57

**Balance Now Due**  $1,489.57

Total Sales Tax  $59.57