EXHIBIT 1.8 TO DECLARATION OF CARL M. VARADY

### *Carl M. Varady*
American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, HI 96813

Ph:808/523-8447                    Fax:808/523/8448

Loveland Academy & PALS                                        May 18, 2008

1506 Piikoi
Honolulu, HI
96822

File #:    Loveland-PAL

**Attention:**                                                 Inv #:        Sample

**RE:**      Billing Dispute with DOE

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT | LAWYER |
|---|---|---|---|---|---|
| Feb-18-02 | Discovery and Document Production & Review : review recent payments | 0.20 | $0.00 | 0.00 | CMV |
| Mar-03-02 | Discovery and Document Production & Review : meeting to discuss terms and possible remedies with client | 2.90 | $275.00 | 797.50 | CMV |
| Mar-05-02 | Case Development and Investigation : meeting with P Dukes, M Koven, and Les. Tamashiro to discuss options to resolve current billing and future disputes | 1.60 | $275.00 | 440.00 | CMV |
| Mar-08-02 | Case Development and Investigation : meeting with client to discuss unpaid invoices for services for children placed by DOH, DOE, hearing officer decision or settlement agreement; discuss scope of work and need to include parents as participants if lawsuit filed | 2.40 | $275.00 | 660.00 | CMV |
| Mar-11-02 | Case Development and Investigation Review materials provide by client re RFP and autism services | 1.10 | $275.00 | 302.50 | CMV |
| | Case Development and Investigation : meeting with client at Loveland to discuss change in services from DOH to DOE and related issues re RFP and change from mental health services to School Based Behavioral Health | 2.50 | $275.00 | 687.50 | CMV |

Invoice #:    Sample    Page    2    May 18, 2008

| Date | Description | Hours | Rate | Amount | Atty |
|------|-------------|-------|------|--------|------|
| Mar-13-02 | Case Development and Investigation : read letter from T. Donkervoet re payment issues | 0.25 | $275.00 | 68.75 | CMV |
| | Case Development and Investigation : discuss letter from T. Donkervoet re payment issues, options for response and Loveland's continued survival | 0.40 | $275.00 | 110.00 | CMV |
| Mar-14-02 | Case Development and Investigation : prepare for and attend meeting with parents and staff to discuss current problems with Loveland's survival if DOE continues to withhold payment and need for parents to participate if lawsuit filed, followed by Q&A session | 2.70 | $275.00 | 742.50 | CMV |
| Mar-15-02 | Case Development and Investigation : meeting with G. Slovin, M. Horiuchi, P. Dukes, and M. Koven at Goodsil to discuss options to work dispute out with DOE and governor's office | 1.60 | $275.00 | 440.00 | CMV |
| | Case Development and Investigation : continued meeting with P. Dukes and M. Kove to discuss options | 1.50 | $275.00 | 412.50 | CMV |
| | Case Development and Investigation : tc with John Carroll re CAMHD | 0.25 | $0.00 | 0.00 | CMV |
| Mar-18-02 | Case Development and Investigation Several Telephone conference(s) with client re status of RFP, possible mediation | 1.65 | $275.00 | 453.75 | CMV |
| | Case Development and Investigation Meeting with Loveland Academy owner, Patty Dukes and J. Uyehara to discuss outstanding issues | 1.80 | $275.00 | 495.00 | CMV |
| | Case Development and Investigation : read parent letters and memo re supporting Loveland | 0.60 | $275.00 | 165.00 | CMV |
| | Case Development and Investigation : read letter from P.Dukes to T. Donkervoet re discontinuation of Loveland services if service authorizations not extended | 0.50 | $275.00 | 137.50 | CMV |
| | Case Development and Investigation : Telephone conference(s) with client re outstanding student bills | 0.30 | $0.00 | 0.00 | CMV |

Invoice #:    Sample                    Page   3                                                May 18, 2008

| | | | | | |
|---|---|---|---|---|---|
| Mar-20-02 | Case Development and Investigation Telephone conference(s) with military parent (J.E.) re assistance within military for keeping Loveland open and need for stable placement during deployment | 0.20 | $0.00 | 0.00 | CMV |
| Mar-21-02 | Case Development and Investigation Telephone conference(s) with Loveland Academy owner, Patty Dukes re work plan and objectives | 0.50 | $275.00 | 137.50 | CMV |
| | Case Development and Investigation : read letter from client re options to continue operating Loveland with and without DOE contract and possible legal approaches to problems with DOE and DOH | 0.40 | $275.00 | 110.00 | CMV |
| | Case Development and Investigation : lengthy discussion with client re school's options with or without contract and possible areas of legal recourse against DOE and/or DOH; issues re legal representation | 1.25 | $275.00 | 343.75 | CMV |
| | Case Development and Investigation Conference call with Loveland Academy owner, Patty Dukes and L. Nishioka re stay-put and other issues concerning RFP | 0.30 | $0.00 | 0.00 | CMV |
| Mar-25-02 | Discovery and Document Production & Review Telephone conference(s) with B. Hurd and S. Levin re status of due process hearings and settlements re Levin clients and outstanding billing for same | 0.60 | $275.00 | 165.00 | CMV |
| | Case Development and Investigation : dicussion with military parent (J.E.) regarding possible assistance from command re military dependents at Loveland | 0.40 | $0.00 | 0.00 | CMV |
| Mar-28-02 | Case Development and Investigation : review outstanding bills with Loveland Academy owner, Patty Dukes re demand amounts  and draft responsive demand to counter offer | 1.90 | $275.00 | 522.50 | CMV |
| | Settlement : prepare for and attend meeting with M. Bennett | 2.25 | $275.00 | 618.75 | CMV |

Invoice #:    Sample                                Page  4                                          May 18, 2008

| | | | | | |
|---|---|---|---|---|---|
| | Settlement : meeting with client to discuss AG's position and client's options | 1.80 | $275.00 | 495.00 | CMV |
| Apr-02-02 | Discovery and Document Production & Review : discuss general conditions of autism services RFP, effect on current services now provided at Loveland, gag clause and other issues raised by RFP with client and M. Koven | 0.75 | $275.00 | 206.25 | CMV |
| Apr-03-02 | Discovery and Document Production & Review : read letter from Diamond Head MH Center re M. Koven as service provider to student at Loveland | 0.20 | $0.00 | 0.00 | CMV |
| May-02-02 | Research and Draft Pleadings : read protest letter from T Donkervoet and begin research on bid protest regulations and whether gag clause can be challenged in admin process | 2.40 | $275.00 | 660.00 | CMV |
| May-04-02 | Case Development and Investigation : meeting at Loveland to discuss contract protest and options for avenues for direct proceedings in court, exhaustion of admin process with client | 2.30 | $275.00 | 632.50 | CMV |
| May-06-02 | Discovery and Document Production & Review : read terms of protest and general conditions, gag clause assess significance of agreeing to gag clause and significance of other providers doing so | 0.40 | $275.00 | 110.00 | CMV |
| | Discovery and Document Production & Review : read additional materials re bid for autism services and protest to award | 0.70 | $275.00 | 192.50 | CMV |
| | Discovery and Document Production & Review : read letter from P Dukes to T Donkervoet re terms of new RFP | 0.30 | $275.00 | 82.50 | CMV |
| | Case Development and Investigation : meeting with client to discuss terms of protest and general conditions, gag clause assess significance of agreeing to gag clause and significance of other providers doing so | 1.80 | $275.00 | 495.00 | CMV |
| May-07-02 | Discovery and Document Production & Review : read letter re risk management | 0.40 | $275.00 | 110.00 | CMV |

Invoice #:    Sample                    Page  3                                May 18, 2008

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | and suggest changes to M. Koven, clinical director, read revised letter |  |  |  |  |
| May-13-02 | Research and Draft Pleadings ; Being research on statutory purchasing requirements and review existing CAMHD contract | 5.60 | $275.00 | 1,540.00 | CMV |
| May-20-02 | Research and Draft Pleadings :read 12/11/98 letter from E Seitz to AG Suzuki and Special Master re placement of children in private schools and applicability of stay-put and P Dukes's draft to P Hamamoto of 5/20/02 raising similar issues in relation to RFP and suggest revisions | 1.10 | $275.00 | 302.50 | CMV |
| Jun-13-02 | Discovery and Document Production & Review : read letter from Linnel Nishioka re autism contract terms to Chris Butt | 0.30 | $275.00 | 82.50 | CMV |
|  | Research and Draft Pleadings : read attorney-parent's analysis of e stay put and possible modifications to contract that would avoid gag clause by incorporating best practices and clinical standards manual, research standards | 0.60 | $275.00 | 165.00 | CMV |
|  | Case Development and Investigation : discuss letter from Linnel Nishioka re autism contract terms to Chris Butt with client and Linnnel | 0.50 | $275.00 | 137.50 | CMV |
|  | Case Development and Investigation : discuss with client attorney-parent JD's analysis of stay put and possible modifications to contract that would avoid gag clause by incorporating best practices and clinical standards manual, research standards | 0.60 | $275.00 | 165.00 | CMV |
| Jun-14-02 | Research and Draft Pleadings Meeting with Loveland Academy owner, Patty Dukes to review contract terms for interim agreement and supplemental legal analysis provided by L. Nishioka | 2.50 | $275.00 | 687.50 | CMV |
| Jun-18-02 | Research and Draft Pleadings : continue research on conflicting contract terms, purchasing regulations and begin drafting | 1.20 | $275.00 | 330.00 | CMV |

Invoice #:    Sample                          Page   6                                    May 18, 2008

letter to C. Ito re proposed interim
agreement

| | | | | | |
|---|---|---|---|---|---|
| | Discovery and Document Production & Review : read lengthy memo from client re interim contract, and nature of original placement for 17 students either currently or previously attending Loveland for whom payment has been delayed or only partially made | 1.30 | $275.00 | 357.50 | CMV |
| | Research and Draft Pleadings : research conditions for interim contract and draft letter to Chris Ito re interim contract and proposing changes and addendum for client's review and comment | 2.30 | $275.00 | 632.50 | CMV |
| | Case Development and Investigation : review points in memo with client and discuss continued viability of Loveland without a contract and legal options | 1.00 | $275.00 | 275.00 | CMV |
| Jun-19-02 | Research and Draft Pleadings : meet with Loveland Academy owner, Patty Dukes to discuss research and revise Ito letter | 1.30 | $275.00 | 357.50 | CMV |
| | Research and Draft Pleadings : discuss revisions with client, research regulation for state purchasing and revise letter to Chris Ito | 0.90 | $275.00 | 247.50 | CMV |
| Jun-20-02 | Research and Draft Pleadings Telephone conference(s) with defense counsel T. Baker and with Loveland Academy owner, Patty Dukes regarding billing issues | 0.30 | $0.00 | 0.00 | CMV |
| Jun-24-02 | Research and Draft Pleadings : read prior and new IEP for client demonstrating DOE's refusal to include mental health as component of services and redefinition of autism services as School Based Behavioral Health, | 0.40 | $275.00 | 110.00 | CMV |
| | Case Development and Investigation : discuss options to continue mental health services from students receiving mental health as part of IEP at Loveland | 0.75 | $275.00 | 206.25 | CMV |
| Jun-25-02 | Research and Draft Pleadings Telephone conference(s) with B. Bateman re refusal to pay as stay put violations | 0.40 | $275.00 | 110.00 | CMV |

Invoice #:    Sample                          Page   7                                              May 18, 2008

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | Case Development and Investigation meeting with Loveland Academy owner, Patty Dukes at Loveland to dicuss DOE's refusal to accept proposed modifications to contract | 1.45 | $275.00 | 398.75 | CMV |
|  | Case Development and Investigation : tc with client re Bateman analysis re stay put violations | 0.30 | $275.00 | 82.50 | CMV |
| Jun-26-02 | Case Development and Investigation : read letter from parent re change in position re mental health services and DOE's agreement to provide such services | 0.25 | $275.00 | 68.75 | CMV |
|  | Research and Draft Pleadings : read OSEP report re state compliance with IDEA and joint house and senate committee report re state's compliance with Felix and change from mental health to SBBH | 1.25 | $275.00 | 343.75 | CMV |
|  | Case Development and Investigation : meeting with R. Hurd at Loveland to review outstanding invoices unpaid, DOE's request for documentation, points to discuss with DOE re outstanding bills and stay put | 1.30 | $275.00 | 357.50 | CMV |
|  | Case Development and Investigation :discuss with client letter from parent re change in position re mental health services and DOE's agreement to provide such services | 0.40 | $275.00 | 110.00 | CMV |
| Jun-27-02 | Discovery and Document Production & Review : read memo from R. Hurd re discussion with Chris Butt re outstanding invoices unpaid, DOE's request for documentation, points discussed with DOE re outstanding bills and stay put | 0.80 | $275.00 | 220.00 | CMV |
|  | Case Development and Investigation : discuss with R. Hurd his memo re discussion with Chris Butt re outstanding invoices unpaid, DOE's request for documentation, outstanding bills and stay put | 0.50 | $275.00 | 137.50 | CMV |
| Jun-28-02 | Research and Draft Pleadings Review State Auditor's report re autism services and contact OSEP in D.C. re same | 0.50 | $275.00 | 137.50 | CMV |

Invoice #:   Sample                          Page   8                                          May 18, 2008

| | | | | | |
|---|---|---|---|---|---|
| | Discovery and Document Production & Review : read letter from Chris Butt in response to proposed modifications of interim contract and compare to original request for modifications | 0.40 | $275.00 | 110.00 | CMV |
| | Case Development and Investigation : discuss Chris Butt letter with client and options in response | 1.60 | $275.00 | 440.00 | CMV |
| | Research and Draft Pleadings : read auditor's report critiquing DOE send memo to P. Dukes re need for parents to follow up with legislators re change from mental health to SBBH | 1.40 | $275.00 | 385.00 | CMV |
| | Case Development and Investigation : Telephone conference(s) with client re status of contract negotiations | 0.25 | $275.00 | 68.75 | CMV |
| Jun-29-02 | Case Development and Investigation : discuss with P. Dukes, Chris Butt's response to proposed addendum to contract | 0.70 | $275.00 | 192.50 | CMV |
| Jul-01-02 | Research and Draft Pleadings Telephone conference(s) with F. Lopez at OSEP re state's refusal to pay for services for IEP and settlement students  Telephone conference(s) with J. Gregorian at OSEP re same | 0.70 | $275.00 | 192.50 | CMV |
| | Case Development and Investigation : tc with client re dicussions with OSEP | 0.20 | $275.00 | 55.00 | CMV |
| Jul-02-02 | Case Development and Investigation : discuss with P. Dukes continued issues re DOE's refusal to pay based on alleged deficiencies in documentation particularly service authorizations for mental health services | 0.50 | $275.00 | 137.50 | CMV |
| Jul-04-02 | Case Development and Investigation Telephone conference(s) with Loveland Academy owner, Patty Dukes re response to DOE | 0.20 | $0.00 | 0.00 | CMV |
| Jul-05-02 | Case Development and Investigation Telephone conference(s) with Loveland Academy owner, Patty Dukes re DOE's response to contract proposal | 0.20 | $0.00 | 0.00 | CMV |

Invoice #:    Sample            Page  9                                                      May 18, 2008

| | | | | | |
|---|---|---|---|---|---|
| Jul-10-02 | Case Development and Investigation Meeting with Loveland Academy owner, Patty Dukes at Loveland to discuss current negotiations and strategies for Lovleand to continue or close | 2.30 | $275.00 | 632.50 | CMV |
| Jul-12-02 | Case Development and Investigation : meeting with R. Hurd and P. Dukes to discuss options to continued operation and plan for parent response based on stay-put analysis and due process hearings | 2.90 | $275.00 | 797.50 | CMV |
| Jul-15-02 | Research and Draft Pleadings Legal research re refusal to fund services as constituting a change in placement | 2.40 | $275.00 | 660.00 | CMV |
| Jul-16-02 | Case Development and Investigation Meeting with clients at Loveland to discuss results of initial research re refusal to pay as being change in placement | 0.75 | $275.00 | 206.25 | CMV |
| | Case Development and Investigation : discuss parent letter and outline for action from Loveland to parents with client | 0.40 | $275.00 | 110.00 | CMV |
| Jul-17-02 | Research and Draft Pleadings Draft standardized IEP questions for parents whose children attend Loveland to address placement issue | 0.50 | $275.00 | 137.50 | CMV |
| | Case Development and Investigation : tc with Chris Butt re DOE arrearages and need for payment | 0.20 | $275.00 | 55.00 | CMV |
| | Case Development and Investigation : tc with P. Dukes are Butt's resposne | 0.20 | $0.00 | 0.00 | CMV |
| Jul-22-02 | Research and Draft Pleadings : research stay put issues to determine viability of direct action in federal court | 2.75 | $275.00 | 756.25 | CMV |
| Jul-23-02 | Research and Draft Pleadings : continue researching stay put issues and litigation options | 1.80 | $275.00 | 495.00 | CMV |
| Jul-24-02 | Research and Draft Pleadings : continue researching stay put issues | 1.90 | $275.00 | 522.50 | CMV |
| Jul-25-02 | Case Development and Investigation : meeting with client at Loveland to discuss | 1.40 | $275.00 | 385.00 | CMV |

Invoice #:    Sample                    Page    10                                                May 18, 2008

| | | | | | |
|---|---|---|---|---|---|
| | stay put analysis, particularly Petties litigation in DC | | | | |
| Aug-09-02 | Research and Draft Pleadings : Further research for case law construing placement and payment for placement as same | 3.20 | $275.00 | 880.00 | CMV |
| Aug-26-02 | Case Development and Investigation : meeting with client at Loveland to discuss current financial crisis resulting from DOE's failure to pay and need for immediate action | 2.10 | $275.00 | 577.50 | CMV |
| Sep-04-02 | Case Development and Investigation : Meeting with Loveland Academy owner, Patty Dukes at Loveland to review contract documents and discuss alternatives to current billing problems and contact dispute | 2.40 | $275.00 | 660.00 | CMV |
| Sep-10-02 | Case Development and Investigation : Telephone conference(s) with client re contract, payment and course of action for non-payment | 0.20 | $0.00 | 0.00 | CMV |
| Sep-11-02 | Case Development and Investigation : Telephone conference(s) with client and C. Butt re interim contract | 0.30 | $0.00 | 0.00 | CMV |
| Sep-12-02 | Research and Draft Pleadings : Review outstanding unpaid invoices and draft letter re same to C. Butt | 0.75 | $275.00 | 206.25 | CMV |
| | Case Development and Investigation : tc with client re recent discussions with Chris Butt re payment from DOE | 0.40 | $275.00 | 110.00 | CMV |
| | Research and Draft Pleadings : draft and revise demand letter to Chris Butt | 1.20 | $275.00 | 330.00 | CMV |
| | Case Development and Investigation : tc with E. Seitz re continued payment issues with DOE and implications for Felix compliance | 0.30 | $275.00 | 82.50 | CMV |
| Sep-13-02 | Research and Draft Pleadings Review proposal and draft memo to Loveland Academy owner, Patty Dukes re gag-clause provisions | 0.50 | $275.00 | 137.50 | CMV |
| | Case Development and Investigation : tc | 0.30 | $275.00 | 82.50 | CMV |

Invoice #:    Sample                         Page  11                                       May 18, 2008

|  | with P. Dukes re second interim contract and needed revisions | | | | |
|---|---|---|---|---|---|
|  | Case Development and Investigation : Telephone conference(s) with APA rep and other providers re same contract provisions and gag clause | 0.50 | $275.00 | 137.50 | CMV |
| Sep-14-02 | Research and Draft Pleadings Telephone conference(s) with Loveland Academy owner, Patty Dukes re proposal made by DOE for contract and possible terms that could be used to create 20-bed minimum in lieu of proposed interim contract | 0.50 | $275.00 | 137.50 | CMV |
| Sep-16-02 | Case Development and Investigation Telephone conference(s) with B. Hurd outstanding invoices for student services | 0.20 | $0.00 | 0.00 | CMV |
| Sep-20-02 | Case Development and Investigation Meeting with Loveland Academy owner, Patty Dukes at Loveland to discuss possible responses to DOE proposed | 1.40 | $275.00 | 385.00 | CMV |
| Sep-26-02 | Case Development and Investigation : read gag clause addendum | 0.20 | $275.00 | 55.00 | CMV |
|  | Research and Draft Pleadings : discuss gag clause language with client and possible legal challenge based on First Amendment limitations | 0.60 | $275.00 | 165.00 | CMV |
| Sep-27-02 | Research and Draft Pleadings Draft letter to C. Butt assertion that contract terms apply to current kids | 0.30 | $275.00 | 82.50 | CMV |
|  | Case Development and Investigation Meeting with client to discuss billing issue and work plan | 1.10 | $275.00 | 302.50 | CMV |
|  | Case Development and Investigation : read letter from Chris But re payment | 0.20 | $275.00 | 55.00 | CMV |
|  | Case Development and Investigation : discuss Chris Butt letter with client appropriate response | 0.40 | $275.00 | 110.00 | CMV |
|  | Case Development and Investigation Revise letter to C. Butt and Telephone conference(s) with client | 0.40 | $0.00 | 0.00 | CMV |

Invoice #:    Sample              Page   12                                        May 18, 2008

| | | | | | |
|---|---|---|---|---|---|
| Oct-02-02 | Case Development and Investigation : discuss billings and spread sheets and 1999 RFP terms with client | 0.80 | $275.00 | 220.00 | CMV |
| | Research and Draft Pleadings : research 1999 RFP terms, draft and revise letter to Chris Butt, DOE and E. Seitz re continued problems with DOE payment | 1.30 | $275.00 | 357.50 | CMV |
| | Case Development and Investigation : read fax from R. Hurd and client service logs showing Maui District payments | 0.30 | $275.00 | 82.50 | CMV |
| | Case Development and Investigation : discuss Maui District payment in full compared to Honolulu District with  R. Hurd | 0.40 | $0.00 | 0.00 | CMV |
| Oct-03-02 | Case Development and Investigation : review billing spread sheets discuss recent payment at old rates with client | 0.50 | $275.00 | 137.50 | CMV |
| | Research and Draft Pleadings : draft letter to Chris Butt re recent payments, 1999 RFP, new rates and related issues | 0.40 | $275.00 | 110.00 | CMV |
| Oct-15-02 | Settlement Prepare for and attend meeting with D. Farmer and Loveland Academy owner, Patty Dukes at Loveland | 2.70 | $275.00 | 742.50 | CMV |
| Oct-22-02 | Discovery and Document Production & Review : read memo from R. Hurd and billing spreadsheets indicating outstanding balances for chidlren placed by DOE/DOH, settlement agreement or decisions | 0.60 | $275.00 | 165.00 | CMV |
| Oct-23-02 | Case Development and Investigation Meeting with Loveland Academy owner, Patty Dukes to discuss payments and lawsuit, confirm outstanding amounts review and discuss response to letter from C. Butt | 0.70 | $275.00 | 192.50 | CMV |
| | Settlement : Telephone conference(s) with H. Shikada's office re payments and lawsuit, confirm outstanding amounts review and letter from C. Butt | 0.30 | $275.00 | 82.50 | CMV |
| | Case Development and Investigation : read letter from R. Hurd re outstanding amounts and review spread sheets | 0.80 | $275.00 | 220.00 | CMV |

Invoice #:   Sample                    Page  13                                              May 18, 2008

| | | | | | |
|---|---|---|---|---|---|
| | Settlement : read letter from Chris Butt re outstanding payments | 0.20 | $0.00 | 0.00 | CMV |
| Oct-24-02 | Research and Draft Pleadings Research and draft complaint | 5.10 | $275.00 | 1,402.50 | CMV |
| Oct-25-02 | Research and Draft Pleadings : meeting with Loveland Academy owner, Patty Dukes to review and revise draft complaint | 1.50 | $275.00 | 412.50 | CMV |
| | Case Development and Investigation Telephone conference(s) with B. Hurd re billings | 0.20 | $0.00 | 0.00 | CMV |
| Oct-28-02 | Research and Draft Pleadings : Telephone conference(s) with Loveland Academy owner, Patty Dukes re revisions to complaint | 0.60 | $275.00 | 165.00 | CMV |
| | Case Development and Investigation : read memo and discuss with Hawaii Psychological Assn. the effect of gag clause on professional obligations of mental health providers | 0.40 | $275.00 | 110.00 | CMV |
| | Research and Draft Pleadings : revise complaint and make final revisions after consultation with client | 3.70 | $275.00 | 1,017.50 | CMV |
| Nov-06-02 | Case Development and Investigation Telephone conference(s) with client re filing of complaint and case status, DOE billing update | 0.60 | $275.00 | 165.00 | CMV |
| Nov-07-02 | Discovery and Document Production & Review : read Debra Farmer letter responding to contract and payment issues | 0.40 | $275.00 | 110.00 | CMV |
| Nov-08-02 | Research and Draft Pleadings | 0.50 | $275.00 | 137.50 | CMV |
| | Case Development and Investigation : review staff resignation letter and discuss effect of economic uncertainties with client | 0.40 | $275.00 | 110.00 | CMV |
| | Case Development and Investigation : draft letter to Chris Butt re continued refusal of DOE to pay in full and gag clause | 0.40 | $275.00 | 110.00 | CMV |
| Nov-14-02 | Discovery and Document Production & Review : review memo and outstanding invoices as compared to payment | 0.70 | $275.00 | 192.50 | CMV |

Invoice #:    Sample                    Page   14                                    May 18, 2008

| Nov-20-02 | Discovery and Document Production & Review : review and discuss with client letter from J. Nitta questioning therapeutic aide services | 0.50 | $275.00 | 137.50 | CMV |
|---|---|---|---|---|---|
| Nov-26-02 | Discovery and Document Production & Review : review and discuss with client e-mail from Alida Gandy instructing DOE personnel to begin scheduling IEPs for all children at Loveland immediately as means of removing them | 0.50 | $275.00 | 137.50 | CMV |
| | Case Development and Investigation : draft and revise letter to A. Gandy regarding immediate IEPs | 0.90 | $275.00 | 247.50 | CMV |
| Dec-04-02 | Case Development and Investigation : review and discuss with client subpoena from AG's medical billing unit | 0.60 | $275.00 | 165.00 | CMV |
| Dec-05-02 | Case Development and Investigation : read Loveland memo to parents were current status of economic issues and need to attend meeting on 12/12/ to discuss | 0.30 | $275.00 | 82.50 | CMV |
| Dec-06-02 | Case Development and Investigation Meeting with clients to discuss case status, DOE payments and delays, case procedures and strategy for settlement | 1.60 | $275.00 | 440.00 | CMV |
| Dec-09-02 | Case Development and Investigation : review and revise letter to DOE re arrearages and placement | 0.30 | $0.00 | 0.00 | CMV |
| Dec-11-02 | Case Development and Investigation : draft form letter to be used for any child subject to Gandy's plan for immediate IEPs and removal from Loveland | 0.50 | $275.00 | 137.50 | CMV |
| Dec-12-02 | Discovery and Document Production & Review : review and discuss with client letters from Chris Butt re gag clause and payment and Alida Gandy re IEP plan; discuss response | 0.75 | $275.00 | 206.25 | CMV |
| | Case Development and Investigation : prepare for and attend meeting at Loveland to advise parents of ongoing problems and need to have parents involved in resolving the issues both in court and at IEPs | 2.40 | $275.00 | 660.00 | CMV |

Invoice #:    Sample                            Page 15                                                            May 18, 2008

|           |                                                                                                                                                                                                                             |      |          |        |     |
|-----------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|----------|--------|-----|
|           | Research and Draft Pleadings : draft complaint letter to DOE complaints office pursuant to state complaints procedures                                                                                                                 | 0.40 | $275.00  | 110.00 | CMV |
|           | Case Development and Investigation : read R. Hurd initial response to Chris Butt letter                                                                                                                                                | 0.20 | $0.00    | 0.00   | CMV |
| Dec-13-02 | Case Development and Investigation : review correspondence and draft responsive letter to most recent Gandy letter on topic of immediate IEPs                                                                                          | 0.40 | $275.00  | 110.00 | CMV |
| Dec-14-02 | Discovery and Document Production & Review Telephone conference(s) with with S. Levin, and B. Ellis re their clients at Loveland                                                                                                        | 0.30 | $275.00  | 82.50  | CMV |
|           | Case Development and Investigation Several calls to client re current status and work plan                                                                                                                                             | 1.60 | $275.00  | 440.00 | CMV |
|           | Case Development and Investigation review message from M. Bennett and return call                                                                                                                                                      | 0.40 | $275.00  | 110.00 | CMV |
|           | Case Development and Investigation send e-mail to M. Bennett re letter to Shikada;                                                                                                                                                     | 0.20 | $0.00    | 0.00   | CMV |
| Dec-16-02 | Case Development and Investigation : read and discuss bullet points drafted by client in response to Chris Butt letter, suggest revisions                                                                                              | 0.80 | $275.00  | 220.00 | CMV |
| Dec-17-02 | Case Development and Investigation : read recent correspondence with Chris Butt, read bullet points prepared by Loveland, draft letter to H. Shikada documenting points of agreement and dispute and need to resolve disputed matter promptly to avoid a motion in the lawsuit | 1.00 | $275.00  | 275.00 | CMV |
| Dec-19-02 | Case Development and Investigation Telephone conference(s) with H. Shikada re payment and gag-clause (.75) Telephone conference(s) with Loveland Academy owner, Patty Dukes re same (.3); draft response to Shikada                     | 0.75 | $275.00  | 206.25 | CMV |
|           | Case Development and Investigation Telephone conference(s) with client re DOE's rush IEPs                                                                                                                                               | 0.50 | $275.00  | 137.50 | CMV |

Invoice #:    Sample                      Page   16                                        May 18, 2008

| | | | | | |
|---|---|---|---|---|---|
| | Case Development and Investigation : review documents and draft letter to H. Shikada, documenting each point of contention, agreeing to give her and AG additional time to investigate before filing motion for injunction, identifying children whose services were unpaid and unpaid amount, confirming that A. Gandy had been instructed to inform district personnel not to initiate IEPs, countermanding her prior directive, asking for implementation of more efficient payment process and offering to mediate | 1.80 | $275.00 | 495.00 | CMV |
| | Settlement : Telephone conference(s) with H. Shikada  and Telephone conference(s) with A. Schulaner re extensions of time to consider Loveland's requests before state answer due or motion filed | 0.30 | $275.00 | 82.50 | CMV |
| | Discovery and Document Production & Review : Telephone conference(s) with S. Levin re J.T. and A.W. children | 0.40 | $275.00 | 110.00 | CMV |
| | Discovery and Document Production & Review :Telephone conference(s) with S. Levin and C. Parsons re current placements at Loveland | 0.20 | $0.00 | 0.00 | CMV |
| Dec-20-02 | Discovery and Document Production & Review : review and discuss DOE's positions with client as set forth in 12/20 letter from H. Shikada and discus response | 0.50 | $275.00 | 137.50 | CMV |
| | Case Development and Investigation : draft response to H. Shikada letter | 0.50 | $275.00 | 137.50 | CMV |
| Dec-21-02 | Discovery and Document Production & Review : draft detailed response to H. Shikada and provide data re students placed at Loveland by settlement agreement, IEP or decision | 0.50 | $275.00 | 137.50 | CMV |
| Jan-05-03 | Discovery and Document Production & Review : read and discuss e-mail re documents subpoenaed by AG's office | 0.40 | $275.00 | 110.00 | CMV |
| Jan-06-03 | Discovery and Document Production & Review : review state's answer | 0.75 | $275.00 | 206.25 | CMV |

Invoice #:     Sample          Page   17                          May 18, 2008

| | | | | | |
|---|---|---|---|---|---|
| | Discovery and Document Production & Review : review and discuss most recent payments, client letter to DOE and DOEs refusal to pay current rates | 0.80 | $275.00 | 220.00 | CMV |
| | Discovery and Document Production & Review : read and discuss with client memo re parent being told by AG that Loveland had been "shut down" due to "fraud" | 0.30 | $275.00 | 82.50 | CMV |
| Jan-10-03 | Discovery and Document Production & Review Meeting with clients at Loveland to discuss review files, identify children subject to stay put for whom DOE has not paid in full | 1.80 | $275.00 | 495.00 | CMV |
| Jan-13-03 | Discovery and Document Production & Review : read and discuss Eileen Muraoka letter to parent refusing to pay Loveland invoices directly and asserting that parent had to pay first under settlement agreement before seeking reimbursement | 0.50 | $275.00 | 137.50 | CMV |
| Jan-15-03 | Discovery and Document Production & Review : read letter from R. Hurd to Chris Butt re Maui payments | 2.00 | $0.00 | 0.00 | CMV |
| Jan-24-03 | Discovery and Document Production & Review : discuss with R. Hurd that Mona Smoot from DOE told parent by letter that no services could be obtained at Loveland because Loveland refused to sign contract | 0.30 | $275.00 | 82.50 | CMV |
| Jan-25-03 | Research and Draft Pleadings : scheduling conference statement and report of meeting of parties | 1.25 | $275.00 | 343.75 | CMV |
| Jan-27-03 | Hearing Preparation and Attendance : prepare for and attend Rule 16 scheduling conference | 1.40 | $275.00 | 385.00 | CMV |
| | Settlement : discuss outstanding bills with A. Schulaner and possible means of resolving dispute | 0.30 | $275.00 | 82.50 | CMV |
| Jan-28-03 | Settlement : provide A. Schulaner with revised billing statement and information regarding $187.00 discrepancy re one student and request immediate payment of $21,528.48, outstaning on six invoices | 0.30 | $275.00 | 82.50 | CMV |

Invoice #:    Sample                    Page   18                                              May 18, 2008

| Date | Description | | | | |
|---|---|---|---|---|---|
| | Discovery and Document Production & Review : read and suggest revisions for demand for payment from Loveland to DOE and transmit revisions to R. Hurd | 0.20 | $0.00 | 0.00 | CMV |
| Jan-29-03 | Discovery and Document Production & Review : read and discuss with client letters from A. Schulaner and J. Flynn regarding billing and need for additional information from Loveland | 0.60 | $275.00 | 165.00 | CMV |
| Feb-03-03 | Settlement : read and revise response to J. Flynn drafted by R. Hurd | 0.50 | $275.00 | 137.50 | CMV |
| | Discovery and Document Production & Review Telephone conference(s) with B. Hurd and discuss possible responses to J. Flynn's position re payment | 0.20 | $0.00 | 0.00 | CMV |
| Feb-04-03 | Settlement : readraft and transmit letter for J. Flynn to R. Hurd | 0.40 | $275.00 | 110.00 | CMV |
| Feb-06-03 | Case Development and Investigation Telephone conference(s) with B. Hurd re billings and Flynn letter | 0.20 | $0.00 | 0.00 | CMV |
| Feb-11-03 | Settlement : review and discuss with client all oustanding unpaid items for purposes of demand and settlement | 1.00 | $275.00 | 275.00 | CMV |
| Feb-14-03 | Discovery and Document Production & Review Meeting with B. Hurd to discuss current billing and review outstanding bills and compare to services authorized by IEP, hearing or settlement | 1.20 | $275.00 | 330.00 | CMV |
| Feb-15-03 | Case Development and Investigation Meeting with P. Dukes to discuss case development and work plan, settlement conference and possible motion for preliminary injunction | 2.40 | $275.00 | 660.00 | CMV |
| | Discovery and Document Production & Review Draft letter to A. Schulaner re depositions | 0.25 | $275.00 | 68.75 | CMV |
| | Settlement : letter updating A. Schulaner re status of payments | 0.30 | $275.00 | 82.50 | CMV |
| Feb-17-03 | Settlement Telephone conference(s) with | 0.90 | $275.00 | 247.50 | CMV |

Invoice #:    Sample                     Page  19                                              May 18, 2008

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | A. Schulaner re client's position concerning settlement and deposition schedule |  |  |  |  |
| Feb-21-03 | Settlement : read and discuss with client DOE proposed settlement terms in A.Schulaner letter | 1.30 | $275.00 | 357.50 | CMV |
| Feb-22-03 | Research and Draft Pleadings Draft parents' declarations in support of motion and discuss with client | 2.00 | $275.00 | 550.00 | CMV |
|  | Research and Draft Pleadings : draft master parent declaration and discuss with client | 1.20 | $275.00 | 330.00 | CMV |
| Feb-24-03 | Settlement : read and discuss with client clent's ressponse to A. Schulaner settlement proposal | 1.50 | $275.00 | 412.50 | CMV |
| Feb-26-03 | Research and Draft Pleadings : review and revise parent JU's declaration | 0.40 | $275.00 | 110.00 | CMV |
| Mar-01-03 | Settlement Meeting with client to discuss Schulaner letter re proposed terms and strategy for possible settlement | 1.20 | $275.00 | 330.00 | CMV |
| Mar-03-03 | Research and Draft Pleadings : review and revise parent WO's declaration | 0.50 | $275.00 | 137.50 | CMV |
| Mar-07-03 | Settlement : review totals oustanding and discuss with R. Hurd for purposes of global settlement | 0.60 | $275.00 | 165.00 | CMV |
|  | Settlement : review revise figures outstanding for global settlement and discuss with client | 0.75 | $275.00 | 206.25 | CMV |
| Mar-09-03 | Settlement : review further revised figures regarding outstand amounts due client and discuss settlement proposal | 1.00 | $275.00 | 275.00 | CMV |
| Mar-10-03 | Discovery and Document Production & Review Telephone conference(s) with A. Schulaner re case status and discovery plan | 0.30 | $275.00 | 82.50 | CMV |
|  | Settlement Meeting with A. Schulaner to discuss possible settlement | 0.60 | $275.00 | 165.00 | CMV |
|  | Discovery and Document Production & Review : telephone conference with client re discovery plan and case status | 0.50 | $275.00 | 137.50 | CMV |