| Date | Description | Hours | Rate | Amount | Atty |
|---|---|---|---|---|---|
| | Settlement : Telephone conference(s) with Loveland Academy owner, Patty Dukes | 0.60 | $275.00 | 165.00 | CMV |
| | Settlement : draft letter to A. Schulaner re proposal | 0.20 | $275.00 | 55.00 | CMV |
| | Discovery and Document Production & Review : read and discuss with client DOE's refusal to pay current inoices because they are not signed in pen | 0.40 | $275.00 | 110.00 | CMV |
| Mar-11-03 | Settlement : review rates schedule and proposal for settlement prepared by client | 0.30 | $275.00 | 82.50 | CMV |
| | Settlement : discuss rate schedule and outstanding settlement issues with client | 0.40 | $275.00 | 110.00 | CMV |
| | Settlement : review current Loveland proposal and draft letter to A. Schulaner re same | 0.40 | $275.00 | 110.00 | CMV |
| Mar-12-03 | Settlement : draft letter to A Schulaner informing him that Loveland bookeeper has carpal tunnel syndrome and uses a stamp for signature on invoices as an accommodation | 0.30 | $275.00 | 82.50 | CMV |
| | Discovery and Document Production & Review : read and discuss with client letter from Chris Butt indicating Bryna Siegel, who is not licensed in Hawaii, has been retained to inspect Loveland's program and determine its appropriateness for the children placed there | 0.60 | $275.00 | 165.00 | CMV |
| | Settlement : read letter from A. Schulaner regarding use of signature stamp by bookeeper | 0.20 | $0.00 | 0.00 | CMV |
| Mar-14-03 | Research and Draft Pleadings : File review, research and drafting settlement conference statement | 2.00 | $275.00 | 550.00 | CMV |
| | Discovery and Document Production & Review : read and discuss with client time line of events from June 2001 to current regarding autism services and billing | 0.40 | $275.00 | 110.00 | CMV |
| Mar-15-03 | Research and Draft Pleadings Continue drafting, research and file review for settlement conference statement | 4.20 | $275.00 | 1,155.00 | CMV |

| Date | Description | Hours | Rate | Amount | Atty |
|---|---|---|---|---|---|
| Mar-16-03 | Research and Draft Pleadings Telephone conference wtih clent to discuss settlement conference process and demand | 0.30 | $275.00 | 82.50 | CMV |
| Mar-17-03 | Settlement Telephone conference(s) with client to discuss various aspects of settlement process and authority | 0.30 | $275.00 | 82.50 | CMV |
| | Settlement : final research and revisions to settlement conference statement | 2.10 | $275.00 | 577.50 | CMV |
| Mar-18-03 | Settlement :  Draft demand to A. Schulaner | 0.25 | $275.00 | 68.75 | CMV |
| | Settlement : Telephone conference(s) with B. Hurd and Loveland Academy owner, Patty Dukes  re settlement conference | 0.30 | $275.00 | 82.50 | CMV |
| | Discovery and Document Production & Review : tc with A. Schulaner re DOE's attempt to use unlicensed Bryna Siegel to determine appropriatness of Loveland for children placed there | 0.40 | $275.00 | 110.00 | CMV |
| | Discovery and Document Production & Review : read and discuss with client DOE's assertion that Brynas Siegel's inspection and assessment of  program is appropriate and not a violation of HIPPA | 0.50 | $275.00 | 137.50 | CMV |
| | Settlement : review billing invoices for all districts, discuss with client and draft letter to A. Schulaner re same | 0.80 | $275.00 | 220.00 | CMV |
| Mar-20-03 | Discovery and Document Production & Review : review individual invoices for all 7 children place by hearing officer's decision | 0.50 | $275.00 | 137.50 | CMV |
| Mar-21-03 | Settlement Prepare for and attend settlement conference | 2.40 | $275.00 | 660.00 | CMV |
| | Settlement : follow up meeting with client and R. Hurd afte settlement conference to discuss options | 1.00 | $275.00 | 275.00 | CMV |
| | Settlement : meeting with client after settlement conference to discuss options | 1.00 | $275.00 | 275.00 | CMV |
| Mar-24-03 | Settlement : review invoices showing DOE paid GET and write letter to A. Schulaner discussing same | 0.40 | $275.00 | 110.00 | CMV |

| Date | Description | Hours | Rate | Amount | Atty |
|---|---|---|---|---|---|
| Mar-25-03 | Discovery and Document Production & Review : review and discuss second subpoena for records from AG's office with client | 0.60 | $275.00 | 165.00 | CMV |
|  | Discovery and Document Production & Review : read letter from US Sen. Carl Levin to Gov. Lingle re military dependents of JE | 0.40 | $0.00 | 0.00 | CMV |
| Mar-27-03 | Discovery and Document Production & Review : read letter from client re subpoena, record keeping procedures, and inspections | 0.70 | $275.00 | 192.50 | CMV |
| Mar-28-03 | Settlement : read letter from client re meeting with Chris Butt and continued points of disagreement | 0.50 | $275.00 | 137.50 | CMV |
| Mar-31-03 | Settlement : review updated oustanding amounts for settlement and discuss with client | 0.80 | $275.00 | 220.00 | CMV |
| Apr-01-03 | Settlement Telephone conference(s) with A. Schulaner | 1.10 | $275.00 | 302.50 | CMV |
|  | Settlement : draft settlement letter to H. Shikada including proposals to settle on all disptued points | 0.80 | $275.00 | 220.00 | CMV |
|  | Settlement : Telephone conference(s) with Loveland Academy owner, Patty Dukes re settlement | 0.20 | $0.00 | 0.00 | CMV |
| Apr-02-03 | Settlement Telephone conference(s) with client re settlement offers and affect of percentages on Loveland's viability | 0.30 | $275.00 | 82.50 | CMV |
|  | Settlement : Telephone conference(s) with A. Schulaner re same | 0.70 | $275.00 | 192.50 | CMV |
|  | Discovery and Document Production & Review : review updated invoices for children placed by hearing officer's decisions | 0.40 | $275.00 | 110.00 | CMV |
|  | Discovery and Document Production & Review : review and discuss with client billing records for children placed by DOE and DOH under IEP | 0.40 | $275.00 | 110.00 | CMV |

Case 1:02-cv-00693-HG-LEK   Document 102-12   Filed 05/20/2008   Page 3 of 20

| Date | Description | Hours | Rate | Amount | Atty |
|---|---|---|---|---|---|
| | Discovery and Document Production & Review : review billing records for children from Central District and District's new demand for additional information no previously required for payment | 0.70 | $275.00 | 192.50 | CMV |
| | Discovery and Document Production & Review : Telephone conference(s) with S. Floyd re affect of Felix on autism services generally and Loveland's continued struggle to survive during non-payment | 0.30 | $0.00 | 0.00 | CMV |
| Apr-07-03 | Settlement : Meeting with client to discuss settlement process, status of negotiations and review of outstanding bills for services | 1.40 | $275.00 | 385.00 | CMV |
| Apr-08-03 | Settlement : draft letter re settlement conference setting | 0.20 | $0.00 | 0.00 | CMV |
| Apr-09-03 | Settlement Meeting at Loveland with C. Butt, H. Shikada and A. Schulaner to discuss settlement and review billings for past 10 months to assess DOE's view of outstanding invoices to those of client | 2.90 | $275.00 | 797.50 | CMV |
| | Settlement : review additional billing information and draft letter to H. Shikada re oustanding amounts for children placed by decision or IEP | 1.25 | $275.00 | 343.75 | CMV |
| Apr-10-03 | Settlement : prepare for and attend further settlement conference | 1.80 | $275.00 | 495.00 | CMV |
| | Discovery and Document Production & Review : read revised outstanding amounts based on 4/10 payment | 0.60 | $275.00 | 165.00 | CMV |
| Apr-11-03 | Discovery and Document Production & Review Telephone conference(s) with C. Kamida re HIPPA and FERPA as they apply to electronic data transfers | 0.30 | $275.00 | 82.50 | CMV |
| | Discovery and Document Production & Review :  Telephone conference(s) with with client re HIPPA and FERPA | 0.30 | $275.00 | 82.50 | CMV |
| | Discovery and Document Production & Review : read further revised statement including payments received on 4/11 | 0.50 | $275.00 | 137.50 | CMV |
| Apr-14-03 | Discovery and Document Production & | 0.30 | $275.00 | 82.50 | CMV |

| Date | Description | Hours | Rate | Amount | Atty |
|---|---|---|---|---|---|
| | Review : read and respond to T. Baker letter re AG subpoenas | | | | |
| Apr-15-03 | Settlement Telephone conference(s) with client to discuss status of settlement discussions and HIPPA and FERPA issues | 0.60 | $275.00 | 165.00 | CMV |
| | Settlement : review comprehensive revised totals for each child and summary for settlement conference and discuss with client | 1.80 | $275.00 | 495.00 | CMV |
| | Discovery and Document Production & Review : read research memo and stipulated protective order addressing HIPPA issues prepared by Clayton Kamida and review in detail with client | 1.60 | $275.00 | 440.00 | CMV |
| Apr-16-03 | Settlement Draft letter to H. Shikada re settlement terms, outstanding amounts and HIPPA regulations limiting electronic disclosure, discuss with client and revise | 1.40 | $275.00 | 385.00 | CMV |
| | Settlement : review spread sheets with billing information at length with client | 1.40 | $275.00 | 385.00 | CMV |
| | Settlement : draft letter setting forth client's settlement position review and revise with client input | 1.60 | $275.00 | 440.00 | CMV |
| | Discovery and Document Production & Review : revise protective order and transmit to A. Schulaner for review | 0.90 | $275.00 | 247.50 | CMV |
| Apr-18-03 | Settlement Telephone conference(s) with B. Hurd and Loveland Academy owner, Patty Dukes re subpoenas, protective order, settlement status | 1.00 | $275.00 | 275.00 | CMV |
| | Discovery and Document Production & Review : review and revise protective order after consulting with C. Kamida | 0.60 | $275.00 | 165.00 | CMV |
| Apr-21-03 | Settlement : draft letter to A. Schulaner updating amounts oustanding and making inquiry re represenations that state no longer enforcing gag clause | 0.30 | $275.00 | 82.50 | CMV |
| | Discovery and Document Production & Review : read and discuss with client letter from A. Schulaner and enclosures showing | 0.60 | $275.00 | 165.00 | CMV |

| Date | Description | Hours | Rate | Amount | Atty |
|---|---|---|---|---|---|
| | modification of special conditions of contract allegedly removing gag clause for one contractor | | | | |
| Apr-23-03 | Discovery and Document Production & Review Telephone conference(s) with B. Hurd and Loveland Academy owner, Patty Dukes, A. Schulaner C. Kamida re subpoenas, settlemetn status and protective order | 1.00 | $275.00 | 275.00 | CMV |
| | Discovery and Document Production & Review : read letter from H. Shikada to Clayton Kamida re application of HIPPA and FERPA and intent to subpoena records | 0.80 | $275.00 | 220.00 | CMV |
| Apr-24-03 | Discovery and Document Production & Review : contact Shikada and Kamida to inform them that records depo cancelled to allow parties to work out protective order | 0.30 | $275.00 | 82.50 | CMV |
| Apr-25-03 | Discovery and Document Production & Review : read and discuss with client and Kamida, Kamida resopnse to Shikada letter re PO | 0.60 | $275.00 | 165.00 | CMV |
| Apr-30-03 | Settlement Prepare for and attend joint settlement mediation conference | 2.10 | $275.00 | 577.50 | CMV |
| | Settlement : meeting with client after settlement conference to discuss work plan | 0.80 | $275.00 | 220.00 | CMV |
| May-02-03 | Discovery and Document Production & Review : read proposal to modify PO from A. Schulaner and discuss with Kamida | 0.50 | $275.00 | 137.50 | CMV |
| May-13-03 | Settlement : read letter re settlement conference and discuss with client | 0.30 | $0.00 | 0.00 | CMV |
| May-15-03 | Settlement Meeting with client to discuss settlement, mediation process, plan preparation mediation materials and student files, assign work of preparation and discuss current status of billing dispute and objectives, evaluate potential motion versus participation in mediation | 2.90 | $275.00 | 797.50 | CMV |
| May-17-03 | Settlement : draft letter to court requesting appointment of mediator for client's review | 0.90 | $275.00 | 247.50 | CMV |

| Date | Description | Hours | Rate | Amount | Atty |
|---|---|---|---|---|---|
| May-19-03 | Settlement Telephone conference(s) with client and B. Hurd re letter requesting mediation and make requested revisions | 0.90 | $275.00 | 247.50 | CMV |
| May-23-03 | Settlement : discuss revisions suggested by client with client and revise letter requesting mediator | 0.90 | $275.00 | 247.50 | CMV |
| | Discovery and Document Production & Review Telephone conference(s) with B. Hurd re billing and subpoenas | 0.20 | $0.00 | 0.00 | CMV |
| May-27-03 | Settlement Telephone conference(s) with A. Schulaner re status of negotiations and request for mediation | 0.30 | $0.00 | 0.00 | CMV |
| May-28-03 | Settlement Telephone conference(s) with B. Hurd re status of negotiations, conference with A. Schulaner yesterday and plan to advance claims toward motion and mediation simultaneously | 0.50 | $275.00 | 137.50 | CMV |
| Jun-02-03 | Settlement :read and discuss with client DOE's position statement re mediation | 0.75 | $275.00 | 206.25 | CMV |
| Jun-06-03 | Settlement Telephone conference(s) with B. Hurd re current billing cycle and update as to outstanding amounts | 0.20 | $0.00 | 0.00 | CMV |
| Jun-12-03 | Settlement : read letter from A. Schulaner re settlement schedule and discuss with client | 0.40 | $275.00 | 110.00 | CMV |
| Jun-13-03 | Settlement :Telephone conference(s) with with client re mediation status and new motions to be filed | 0.50 | $275.00 | 137.50 | CMV |
| | Settlement : Contact court to determine status of mediation request | 0.20 | $0.00 | 0.00 | CMV |
| Jun-16-03 | Discovery and Document Production & Review : review updated spread sheets re amounts owed by DOE for children placed by IEP, settlement or decision | 0.50 | $275.00 | 137.50 | CMV |
| Jun-18-03 | Discovery and Document Production & Review : meeting wtih client to review oustanding invoices and rate proposal for next fiscal year, beginning in July | 1.25 | $275.00 | 343.75 | CMV |
| Jun-20-03 | Discovery and Document Production & Review Telephone conference(s) with | 0.20 | $0.00 | 0.00 | CMV |

| Date | Description | Hours | Rate | Amount | Atty |
|---|---|---|---|---|---|
| | B. Hurd re recent billing cycle and current deficiencies | | | | |
| Jun-30-03 | Case Development and Investigation : read letter from client re new rates and discuss with client | 0.40 | $0.00 | 0.00 | CMV |
| Jul-02-03 | Settlement : read and discuss with client letter from A. Schulaner re new rates and settlement process | 0.50 | $275.00 | 137.50 | CMV |
| Jul-05-03 | Settlement : Meeting with client to discuss mediation work plan, selection of candidates for possible motion, processes for updating billing and verifying accuracy, continuing services or closing | 2.10 | $275.00 | 577.50 | CMV |
| | Settlement : read and discuss state's supplemental position statement re mediation and settlement | 0.30 | $0.00 | 0.00 | CMV |
| Jul-08-03 | Discovery and Document Production & Review : review and discuss with client Maui invoices that delete 1:1 services and result in $60,000 deficiency | 0.30 | $275.00 | 82.50 | CMV |
| Jul-15-03 | Settlement Telephone conference(s) with with cleint re status conference and mediation | 0.20 | $0.00 | 0.00 | CMV |
| | Discovery and Document Production & Review : review update re recent payments and student roster | 0.20 | $0.00 | 0.00 | CMV |
| Jul-21-03 | Settlement Meeting with client to discuss preparation for mediation, review proposed presentation of documents need for internal auditing prior to mediation and possibility of settlement accepting some or all of DOE terms | 1.50 | $275.00 | 412.50 | CMV |
| | Settlement : read court's EO ordering mediation and discuss with client | 0.40 | $275.00 | 110.00 | CMV |
| Jul-23-03 | Settlement Telephone conference(s) with client re mediation preparation | 0.20 | $0.00 | 0.00 | CMV |
| Jul-25-03 | Hearing Preparation and Attendance : prepare for and attend status conference re trial schedule, mediation | 1.80 | $275.00 | 495.00 | CMV |

| Date | Description | Hours | Rate | Amount | Atty |
|---|---|---|---|---|---|
| | Discovery and Document Production & Review : review summaries of delays in payment per child covered by IEP, settlement or decision | 0.30 | $0.00 | 0.00 | CMV |
| Jul-28-03 | Settlement Discuss potential mediators' styles and experience with client and draft letter to Judge Kobayahsi re same | 0.50 | $275.00 | 137.50 | CMV |
| | Settlement : review meidators' qualifications and experience and draft letter to Court re proposed mediators | 0.50 | $275.00 | 137.50 | CMV |
| Aug-12-03 | Settlement Telephone conference(s) with potential mediators and send fax to Schulaner re D. Fairbanks | 0.50 | $275.00 | 137.50 | CMV |
| Aug-14-03 | Discovery and Document Production & Review : review outstanding bills for G K-R and discuss with client fact that DOE instructed by AG to pay at old rates | 0.25 | $275.00 | 68.75 | CMV |
| | Settlement : draft letter to A Schulaner re S K-R payment | 0.30 | $275.00 | 82.50 | CMV |
| | Settlement : read and discuss with client state's agreement to sue David Fairbanks as mediator | 0.30 | $275.00 | 82.50 | CMV |
| | Settlement : speak with S. Levin about G K-R oustanding balance and AG interference with payment | 0.30 | $275.00 | 82.50 | CMV |
| | Settlement : draft letter to Court re mediator | 0.30 | $0.00 | 0.00 | CMV |
| Aug-22-03 | Settlement : read and discuss state's response to S Levin outstanding ivoices for G K-R | 0.50 | $275.00 | 137.50 | CMV |
| Aug-25-03 | Settlement : read and discuss state's response to CMV letter re G K-R | 0.40 | $275.00 | 110.00 | CMV |
| | Discovery and Document Production & Review Telephone conference(s) with conferences with J. Etterbeek re offer of assistance with Governor's office (.2); Telephone conference(s) with E Seitz re same (.2); Telephone conference(s) with Loveland Academy owner, Patty Dukes re same (.2) | 0.60 | $0.00 | 0.00 | CMV |

| Date | Description | Hours | Rate | Amount | Atty |
|---|---|---|---|---|---|
| Aug-27-03 | Discovery and Document Production & Review Discuss L. Sperry as potential witeness with Loveland Academy owner, Patty Dukes and matters related whether it is feasible to continue operating school while attempting to collect; draft letter for parents to use to establish stay-put | 0.40 | $275.00 | 110.00 | CMV |
|  | Case Development and Investigation : draft letter for parents to establish stay put | 0.50 | $275.00 | 137.50 | CMV |
| Aug-29-03 | Discovery and Document Production & Review Meeting with client to review billing invoices, IEPs, service records in detail and determine best approach to presenting billing information at mediation after audit | 3.10 | $275.00 | 852.50 | CMV |
|  | Discovery and Document Production & Review Telephone conference(s) with Loveland Academy owner, Patty Dukes re potenital claims for reimbursement and damages arising from unpaid invoices and plan for mediation | 2.10 | $275.00 | 577.50 | CMV |
| Sep-02-03 | Settlement Telephone conference(s) with Loveland Academy owner, Patty Dukes re mediation concerns and need for outside audit to add support to accuracy of invoices | 0.50 | $275.00 | 137.50 | CMV |
| Sep-03-03 | Discovery and Document Production & Review Discuss with auditor C. Williams need for audited statements in preparation for mediation | 0.25 | $275.00 | 68.75 | CMV |
|  | Settlement : Telephone conference(s) with client re benefits from audit propsed by Carl Williams | 0.25 | $275.00 | 68.75 | CMV |
| Sep-15-03 | Hearing Preparation and Attendance : prepare for and participate in telephone pre-mediation conference with meidator and A. Schulaner re mediation schedule, protective order, documents to be produced for mediation | 1.60 | $275.00 | 440.00 | CMV |
|  | Settlement : tc with client re pre-mediation conference and need to prepare documents requested by state and mediator | 0.40 | $275.00 | 110.00 | CMV |

| Date | Description | Hours | Rate | Amount | Atty |
|---|---|---|---|---|---|
| Sep-16-03 | Settlement Telephone conference(s) with client re problems in retaining staff due to continued financial insecurity and need to obtain assurance that mediation would be productive before making financial commitment to keep Loveland running during mediation | 0.90 | $275.00 | 247.50 | CMV |
| | Discovery and Document Production & Review Send e-mail to C. Kamida re HIPPA and protective order modifications | 0.25 | $275.00 | 68.75 | CMV |
| | Case Development and Investigation : Telephone conference(s) with S. Floyd re staffing issues and continued problems with Loveland receiving payment, potential loss of services, and potential of getting Special Master or Judge Ezra involved | 0.30 | $0.00 | 0.00 | CMV |
| Sep-19-03 | Discovery and Document Production & Review Discuss with S. Wilson, CPA, method for reviewing billing records for accuracy in preparation for mediation | 0.25 | $275.00 | 68.75 | CMV |
| Sep-23-03 | Discovery and Document Production & Review Telephone conference(s) with client re ongoing preparation of files for CPA and mediation | 0.25 | $275.00 | 68.75 | CMV |
| Sep-24-03 | Settlement : review and discuss new DOE form with client re withdrawal of student from "non-contracted" providers | 0.30 | $275.00 | 82.50 | CMV |
| Sep-25-03 | Discovery and Document Production & Review Telephone conference(s) with B. Hurd re recent subpoena, billing and IEP information ; Telephone conference(s) with Gary Senaga re same | 0.40 | $0.00 | 0.00 | CMV |
| Sep-29-03 | Discovery and Document Production & Review Telephone conference(s) with B. Hurd re concerns about preparation of billing information and audit, discuss work plan for production | 0.40 | $275.00 | 110.00 | CMV |
| | Discovery and Document Production & Review : review and discuss student service reports with client | 0.30 | $0.00 | 0.00 | CMV |
| Sep-30-03 | Discovery and Document Production & Review : review documents assembled by | 4.40 | $275.00 | 1,210.00 | CMV |

| Date | Description | Hours | Rate | Amount | Atty |
|---|---|---|---|---|---|
| | client for production including: original invoices, service logs, rebilling summary sheets, IEP service sections, service authorizations, student list, DOE invoices and payments | | | | |
| | Discovery and Document Production & Review : discuss documents produced by client for production to state | 0.50 | $275.00 | 137.50 | CMV |
| Oct-11-03 | Discovery and Document Production & Review : final review of documents for production | 2.75 | $275.00 | 756.25 | CMV |
| Oct-13-03 | Settlement Telephone conference(s) with Loveland Academy owner, Patty Dukes re staffing issues and continued need for secure funding during mediation, effect of closure of Loveland before mediation completed | 0.75 | $275.00 | 206.25 | CMV |
| | Settlement Telephone conference(s) and letter to A. Schulaner re billing delays | 0.50 | $275.00 | 137.50 | CMV |
| | Settlement : tc with client re conversation with A. Schulaner re billing delays | 0.20 | $275.00 | 55.00 | CMV |
| | Discovery and Document Production & Review : draft letter A Schulaner that documents ready for production | 0.20 | $0.00 | 0.00 | CMV |
| Oct-15-03 | Discovery and Document Production & Review : meeting with Detor and Williams CPAs to discuss means of verifying integrity of bills short of complete audit | 1.75 | $275.00 | 481.25 | CMV |
| Oct-17-03 | Discovery and Document Production & Review Telephone conference(s) with client re how to timely determine billing status and statement updates during mediation | 0.40 | $275.00 | 110.00 | CMV |
| | Discovery and Document Production & Review :review CPA audit information | 0.30 | $275.00 | 82.50 | CMV |
| Nov-03-03 | Discovery and Document Production & Review : read memo from P. Dukes in preparation for meeting | 0.30 | $275.00 | 82.50 | CMV |
| Nov-05-03 | Settlement : read and discuss with client letter from A. Schulaner re services | 0.50 | $275.00 | 137.50 | CMV |

| Date | Description | Hours | Rate | Amount | Atty |
|---|---|---|---|---|---|
| | provided in 1999-2002 for which Family Guidance Centers did not provide service authorizations | | | | |
| Nov-06-03 | Discovery and Document Production & Review Meeting with client to review extensive documents and material assembled for mediation, discuss mediation issues and process | 3.80 | $275.00 | 1,045.00 | CMV |
| Nov-07-03 | Discovery and Document Production & Review Telephone conference(s) with T. Loudat re billing analysis and losf profits | 0.20 | $275.00 | 55.00 | CMV |
| | Discovery and Document Production & Review : tc with (.2) Telephone conference(s) with Loveland Academy owner, Patty Dukes re same re lost profits analysis | 0.30 | $275.00 | 82.50 | CMV |
| Nov-12-03 | Discovery and Document Production & Review : review and discuss with CPA the verification of sample invoices and service logs | 0.50 | $275.00 | 137.50 | CMV |
| | Discovery and Document Production & Review Update from J. Loveland re current outstanding invoices. | 0.20 | $0.00 | 0.00 | CMV |
| Nov-19-03 | Discovery and Document Production & Review : review and dicuss with client recent payments | 0.30 | $0.00 | 0.00 | CMV |
| Nov-21-03 | Discovery and Document Production & Review Telephone conference(s) with J. Loveland to review continued preparation of bililng information, categories of children and organization and summaries of binders | 0.30 | $0.00 | 0.00 | CMV |
| Nov-24-03 | Discovery and Document Production & Review : review and dicuss with client recent payments | 0.30 | $0.00 | 0.00 | CMV |
| Nov-26-03 | Discovery and Document Production & Review Telephone conference(s) with J. Loveland re billing issues, need to update and correct certain information and organization of students' information to present to mediator | 0.30 | $275.00 | 82.50 | CMV |

| Date | Description | Hours | Rate | Amount | Atty |
|---|---|---|---|---|---|
| Dec-01-03 | Discovery and Document Production & Review Review notebooks that including invoices and billing information | 2.30 | $275.00 | 632.50 | CMV |
|  | Discovery and Document Production & Review : review and discuss with client recent payments | 0.30 | $275.00 | 82.50 | CMV |
|  | Research and Draft Pleadings : review and revise settlement conference statement | 2.20 | $275.00 | 605.00 | CMV |
| Dec-02-03 | Research and Draft Pleadings : discuss settlement conference statement with client and make final revisions | 1.00 | $275.00 | 275.00 | CMV |
| Dec-03-03 | Hearing Preparation and Attendance : Prepare for and attend status/mediation conference with Judge and Mediator | 2.75 | $275.00 | 756.25 | CMV |
| Dec-04-03 | Discovery and Document Production & Review Telephone conference(s) with client to confirm which payments were late for past two months and set work plan for continued mediation | 0.75 | $275.00 | 206.25 | CMV |
| Dec-05-03 | Settlement Telephone conference(s) with Loveland Academy owner, Patty Dukes re meidation conference, update on outstanding amounts and related matters | 0.80 | $275.00 | 220.00 | CMV |
|  | Discovery and Document Production & Review : review protective order, Kamida communications and notes and draft letter to A. Schulaner and related matters | 1.10 | $275.00 | 302.50 | CMV |
| Dec-08-03 | Settlement Telephone conference(s) with Loveland Academy owner, Patty Dukes re Schulaner letter and issues it raised, DOE request for service authorizations and related issues | 0.30 | $275.00 | 82.50 | CMV |
| Dec-09-03 | Settlement Telephone conference(s) with client re scheduling and mediation dates | 0.20 | $0.00 | 0.00 | CMV |
| Dec-10-03 | Discovery and Document Production & Review : review and discuss G K-R settlement agreement with client and implications for stay-put | 0.40 | $275.00 | 110.00 | CMV |
| Dec-16-03 | Discovery and Document Production & Review : review recent DOE payments | 0.20 | $0.00 | 0.00 | CMV |

| Invoice #: | Sample | Page 34 | | | | May 18, 2008 |
|---|---|---|---|---|---|---|
| Dec-18-03 | Discovery and Document Production & Review Telephone conference(s) with client re payment of Ho`omalu GM, mediation and document preparation | | 0.30 | $0.00 | 0.00 | CMV |
| | Discovery and Document Production & Review : review recent DOE payments | | 0.20 | $0.00 | 0.00 | CMV |
| Dec-23-03 | Discovery and Document Production & Review : review reconciled invoices | | 0.30 | $0.00 | 0.00 | CMV |
| Jan-05-04 | Discovery and Document Production & Review : review recent DOE payments | | 0.20 | $0.00 | 0.00 | CMV |
| Jan-08-04 | Discovery and Document Production & Review Meeting with client to review materials prepared to support claims for payment for services provided without service authorizations | | 0.60 | $275.00 | 165.00 | CMV |
| Jan-09-04 | Discovery and Document Production & Review : tc with S Levin re G K-R outstanding invoices and review letter and invoices from S Levin | | 0.30 | $275.00 | 82.50 | CMV |
| Jan-12-04 | Discovery and Document Production & Review : meeting with client to review notebooks containing documentation of services rendered under IEPs for period of 1999-2002 | | 1.40 | $275.00 | 385.00 | CMV |
| | Discovery and Document Production & Review : draft note to A. Schulaner re notebooks | | 0.20 | $0.00 | 0.00 | CMV |
| Jan-13-04 | Discovery and Document Production & Review Telephone conference with client re documents in notebooks | | 0.70 | $275.00 | 192.50 | CMV |
| | Hearing Preparation and Attendance : Telephone conference(s) with court, D. Fairbanks, AG's office re status conference | | 0.60 | $275.00 | 165.00 | CMV |
| | Hearing Preparation and Attendance : draft letter to A. Schulaner re same status conferencs | | 0.30 | $275.00 | 82.50 | CMV |
| | Settlement : draft letter to A. Schulaner re status conferenc and state's willingness to pay for children placed by agreement but not decision | | 0.30 | $275.00 | 82.50 | CMV |

| Date | Description | Hours | Rate | Amount | |
|---|---|---|---|---|---|
| Jan-14-04 | Discovery and Document Production & Review Telephone conference(s) with A. Schulaner re scheduling, documents, mediation, status and discovery | 0.30 | $275.00 | 82.50 | CMV |
| Jan-20-04 | Settlement Telephone conference(s) with client re case status and possible outcomes of mediation and litigationt | 0.50 | $275.00 | 137.50 | CMV |
| | Discovery and Document Production & Review : review recent DOE payments | 0.20 | $0.00 | 0.00 | CMV |
| Jan-21-04 | Settlement Meeting with P. Dukes to discuss mediation status and options, future business dealings with the state and need for tuition based system | 0.75 | $275.00 | 206.25 | CMV |
| | Discovery and Document Production & Review : review recent DOE payments | 0.20 | $275.00 | 55.00 | CMV |
| Jan-22-04 | Discovery and Document Production & Review Numerous calls with client and K Gurtiza re billing invoices, review invoices and attempt to clarify discrepancies for H G-M | 1.30 | $275.00 | 357.50 | CMV |
| | Settlement Draft letter to S. Chang re billing for H G-M | 0.30 | $0.00 | 0.00 | CMV |
| Jan-26-04 | Discovery and Document Production & Review Telephone conference(s) with T. Loudat re billing issues and methods for assesing damages | 0.25 | $0.00 | 0.00 | CMV |
| Feb-03-04 | Settlement : draft letter to A. Schulaner confirming settlement conference | 0.20 | $0.00 | 0.00 | CMV |
| Feb-04-04 | Discovery and Document Production & Review : read and dicuss with client memo re inability to make payroll due to DOE refusal to pay | 0.40 | $275.00 | 110.00 | CMV |
| Feb-10-04 | Settlement Telephone conference(s) with client re payment status for H G-M | 0.20 | $275.00 | 55.00 | CMV |
| | Settlement : Telephone conference(s) with S. Chang re H G-M billings | 0.00 | $275.00 | 0.00 | CMV |
| Feb-12-04 | Settlement Prepare for and attend status/settlement conference | 1.40 | $275.00 | 385.00 | CMV |

| Date | Description | Hours | Rate | Amount | |
|---|---|---|---|---|---|
| | Settlement : Meeting with client after settlemetn conference to discuss work plan | 1.20 | $275.00 | 330.00 | CMV |
| | Discovery and Document Production & Review : draft letter to Fairbanks re effect of prior due process decision re placement at Loveland | 0.20 | $0.00 | 0.00 | CMV |
| Feb-17-04 | Discovery and Document Production & Review Telephone conference(s) with P. Dukes re parents' cases and need for update on each child's status | 0.20 | $0.00 | 0.00 | CMV |
| Feb-18-04 | Research and Draft Pleadings Research and draft releases and assignments of right to seek reimbursement | 1.20 | $275.00 | 330.00 | CMV |
| Mar-01-04 | Discovery and Document Production & Review meeting with Stanley Levin, to discuss his clients' settlements for purposes of supporting motion for PI | 0.40 | $275.00 | 110.00 | CMV |
| Mar-04-04 | Discovery and Document Production & Review Telephone conference(s) with client re status of documents for her declaration and parents' declarations | 0.30 | $275.00 | 82.50 | CMV |
| | Research and Draft Pleadings Begin research and drafting of PI memo, declarations and supporting exhibits | 2.90 | $275.00 | 797.50 | CMV |
| Mar-05-04 | Case Development and Investigation Review notes and draft letter to Schulaner re stipulations and trial to magistrate | 0.60 | $275.00 | 165.00 | CMV |
| | Research and Draft Pleadings Continue research and drafting on PI memo | 7.10 | $275.00 | 1,952.50 | CMV |
| | Discovery and Document Production & Review Telephone conference(s) with client regarding documents necessary for motions filing, case status and letter to A. Schulaner | 0.60 | $275.00 | 165.00 | CMV |
| | Discovery and Document Production & Review : review accreditation material confirming Loveland accreditation by CARF as day treament facility | 0.40 | $275.00 | 110.00 | CMV |
| Mar-06-04 | Research and Draft Pleadings Continue research and drafting on PI memo | 5.60 | $275.00 | 1,540.00 | CMV |

| Date | Description | Hours | Rate | Amount | By |
|---|---|---|---|---|---|
| Mar-07-04 | Research and Draft Pleadings Continue research and drafting PI memo and declarations for P Dukes and parents and attorneys | 6.20 | $275.00 | 1,705.00 | CMV |
| Mar-08-04 | Research and Draft Pleadings Continue research and drafting PI memo and supporting declarations and review exhibits for inclusion | 8.60 | $275.00 | 2,365.00 | CMV |
| Mar-09-04 | Research and Draft Pleadings Revise PI memorandum and declarations; review and revise billing summaries for J. B, G. K-R, J. R. and C. P-W; continue research of cases granting injunctive relief | 4.60 | $275.00 | 1,265.00 | CMV |
| | Research and Draft Pleadings : meeting with client to review and revise declaration, review supporting documents for PI motion | 1.60 | $275.00 | 440.00 | CMV |
| Mar-10-04 | Research and Draft Pleadings Final research, revision and preparation of the PI memorandum and supporting documents for filing | 5.90 | $275.00 | 1,622.50 | CMV |
| | Research and Draft Pleadings : draft ex parte motoins to shorten time and supporting documents | 2.20 | $275.00 | 605.00 | CMV |
| Mar-11-04 | Settlement Telephone conference(s) with client re litigation and settlement options | 0.70 | $275.00 | 192.50 | CMV |
| | Hearing Preparation and Attendance Meeting with C. Nakamura to discuss case status and possible role in hearing process | 0.25 | $0.00 | 0.00 | CMV |
| | Discovery and Document Production & Review : review most recent payments by DOE | 0.00 | $0.00 | 0.00 | CMV |
| Mar-12-04 | Settlement Draft and revise letter to Schulaner re hearing dates and possible resolution of motion without hearing | 0.75 | $275.00 | 206.25 | CMV |
| | Settlement : confer with client re letter to Schulaner and revisions | 0.75 | $275.00 | 206.25 | CMV |
| | Discovery and Document Production & Review : update memo and documents from parents re student J K | 0.30 | $0.00 | 0.00 | CMV |

| Date | Description | Hours | Rate | Amount | Atty |
|---|---|---|---|---|---|
| Mar-15-04 | Discovery and Document Production & Review Telephone conference(s) with parent of T J re hearing, billing and related matters; follow up call to parent re same | 0.75 | $0.00 | 0.00 | CMV |
| | Discovery and Document Production & Review : review recent payments by DOE | 0.25 | $0.00 | 0.00 | CMV |
| Mar-16-04 | Hearing Preparation and Attendance Telephone conference(s) with client re call from court and short meeting to discuss status of motion and work to be done in preparation for hearing | 0.50 | $275.00 | 137.50 | CMV |
| Mar-18-04 | Research and Draft Pleadings Reserach and draft reply brief | 4.10 | $275.00 | 1,127.50 | CMV |
| Mar-19-04 | Research and Draft Pleadings Complete researching and drafting reply and draft Gurtiza dec, | 5.30 | $275.00 | 1,457.50 | CMV |
| | Hearing Preparation and Attendance meeting with client to revise billing summaries review files, review state's opposition and critique and prepare for hearing | 1.70 | $275.00 | 467.50 | CMV |
| | Hearing Preparation and Attendance : Telephone conference(s) with to court re witnesses | 0.00 | $0.00 | 0.00 | CMV |
| Mar-22-04 | Hearing Preparation and Attendance Prepare for and attend hearing on motion for preliminary injunction | 3.00 | $275.00 | 825.00 | CMV |
| | Hearing Preparation and Attendance : meeting with client to discuss next phases of litigation and PI bond | 2.25 | $275.00 | 618.75 | CMV |
| Mar-24-04 | Post-Hearing or Post-Trial Proceedings : research bonds, draft bond and seek underwriter | 1.90 | $275.00 | 522.50 | CMV |
| | Post-Hearing or Post-Trial Proceedings : consult with client and draft letter to court re special master | 0.30 | $275.00 | 82.50 | CMV |
| Mar-25-04 | Post-Hearing or Post-Trial Proceedings : discuss with client difficulties in procuring bond and possible options | 0.50 | $275.00 | 137.50 | CMV |

| Date | Description | Hours | Rate | Amount | Atty |
|---|---|---|---|---|---|
| Mar-29-04 | Post-Hearing or Post-Trial Proceedings Telephone conference(s) with courtroom manager | 0.20 | $0.00 | 0.00 | CMV |
| | Post-Hearing or Post-Trial Proceedings ; draft fax to A Schulaner re settlement conference | 0.20 | $0.00 | 0.00 | CMV |
| Mar-30-04 | Settlement : telephone conference(s) with Schulaner re settlement | 0.30 | $275.00 | 82.50 | CMV |
| | Discovery and Document Production & Review Read recent billing material from client | 0.20 | $0.00 | 0.00 | CMV |
| Apr-02-04 | Discovery and Document Production & Review : tc wth Bob Hatanaka re Loveland billing and presentation of testimony at trial | 0.50 | $275.00 | 137.50 | CMV |
| | Discovery and Document Production & Review : tc with client re need for accounting datat and testimony for trial | 0.30 | $275.00 | 82.50 | CMV |
| Apr-06-04 | Hearing Preparation and Attendance Prepare for and attend status conference | 1.20 | $275.00 | 330.00 | CMV |
| | Hearing Preparation and Attendance Status conference with Court and follow telephone conferences | 0.50 | $275.00 | 137.50 | CMV |
| | Hearing Preparation and Attendance : Telephone conference(s) with client re same and preparation for trial including need for CARF expert, depositions, parent testimony and other matters | 0.80 | $275.00 | 220.00 | CMV |
| | Settlement :  Telephone conference(s) with A. Schulaner and read letter | 0.60 | $275.00 | 165.00 | CMV |
| | Post-Hearing or Post-Trial Proceedings telephone conference(s) with client re status and request for information on current billing | 0.40 | $275.00 | 110.00 | CMV |
| | Discovery and Document Production & Review : discuss with A. Schulaner attempt by Bryna Siegel to enter and observe progam at Loveland read letter from A. Schulaner re same | 0.40 | $275.00 | 110.00 | CMV |