Case 1:02-cv-00693-HG-LEK   Document 102-13   Filed 05/20/2008   Page 1 of 22

May 18, 2008

| Apr-07-04 | Discovery and Document Production & Review Telephone conference(s) with client re billing and need for accurate numbers for trial and need to prepare exhibits | 0.50 | $275.00 | 137.50 | CMV |
|---|---|---|---|---|---|
| | Discovery and Document Production & Review : read and discuss with client letter from A. Schulaner re depositions and witnesses including Sperry, Smalley, Wright and clients | 0.40 | $275.00 | 110.00 | CMV |
| | Post-Hearing or Post-Trial Proceedings : telephonic status conference re bond | 0.40 | $275.00 | 110.00 | CMV |
| | Discovery and Document Production & Review : letter to A. Schulaner re deponents | 0.20 | $275.00 | 55.00 | CMV |
| Apr-08-04 | Settlement Telephone conference(s) with client re billing rates and possible settlement of all claims | 0.90 | $275.00 | 247.50 | CMV |
| | Settlement . Telephone conference(s) with Schulaner re same | 0.40 | $275.00 | 110.00 | CMV |
| | Settlement : review file and draft letter to A. Schulaner re settlement proposal | 1.90 | $275.00 | 522.50 | CMV |
| | Settlement : review and discuss potential rate schedule for consideration by client re settlement | 0.40 | $275.00 | 110.00 | CMV |
| Apr-13-04 | Settlement Read e-mails and consult with client re same and settlement process | 0.70 | $275.00 | 192.50 | CMV |
| | Settlement Draft letter in response to Schulaner's settlement propsal | 0.50 | $275.00 | 137.50 | CMV |
| | Discovery and Document Production & Review Meeting with C. Nakamura to discuss Baptiz settlement and impact on case | 0.50 | $275.00 | 137.50 | CMV |
| | Discovery and Document Production & Review : tc with Clayton Kamida re use of exhibits at trial | 0.40 | $275.00 | 110.00 | CMV |
| | Settlement :  Telephone conference(s) with Loveland Academy owner, Patty Dukes re DOE proposal and responser | 0.60 | $275.00 | 165.00 | CMV |

Invoice #:  Sample  Page  41  May 18, 2008

| Date | Description | Hours | Rate | Amount | Staff |
|------|-------------|-------|------|--------|-------|
| Apr-14-04 | Discovery and Document Production & Review : contact CARF to discuss conditions of Loveland accreditation  and possible tesimony | 0.40 | $275.00 | 110.00 | CMV |
| Apr-15-04 | Settlement : read letter from A. Schulaner re settlement conference and dicuss with client | 0.40 | $275.00 | 110.00 | CMV |
| | Depositions : read letter from A. Schulaner depo schedule | 0.20 | $0.00 | 0.00 | CMV |
| Apr-18-04 | Settlement : telephone conference with client re settlement conference | 0.30 | $275.00 | 82.50 | CMV |
| Apr-20-04 | Hearing Preparation and Attendance Telephone conference(s) with client re trial preparation, witnesses who could be called to testify | 0.50 | $275.00 | 137.50 | CMV |
| | Settlement Telephone conference(s) with A. Schulaner re discovery and possible settlement | 0.40 | $275.00 | 110.00 | CMV |
| | Settlement : review tc with A. Schulaner with client | 0.20 | $275.00 | 55.00 | CMV |
| | Settlement : read memo and discuss with client possiblity of interest and late fees as part of settlement | 0.50 | $275.00 | 137.50 | CMV |
| Apr-21-04 | Settlement : read settlement proposal from A. Schulaner and discuss with client | 1.30 | $275.00 | 357.50 | CMV |
| | Settlement : numerous telephone conferences with A. Schulaner and client re terms of settlement | 5.40 | $275.00 | 1,485.00 | CMV |
| | Post-Hearing or Post-Trial Proceedings : review notice of appeal and write letter to A. Schulaner re same | 0.50 | $275.00 | 137.50 | CMV |
| | Post-Hearing or Post-Trial Proceedings : tc with client to inform her that bond requirement had been lifted | 0.20 | $0.00 | 0.00 | CMV |
| Apr-22-04 | Settlement Numerous Telephone conference(s) with client re case status, settlement proposals, appeals and  trial preparation | 2.60 | $275.00 | 715.00 | CMV |

| | | | | | |
|---|---|---|---|---|---|
| | Settlement : Telephone conference(s) with A. Schulaner re re settlement, appeal and supersedeas bond | 0.50 | $275.00 | 137.50 | CMV |
| | Settlement : write to A. Schulaner re proposals | 1.00 | $275.00 | 275.00 | CMV |
| | Post-Hearing or Post-Trial Proceedings : draft letter to A. Schulaner re supersedeas bond and demand for immediate payment | 0.30 | $275.00 | 82.50 | CMV |
| | Post-Hearing or Post-Trial Proceedings : research and draft second letter to A. Schulaner re manner of appealing Magistrate Judge's order | 0.90 | $275.00 | 247.50 | CMV |
| | Settlement : telephone conference with J Candon re bond issue and appeal; read letter from Candon re same | 0.40 | $275.00 | 110.00 | CMV |
| Apr-24-04 | Depositions Telephone conference(s) with client re depositions and witnesses, lines of questioning for case preparation | 1.60 | $275.00 | 440.00 | CMV |
| Apr-26-04 | Hearing Preparation and Attendance : read memo from client re witness preparation and discuss with client | 1.60 | $275.00 | 440.00 | CMV |
| | Discovery and Document Production & Review : draft letter brief to court re Bryna Siegel's inspection and assessment of Loveland program | 0.60 | $275.00 | 165.00 | CMV |
| | Discovery and Document Production & Review : read DOE letter brief re Siegel and discuss with client | 0.60 | $275.00 | 165.00 | CMV |
| Apr-27-04 | Hearing Preparation and Attendance Telephone conference(s) with client re witnesses and billing evidence | 1.80 | $275.00 | 495.00 | CMV |
| | Discovery and Document Production & Review : Telephone conference(s) with K. Gurtiza bookeeper re evidence preparation | 0.40 | $275.00 | 110.00 | CMV |
| | Discovery and Document Production & Review Telephone conference(s) with A. Schulaner to discuss discovery schedule and settlement | 0.50 | $275.00 | 137.50 | CMV |
| | Hearing Preparation and Attendance : | 0.50 | $275.00 | 137.50 | CMV |

| Date | Description | Hours | Rate | Amount | |
|---|---|---|---|---|---|
| | meeting with Cynthia Nakamura to discuss preparations for hearing | | | | |
| Apr-28-04 | Depositions Meeting with Linell Nishioka to discuss her possible deposition | 1.60 | $275.00 | 440.00 | CMV |
| | Depositions : prepare for Butt and Farmer depositions | 6.70 | $275.00 | 1,842.50 | CMV |
| | Depositions : meeting with Patty Dukes (and C. Nakamura)  to discuss and review hearing preparations, evidence, witnesses and discovery | 5.75 | $275.00 | 1,581.25 | CMV |
| | Depositions : review records in preparation forr Butt, Gandy  and Farmer depositions | 6.70 | $275.00 | 1,842.50 | CMV |
| Apr-29-04 | Depositions Prepare for   D. Farmer and C. Butt depositions | 2.00 | $275.00 | 550.00 | CMV |
| | Depositions : conduct Farmer and Butt depositions | 8.60 | $275.00 | 2,365.00 | CMV |
| Apr-30-04 | Depositions meeting with client and C. Nakamura to discuss Gandy depo | 1.50 | $275.00 | 412.50 | CMV |
| | Depositions : prepare for Gandy deposition | 4.30 | $275.00 | 1,182.50 | CMV |
| | Depositions : conduct Gandy deposition | 5.00 | $275.00 | 1,375.00 | CMV |
| | Depositions : read A. Schulaner letter re Detor and Williams depo and discuss with Carl Williams | 0.40 | $275.00 | 110.00 | CMV |
| May-03-04 | Discovery and Document Production & Review Telephone conference(s) with C. Williams re possible testimony and proof | 1.10 | $275.00 | 302.50 | CMV |
| | Depositions Review case file to prepare for Gurtiza deposition and Dukes declaration re settlement periods | 1.25 | $275.00 | 343.75 | CMV |
| | Research and Draft Pleadings Draft PT statement | 1.90 | $275.00 | 522.50 | CMV |
| | Research and Draft Pleadings  Telephone conference(s) with client re A Schulaner objections to relief from bond | 0.30 | $275.00 | 82.50 | CMV |
| | Research and Draft Pleadings :  draft response to objections | 0.30 | $275.00 | 82.50 | CMV |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | Depositions : arrange to have Cynthia Nakamura cover depo for K. Gurtiza and draft letter to A. Schulaner re same and schedule fo other depos | 0.50 | $275.00 | 137.50 | CMV |
|  | Depositions : read letter from Schulaner re deposition schedule | 0.20 | $0.00 | 0.00 | CMV |
| May-04-04 | Settlement Meeting with C. Nakamura | 0.60 | $275.00 | 165.00 | CMV |
|  | Settlement  Prepare for and attend settlement conference | 5.25 | $275.00 | 1,443.75 | CMV |
|  | Settlement : meeting with client after settlement conference | 0.60 | $275.00 | 165.00 | CMV |
| May-10-04 | Post-Hearing or Post-Trial Proceedings : review and sign dismissal of DOE's Ninth Circuit appeal | 0.20 | $0.00 | 0.00 | CMV |
| May-12-04 | Settlement Telephone conference(s) with client re payment status, billings, future work on placements and objectives | 0.90 | $275.00 | 247.50 | CMV |
|  | Settlement :   draft letter to court re mistake in order of dismissal | 0.30 | $275.00 | 82.50 | CMV |
|  | Settlement : telephone conferenc with John Candon | 0.20 | $0.00 | 0.00 | CMV |
| May-14-04 | Settlement : read memo from Andrell Beppu re future payment process and discuss with client | 0.40 | $275.00 | 110.00 | CMV |
| May-18-04 | Settlement Meeting with client to discuss plans to resolve outstanding  concerns re students currently in due process and effect of settlement agreement on same | 2.20 | $275.00 | 605.00 | CMV |
|  | Settlement : review settlement agreement and discuss with client | 2.00 | $275.00 | 550.00 | CMV |
| May-27-04 | Settlement Review C. Nakamura suggested changes to settlement agreement | 0.30 | $275.00 | 82.50 | CMV |
|  | Settlement : tc with client re settlement agreement | 0.20 | $275.00 | 55.00 | CMV |

| | | | | | |
|---|---|---|---|---|---|
| | Settlement : review suggested changes with client | 0.30 | $275.00 | 82.50 | CMV |
| | Settlement :  read Schulaner letter re settlement and draft resopnse | 1.10 | $275.00 | 302.50 | CMV |
| | Settlement : confer with client re correct rates for H G-M and draft letter to A. Schulaner re same | 0.50 | $275.00 | 137.50 | CMV |
| May-28-04 | Settlement Review and revise settlement agreement after consultation with client | 3.00 | $275.00 | 825.00 | CMV |
| | Settlement : draft letter to A. Schulaner re changes to settlement agreement | 0.50 | $275.00 | 137.50 | CMV |
| Jun-02-04 | Settlement Telephone conference(s) with client and Bob Hatanaka re billing statements and settlement | 1.20 | $275.00 | 330.00 | CMV |
| | Settlement Telephone conference(s) with client re due process hearings and their effect on settlement | 0.30 | $275.00 | 82.50 | CMV |
| | Settlement : Telephone conference(s) with A. Schulaner re unresolved settlement concerns | 0.40 | $275.00 | 110.00 | CMV |
| Jun-03-04 | Settlement Telephone conference(s) with client re unresolved billing issues | 0.40 | $275.00 | 110.00 | CMV |
| | Settlement  Telephone conference(s) with B. Hatanaka  re billing for H G-M and M Ch | 0.20 | $275.00 | 55.00 | CMV |
| | Settlement : review prior correspondence re H G-M and M Ch and draft letter to court re same | 0.20 | $275.00 | 55.00 | CMV |
| | Settlement : review unpaid invoices for H G-M | 0.30 | $0.00 | 0.00 | CMV |
| Jun-04-04 | Hearing Preparation and Attendance Prepare for and attend status conference | 1.60 | $275.00 | 440.00 | CMV |
| | Discovery and Document Production & Review    meeting with client and B. Hatanaka to review billing statements and back-up | 1.00 | $275.00 | 275.00 | CMV |
| | Settlement  review and revise settlement agreement | 1.80 | $275.00 | 495.00 | CMV |

| | | | | | |
|---|---|---|---|---|---|
| | Settlement : meeting with client to discuss continued work plan and case status, effect of status conference on pending group of three children in due process | 2.20 | $275.00 | 605.00 | CMV |
| | Settlement : review DOE's revisions to settlement agreement | 2.20 | $275.00 | 605.00 | CMV |
| | Settlement : read current draft settlement agreement, consult with client and draft letter to H. Shikada in response | 1.00 | $275.00 | 275.00 | CMV |
| Jun-07-04 | Discovery and Document Production & Review Telephone conference(s) with client regarding case status, transmittal of records to CPA need to continue evaluation procedures and confirm placement, get unresolved placement issues completed | 1.20 | $275.00 | 330.00 | CMV |
| Jun-09-04 | Settlement Draft letter to Judge Kobayashi re scheduling and update as to records and special master | 0.70 | $275.00 | 192.50 | CMV |
| | Settlement :  Telephone conference(s) with Loveland Academy owner, Patty Dukes re same and need for updated costs and transmittal to B. Hatanaka | 0.50 | $275.00 | 137.50 | CMV |
| | Settlement :  Telephone conference(s) with K. Gurtiza re billing of initial $250k | 0.20 | $275.00 | 55.00 | CMV |
| | Settlement :   Telephone conference(s) with B. Hatanka re status of review, balances owed and schedule | 0.40 | $275.00 | 110.00 | CMV |
| Jun-10-04 | Settlement Several Telephone conference(s) with CPA and client to review corrections needed for accuracy in the summaries and billing statements prior to presentation to Special Master | 1.20 | $275.00 | 330.00 | CMV |
| | Settlement : review summaries with CPA and resolve issues regarding presentation, notation and calcuations of billing data for accuracy and ease of use | 0.50 | $275.00 | 137.50 | CMV |
| Jun-14-04 | Settlement Telephone conference(s) with client re status of settlement, CPA's work and next steps in process of appeal after | 0.40 | $275.00 | 110.00 | CMV |

Invoice #:    Sample                    Page   47                                    May 18, 2008

|          | Special Master makes report, need for current accounting for fees and costs | | | | |
|----------|------------------------------------------------------------------------------|------|---------|--------|-----|
| Jun-15-04 | Settlement Telephone conference(s) with P. Dukes re continuing process of setting cases for Due Process Hearing hearing and effect of settlement | 0.25 | $275.00 | 68.75 | CMV |
| Jun-16-04 | Settlement Telephone conference(s) with Loveland Academy owner, Patty Dukes various students  transmittal of information to J. Candon; | 0.60 | $275.00 | 165.00 | CMV |
|          | Settlement : meeting with B. Hatanka re Special Master's work and need for response to state's objections | 1.00 | $275.00 | 275.00 | CMV |
|          | Settlement : read letter from Detor and Williams to J Candon and discuss with client | 0.60 | $275.00 | 165.00 | CMV |
| Jun-21-04 | Settlement : read letter from J Candon re records and discuss with client | 0.40 | $275.00 | 110.00 | CMV |
| Jun-25-04 | Settlement : read J Candon request for attendance, payroll, school calendar, client service logs, attendance sheets  and discuss with client | 0.70 | $275.00 | 192.50 | CMV |
| Jun-30-04 | Discovery and Document Production & Review : review recent payments from DOE | 0.20 | $0.00 | 0.00 | CMV |
| Jul-04-04 | Settlement : read letter from J Candon requesting additional information and contact person at Loveland and discuss with client | 0.40 | $275.00 | 110.00 | CMV |
| Jul-16-04 | Settlement : tc with Karen Gurtiza re billing delays and A. Beppu's response and draft letter to A. Schulaner re same | 0.60 | $275.00 | 165.00 | CMV |
| Jul-24-04 | Settlement : read A. Schulaner response to Beppu letter and discuss with client | 0.40 | $275.00 | 110.00 | CMV |
| Jul-26-04 | Discovery and Document Production & Review : review recent payments from DOE | 0.20 | $0.00 | 0.00 | CMV |
| Jul-27-04 | Discovery and Document Production & Review : review rejected invoices from Windward and discuss with client | 0.50 | $275.00 | 137.50 | CMV |

Invoice #:    Sample    Page  48    May 18, 2008

| Date | Description | Hours | Rate | Amount | |
|------|-------------|-------|------|--------|---|
| Jul-30-04 | Discovery and Document Production & Review : review recent payments | 0.20 | $0.00 | 0.00 | CMV |
| Aug-02-04 | Settlement : meeting with J Russell to review current student roster and status | 1.25 | $275.00 | 343.75 | CMV |
|  | Discovery and Document Production & Review : review recent payments | 0.30 | $0.00 | 0.00 | CMV |
| Aug-10-04 | Settlement : review transition plan for LK that paren and Loveland were not informed of and discuss with client | 0.50 | $275.00 | 137.50 | CMV |
| Aug-24-04 | Discovery and Document Production & Review : review recent payments by DOE | 0.30 | $0.00 | 0.00 | CMV |
| Aug-30-04 | Discovery and Document Production & Review : review recent payments | 0.30 | $0.00 | 0.00 | CMV |
| Sep-02-04 | Discovery and Document Production & Review : review termination of transportation services for AK and discuss with client | 0.40 | $275.00 | 110.00 | CMV |
| Sep-08-04 | Discovery and Document Production & Review : review correspondence re AK and DOE's intent to stop payment even though child is one identified  as group 1 in settlement and stay put applies | 0.50 | $275.00 | 137.50 | CMV |
|  | Discovery and Document Production & Review : review recent payments from DOE | 0.20 | $0.00 | 0.00 | CMV |
| Sep-16-04 | Discovery and Document Production & Review : read memo from client re continued late and deficient payments and correspondence with A. Beppu re same and discuss with client | 1.20 | $275.00 | 330.00 | CMV |
|  | Discovery and Document Production & Review : review recent payments from DOE | 0.20 | $0.00 | 0.00 | CMV |
| Sep-24-04 | Discovery and Document Production & Review : review recent payments from DOE | 0.20 | $0.00 | 0.00 | CMV |
| Sep-27-04 | Discovery and Document Production & Review : review recent payments from DOE | 0.20 | $0.00 | 0.00 | CMV |

Invoice #:        Sample                    Page   49                                    May 18, 2008

| Date | Description | Hours | Rate | Amount | Initials |
|------|-------------|-------|------|--------|----------|
| Oct-14-04 | Discovery and Document Production & Review : read and discuss with client DOE letter refusing to pay for AK and JR, both of whom are group 1 students | 1.70 | $275.00 | 467.50 | CMV |
| Oct-26-04 | Discovery and Document Production & Review : review recent payments from DOE | 0.30 | $0.00 | 0.00 | CMV |
| Nov-17-04 | Discovery and Document Production & Review : read memo and discuss with client DOE's continued refusal to pay for group 1 students including AK, H G-M and P G-M and correspondence with A. Beppu | 1.60 | $275.00 | 440.00 | CMV |
| Nov-22-04 | Discovery and Document Production & Review : review recent payments from DOE | 0.30 | $0.00 | 0.00 | CMV |
| Nov-23-04 | Discovery and Document Production & Review : review service authorizations for AD and discuss with client | 0.60 | $275.00 | 165.00 | CMV |
| Dec-12-04 | Discovery and Document Production & Review : review recent payments from DOE | 0.30 | $0.00 | 0.00 | CMV |
| Dec-23-04 | Discovery and Document Production & Review : review recent payments from DOE | 0.30 | $0.00 | 0.00 | CMV |
| Jan-24-05 | Discovery and Document Production & Review : review recent payments from DOE | 0.30 | $0.00 | 0.00 | CMV |
| Jan-25-05 | Settlement : read J Candon letter re documents and discuss with client and CPA | 0.50 | $275.00 | 137.50 | CMV |
| Feb-01-05 | Discovery and Document Production & Review : tc with B. Hatanaka to discuss document requests and need for status conference | 0.25 | $275.00 | 68.75 | CMV |
| Feb-28-05 | Discovery and Document Production & Review : review recent payments from DOE | 0.20 | $0.00 | 0.00 | CMV |
| Mar-14-05 | Settlement : draft letter to B. Hatanaka re resolving issues re documents requested by J Candon | 0.40 | $80.00 | 32.00 | CC |

Invoice #:       Sample
                 Page    50                                                              May 18, 2008

| Date | Description | Hours | Rate | Amount | |
|------|-------------|-------|------|--------|---|
| Mar-15-05 | Discovery and Document Production & Review : discuss J Candon's need for documents requested with B. Hatanaka | 0.40 | $275.00 | 110.00 | CMV |
| Mar-17-05 | Discovery and Document Production & Review : review recent payments by DOE | 0.00 | $0.00 | 0.00 | CMV |
| Mar-22-05 | Discovery and Document Production & Review : review recent payments by DOE | 0.00 | $0.00 | 0.00 | CMV |
| Mar-30-05 | Settlement : read letter rom B. Hatanaka re allocation issues and supporting documents and discuss with client | 0.50 | $275.00 | 137.50 | CMV |
| Mar-31-05 | Settlement : read e-mails from B. Hatanaka and P Duke regarding allocation of settlement | 0.50 | $275.00 | 137.50 | CMV |
| | Settlement : read settlement agreement and updated billing summaries and draft letter to J Candon re continued DOE failure to pay timely full amounts for Group 1 and Group 2 students | 1.75 | $275.00 | 481.25 | CMV |
| | Settlement : review outstanding invoices with client in preparation for letter to J Candon | 2.20 | $275.00 | 605.00 | CMV |
| | Settlement : draft letter to J Candon re scope of his assignment | 0.50 | $275.00 | 137.50 | CMV |
| Apr-01-05 | Settlement : read initial response from J Candon and discuss with client | 0.40 | $275.00 | 110.00 | CMV |
| Apr-04-05 | Settlement : read supplementary response from J Candon and discuss with client and B. Hatanaka | 0.40 | $275.00 | 110.00 | CMV |
| Apr-06-05 | Settlement : meeting with client and CMV to discuss J Candon letter | 0.80 | $80.00 | 64.00 | CC |
| | Settlement : meeting with client and CEC to discuss J Candon letter | 0.80 | $275.00 | 220.00 | CMV |
| Apr-07-05 | Settlement : read J Candon letter re DOE meeting response and discuss with client | 0.40 | $275.00 | 110.00 | CMV |
| Apr-19-05 | Settlement : meeting with P Dukes to discuss DOE demand to observe P G-M and H G-M as condition of continued payment even though they are Group 1 | 0.40 | $275.00 | 110.00 | CMV |

Invoice #:          Sample                              Page   51                                    May 18, 2008

| | | | | | |
|---|---|---|---|---|---|
| Apr-20-05 | Settlement : tc with client re DOE demand for visits by A. Gandy as a condition of placement/payment | 0.30 | $275.00 | 82.50 | CMV |
| May-09-05 | Discovery and Document Production & Review : review recent payments by DOE | 0.20 | $0.00 | 0.00 | CMV |
| May-18-05 | Settlement : read J Candon letter and A. Schulaner response an discuss with client | 0.60 | $275.00 | 165.00 | CMV |
| May-20-05 | Settlement : write letter to J Candon re need for additional time for response to A. Schulaner letter | 0.25 | $80.00 | 20.00 | CC |
| Jun-20-05 | Discovery and Document Production & Review ; review recent payments by DOE | 0.20 | $0.00 | 0.00 | CMV |
| Jul-25-05 | Discovery and Document Production & Review : review recent payments by DOE | 0.30 | $0.00 | 0.00 | CMV |
| Jul-26-05 | Settlement : read and respond to e-mail from client re continued problems with payment | 0.30 | $275.00 | 82.50 | CMV |
| Aug-01-05 | Discovery and Document Production & Review : review recent payments by DOE | 0.20 | $0.00 | 0.00 | CMV |
| Aug-10-05 | Discovery and Document Production & Review : review documents, calendars, attendance records and sign in sheets for and prepare for CMV review | 2.40 | $80.00 | 192.00 | CC |
| Aug-11-05 | Discovery and Document Production & Review : review calendars, sign-in sheets and attendance records for production to J Candon | 0.40 | $275.00 | 110.00 | CMV |
| Aug-12-05 | Discovery and Document Production & Review : read J Candon letter confirming receipt | 0.20 | $275.00 | 0.00 | CMV |
| Aug-29-05 | Discovery and Document Production & Review : review recent payments by DOE | 0.20 | $0.00 | 0.00 | CMV |
| | Settlement : review outstanding bills | 0.30 | $0.00 | 0.00 | CMV |
| Sep-20-05 | Settlement : discuss current status of payment with client and report to CMV | 0.60 | $80.00 | 48.00 | CC |
| Oct-18-05 | Settlement : monthly update with client | 0.75 | $80.00 | 60.00 | CC |

| | | | | | |
|---|---|---|---|---|---|
| | re oustanding billing issues and report to CMV | | | | |
| Nov-14-05 | Settlement : monthly update with client re billing issues and report to CMV | 0.50 | $80.00 | 40.00 | CC |
| Dec-19-05 | Settlement : monthly update with client re billing issues and report to CMV | 0.40 | $80.00 | 32.00 | CC |
| Jan-16-06 | Settlement : monthly update with client re billing issues and report to CMV | 0.50 | $80.00 | 40.00 | CC |
| Feb-20-06 | Settlement : monthly update with client re billing issues report to CMV | 0.40 | $80.00 | 32.00 | CC |
| Mar-16-06 | Settlement : monthly update with client re billing issues report to CMV | 0.30 | $80.00 | 24.00 | CC |
| Apr-19-06 | Settlement : monthly update with client re billing issues report to CMV | 0.25 | $80.00 | 20.00 | CC |
| May-22-06 | Settlement : monthly update re billing issues and report to CMV | 0.40 | $80.00 | 32.00 | CC |
| Jun-16-06 | Settlement :monthly update re billing issues and report to CMV | 0.30 | $80.00 | 24.00 | CC |
| Jun-29-06 | Discovery and Document Production & Review : read letter from J Candon re need for additional document because of "problems" and discuss with client | 0.50 | $275.00 | 137.50 | CMV |
| Jul-17-06 | Discovery and Document Production & Review : read letter from J Candon re documents and discuss client delegation of response to staff | 0.50 | $275.00 | 137.50 | CMV |
| Jul-25-06 | Settlement : monthly update with client re billing issues and report to CMV | 0.30 | $80.00 | 24.00 | CC |
| Aug-21-06 | Settlement : monthly update with client re billing issues and report to CMV | 0.40 | $0.00 | 0.00 | DS |
| Sep-20-06 | Settlement : monthly update with client re billing issues and report to CMV | 0.30 | $0.00 | 0.00 | DS |
| Oct-23-06 | Settlement : monthly update with client re billing issues and report to CMV | 0.25 | $0.00 | 0.00 | DS |
| Nov-21-06 | Settlement monthly update with client re billing issues and report to CMV | 0.30 | $0.00 | 0.00 | DS |

Invoice #:        Sample              Page   53                                    May 18, 2008

| Date | Description | Hours | Rate | Amount | |
|---|---|---|---|---|---|
| Dec-18-06 | Settlement : monthly update with client re billing issues and report to CMV | 0.25 | $0.00 | 0.00 | DS |
| Jan-16-07 | Settlement : monthly update with client re billing issues and report to CMV | 0.30 | $0.00 | 0.00 | DS |
| Feb-16-07 | Settlement : discuss response to J Candon letter and request CEC contact to reschedule after return from Mainland | 0.30 | $0.00 | 0.00 | CMV |
| Feb-22-07 | Settlement : monthly update with client re billing issues and report to CMV | 0.30 | $0.00 | 0.00 | DS |
| Mar-02-07 | Hearing Preparation and Attendance : prepare for and attend status conference to discuss dispute re records | 1.60 | $275.00 | 440.00 | CMV |
|  | Settlement : read letter from J. Candon in response and discuss schedule with client | 0.30 | $275.00 | 82.50 | CMV |
|  | Settlement : read letter from A. Schulaner re continued status conference | 0.20 | $0.00 | 0.00 | CMV |
| Mar-07-07 | Settlement : prepare for and attend meeting with J. Candon re outstanding issues, including request for payroll records | 1.50 | $275.00 | 412.50 | CMV |
| Mar-14-07 | Settlement : read court's order adopting and rejecting Candon's report and discuss with client | 1.00 | $275.00 | 275.00 | CMV |
| Mar-16-07 | Hearing Preparation and Attendance : prepare for and attend further status conference re records requested by J Candon | 1.20 | $275.00 | 330.00 | CMV |
| Mar-17-07 | Settlement : read submission of State and request for modification sent to Candon | 2.50 | $275.00 | 687.50 | CMV |
|  | Settlement : draft objection to request for modification and transmit to Candon | 0.40 | $275.00 | 110.00 | CMV |
| Mar-20-07 | Settlement : monthly update with client re billing issues and report to CMV | 0.30 | $0.00 | 0.00 | DS |
| Apr-09-07 | Hearing Preparation and Attendance : prepare for and attend further status conference re records | 1.20 | $275.00 | 330.00 | CMV |
|  | Discovery and Document Production & Review : confer with client re need to | 0.40 | $275.00 | 110.00 | CMV |

Invoice #:    Sample    Page  54    May 18, 2008

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | produce payroll and other records pursuant to court's directive |  |  |  |  |
|  | Discovery and Document Production & Review : review and produce client service reports | 1.30 | $275.00 | 357.50 | CMV |
| Apr-19-07 | Settlement : read staff memo from client re ongoing attempts by DOE to cut off services | 0.30 | $0.00 | 0.00 | CMV |
| Apr-22-07 | Settlement : prepare for and attend meeting with AG and special master re records and work plan | 1.60 | $275.00 | 440.00 | CMV |
|  | Discovery and Document Production & Review : tc with B. Hatanaka re records requested by J Candon and substance of discussion at meeting | 0.40 | $275.00 | 110.00 | CMV |
| Apr-24-07 | Settlement : monthly update with client re billing issues and report to CMV | 0.40 | $0.00 | 0.00 | DS |
| May-05-07 | Post-Hearing or Post-Trial Proceedings : contact clerk re need for final judgment before fee petition can be filed | 0.20 | $0.00 | 0.00 | CMV |
| May-23-07 | Settlement : monthly update with client re billing issues and report to CMV | 0.30 | $0.00 | 0.00 | DS |
| Jun-25-07 | Settlement : monthly update with client re billing issues and report to CMV | 0.30 | $0.00 | 0.00 | DS |
| Jun-28-07 | Discovery and Document Production & Review : read client e-mail re Miyashiro request for attendance records and billing summaries and discuss with client and CPA | 1.25 | $275.00 | 343.75 | CMV |
| Jul-09-07 | Discovery and Document Production & Review : read lengthy e-mail from client re requested documents and discuss with her by telephone | 1.40 | $275.00 | 385.00 | CMV |
| Jul-10-07 | Hearing Preparation and Attendance : prepare for and attend status conference re Special Master's work | 1.20 | $275.00 | 330.00 | CMV |
|  | Hearing Preparation and Attendance : exchange e-mails re scheduling further | 0.30 | $0.00 | 0.00 | CMV |

Invoice #:          Sample                    Page   55                                              May 18, 2008

| Date | Description | | | | |
|------|-------------|---|---|---|---|
| | meeting with Special Master to review records and process | | | | |
| Jul-11-07 | Discovery and Document Production & Review : meeting with client to review records and discuss issues re disclosure | 1.25 | $275.00 | 343.75 | CMV |
| Jul-20-07 | Settlement : read e-mail from client re Kokubun statement that Honolulu District cannot pay and discuss with client | 0.30 | $275.00 | 82.50 | CMV |
| Jul-23-07 | Settlement : monthly update with client re billing issues and report to CMV | 0.30 | $80.00 | 24.00 | DS |
| Aug-02-07 | Settlement : review recent payments and discuss continued deficits with client | 0.30 | $275.00 | 82.50 | CMV |
| Aug-03-07 | Settlement : read e-mail from client re Kokubun promises to pay and discuss with client | 0.30 | $275.00 | 82.50 | CMV |
| Aug-14-07 | Discovery and Document Production & Review : prepare for and attend meeting a Loveland to review records requested by J Candon and discuss relationship between service logs, attendance reports, time cards and billing statement | 2.70 | $275.00 | 742.50 | CMV |
| Aug-20-07 | Settlement : tc with Gary Kam re outstanding balances and demand for payment; read his e-mail in response | 0.50 | $275.00 | 137.50 | CMV |
| | Settlement : tc with client re DOE response and need to resolve deficit before new school year | 0.40 | $275.00 | 110.00 | CMV |
| Aug-31-07 | Settlement : read e-mail and discuss deficiencies and possibility of Loveland closing with client | 0.50 | $275.00 | 137.50 | CMV |
| Sep-06-07 | Settlement : discuss with client DOE arrearage of more than $400,000 and need for immediate payment | 0.30 | $275.00 | 82.50 | CMV |
| | Settlement : review invoices and draft letter to A. Schulaner re deficiencies | 0.40 | $275.00 | 110.00 | CMV |
| Sep-08-07 | Settlement : review file and prepare detailed letter to AG re deficit and effect on settlement agreement | 2.00 | $275.00 | 550.00 | CMV |

Invoice #:    Sample    Page  56    May 18, 2008

| Sep-12-07 | Hearing Preparation and Attendance : prepare for status conference | 0.40 | $275.00 | 110.00 | CMV |
|---|---|---|---|---|---|
| Sep-13-07 | Settlement : read e-mails, invoices and payments for past two weeks and discuss current status with K Gurtiza and N Drews | 1.25 | $275.00 | 343.75 | CMV |
| Sep-14-07 | Settlement : read e-mail from client re continued DOE deficit and response | 0.50 | $275.00 | 137.50 | CMV |
|  | Settlement : prepare for and attend further status conference re records | 1.00 | $275.00 | 275.00 | CMV |
|  | Settlement : tc with client re status conference | 0.40 | $275.00 | 110.00 | CMV |
| Sep-17-07 | Settlement : numerous e-mails, telephone conferences re meeting with Special Master at Loveland tomorrow | 1.30 | $275.00 | 357.50 | CMV |
| Sep-18-07 | Settlement : prepare for and attend meeting with J Candon, Cliff Miyashiro, A. Schulaner B Hatanaka, Carl Williams, P Dukes, Cynthia Nakamura and Loveland staff to review records and process | 2.90 | $275.00 | 797.50 | CMV |
| Sep-20-07 | Hearing Preparation and Attendance : Prepare for and attend further status conference re documents and scheduling of final report | 1.25 | $275.00 | 343.75 | CMV |
|  | Discovery and Document Production & Review : obtain billing records, review and forward to J Candon | 0.60 | $275.00 | 165.00 | CMV |
| Oct-24-07 | Discovery and Document Production & Review : review message re missing binders and discuss with client | 0.40 | $275.00 | 110.00 | CMV |
| Oct-31-07 | Settlement : read Candon report | 1.30 | $275.00 | 357.50 | CMV |
|  | Settlement : discuss Candon report with client and need to meet with CPAs to review | 0.60 | $275.00 | 165.00 | CMV |
| Nov-05-07 | Discovery and Document Production & Review : review outstanding invoices and discuss response with client | 0.40 | $275.00 | 110.00 | CMV |
| Nov-07-07 | Settlement : meeting with P. Dukes., Cynthia Nakamura, Carl Williams and Bob | 2.60 | $275.00 | 715.00 | CMV |

Invoice #:    Sample    Page   57    May 18, 2008

| | | | | |
|---|---|---|---|---|
| | Hatanaka to discuss Candon preliminary report | | | |
| Nov-08-07 | Research and Draft Pleadings : record review and first draft of response to Candon report | 7.40 | $275.00 | 2,035.00 | CMV |
| | Settlement : numerous e-mails re meeting with Candon to review preliminary report | 0.50 | $0.00 | 0.00 | CMV |
| Nov-09-07 | Settlement : read e-mail from Schulaner asking Candon to cancel meeting and read Candon response | 0.40 | $275.00 | 110.00 | CMV |
| Nov-12-07 | Settlement : read and incorporate Nakamura changes to response to Candon | 0.75 | $275.00 | 206.25 | CMV |
| Nov-13-07 | Research and Draft Pleadings : review client and CPA suggestions and revise response to Candon report | 2.25 | $275.00 | 618.75 | CMV |
| | Settlement : read Hatanaka revisions and incorporate into response to Candon draft report | 0.30 | $275.00 | 82.50 | CMV |
| Nov-14-07 | Discovery and Document Production & Review : tc with client re additional records and need to present them immediately to Candon | 0.50 | $275.00 | 137.50 | CMV |
| | Settlement  : prepare for and attend meeting with Candon, Miyashiro, Hatanaka, Williams, Schulaner, and Drews to discuss preliminary report and provide and review documents | 2.10 | $275.00 | 577.50 | CMV |
| | Discovery and Document Production & Review : review Miyashiro sample population spread sheet and discuss with client | 1.00 | $275.00 | 275.00 | CMV |
| Nov-15-07 | Discovery and Document Production & Review : review and send to Candon additional documents; send e-mail re same | 0.30 | $275.00 | 82.50 | CMV |
| Dec-05-07 | Settlement : read final Candon report | 1.70 | $275.00 | 467.50 | CMV |
| | Settlement : discuss final Candon report with client | 0.50 | $275.00 | 137.50 | CMV |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | Settlement : discuss final Candon report with B. Hatanaka | 0.25 | $275.00 | 68.75 | CMV |
| Dec-11-07 | Hearing Preparation and Attendance : prepare for and attend status conference with Judge Kobayashi | 1.20 | $275.00 | 330.00 | CMV |
|  | Settlement : meeting with client to discuss options re Candon report | 1.00 | $275.00 | 275.00 | CMV |
|  | Totals | 616.60 | $158,805.50 |  |  |
|  | Total Sales Tax on Fees |  | 6,615.84 |  |  |

## DISBURSEMENTS

| | | |
|---|---|---|
| Oct-29-02 | Filing fees Court filing charges; USDC | 164.00 |
| Oct-30-02 | Filing fees Court filing charges; state court | 225.00 |
| Dec-04-02 | Fees for service of process or other documents Sheriff's fees for service of process or other doc | 75.00 |
| May-05-04 | Deposition transcript Transcript of deposition(s); D. Farmer; C. Butt | 1,298.30 |
| May-06-04 | Deposition transcript Transcript of deposition(s); Alida Gandy | 795.24 |
| May-14-04 | Deposition transcript Transcript of hearing | 64.69 |
|  | Deposition transcript Transcript of deposition(s) | 172.34 |
|  | Deposition transcript Transcript of deposition(s) | 172.34 |
|  | Professional Services Mediator's fee | 1,053.00 |
| Jun-01-04 | Other Recording of settlement on the records | 26.00 |
| Jun-08-04 | Copying Photocopying | 760.00 |
|  | Totals | $4,805.91 |

**Total Fee & Disbursements**                                    $170,227.25

### *Carl M. Varady*
American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, HI 96813

Ph:808/523-8447          Fax:808/523/8448

Loveland Academy & PALS                                         May 18, 2008
1506 Piikoi
Honolulu, HI
96822

                                                        File #:    Loveland-PAL
**Attention:**                                          Inv #:         Sample

**RE:**    Billing Dispute with DOE

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT | LAWYER |
|------|-------------|-------|------|--------|--------|
| Mar-14-05 | Settlement : draft letter to B. Hatanaka re resolving issues re documents requested by J Candon | 0.40 | $80.00 | 32.00 | CC |
| Apr-06-05 | Settlement : meeting with client and CMV to discuss J Candon letter | 0.80 | $80.00 | 64.00 | CC |
| May-20-05 | Settlement : write letter to J Candon re need for additional time for response to A. Schulaner letter | 0.25 | $80.00 | 20.00 | CC |
| Aug-10-05 | Discovery and Document Production & Review : review documents, calendars, attendance records and sign in sheets for and prepare for CMV review | 2.40 | $80.00 | 192.00 | CC |
| Sep-20-05 | Settlement : discuss current status of payment with client and report to CMV | 0.60 | $80.00 | 48.00 | CC |
| Oct-18-05 | Settlement : monthly update with client re oustanding billing issues and report to CMV | 0.75 | $80.00 | 60.00 | CC |
| Nov-14-05 | Settlement : monthly update with client re billing issues and report to CMV | 0.50 | $80.00 | 40.00 | CC |
| Dec-19-05 | Settlement : monthly update with client re billing issues and report to CMV | 0.40 | $80.00 | 32.00 | CC |

Invoice #:      Sample              Page  2                                      May 18, 2008

| Jan-16-06 | Settlement : monthly update with client re billing issues and report to CMV | 0.50 | $80.00 | 40.00 | CC |
|-----------|------------------------------------------------------------------------------|------|--------|-------|----|
| Feb-20-06 | Settlement : monthly update with client re billing issues report to CMV | 0.40 | $80.00 | 32.00 | CC |
| Mar-16-06 | Settlement : monthly update with client re billing issues report to CMV | 0.30 | $80.00 | 24.00 | CC |
| Apr-19-06 | Settlement : monthly update with client re billing issues report to CMV | 0.25 | $80.00 | 20.00 | CC |
| May-22-06 | Settlement : monthly update re billing issues and report to CMV | 0.40 | $80.00 | 32.00 | CC |
| Jun-16-06 | Settlement :monthly update re billing issues and report to CMV | 0.30 | $80.00 | 24.00 | CC |
| Jul-25-06 | Settlement : monthly update with client re billing issues and report to CMV | 0.30 | $80.00 | 24.00 | CC |
| Aug-21-06 | Settlement : monthly update with client re billing issues and report to CMV | 0.40 | $0.00 | 0.00 | DS |
| Sep-20-06 | Settlement : monthly update with client re billing issues and report to CMV | 0.30 | $0.00 | 0.00 | DS |
| Oct-23-06 | Settlement : monthly update with client re billing issues and report to CMV | 0.25 | $0.00 | 0.00 | DS |
| Nov-21-06 | Settlement monthly update with client re billing issues and report to CMV | 0.30 | $0.00 | 0.00 | DS |
| Dec-18-06 | Settlement : monthly update with client re billing issues and report to CMV | 0.25 | $0.00 | 0.00 | DS |
| Jan-16-07 | Settlement : monthly update with client re billing issues and report to CMV | 0.30 | $0.00 | 0.00 | DS |
| Feb-22-07 | Settlement : monthly update with client re billing issues and report to CMV | 0.30 | $0.00 | 0.00 | DS |
| Mar-20-07 | Settlement : monthly update with client re billing issues and report to CMV | 0.30 | $0.00 | 0.00 | DS |
| Apr-24-07 | Settlement : monthly update with client re billing issues and report to CMV | 0.40 | $0.00 | 0.00 | DS |
| May-23-07 | Settlement : monthly update with client re billing issues and report to CMV | 0.30 | $0.00 | 0.00 | DS |