EXHIBIT 1.9 TO DECLARATION OF CARL M. VARADY

# Carl M. Varady

American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, HI 96813

Ph:808/523-8447            Fax:808/523/8448

Loveland Academy & PALS                                  May 18, 2008
1506 Piikoi
Honolulu, HI
96822

                                              File #:   Loveland-PAL
**Attention:**                                Inv  #:         Sample

RE:    Billing Dispute with DOE

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT | LAWYER |
|---|---|---|---|---|---|
| Feb-18-02 | Discovery and Document Production & Review : review recent payments | 0.20 | $0.00 | 0.00 | CMV |
| Mar-15-02 | Case Development and Investigation : tc with John Carroll re CAMHD | 0.25 | $0.00 | 0.00 | CMV |
| Mar-18-02 | Case Development and Investigation : Telephone conference(s) with client re outstanding student bills | 0.30 | $0.00 | 0.00 | CMV |
| Mar-20-02 | Case Development and Investigation Telephone conference(s) with military parent (J.E.) re assistance within military for keeping Loveland open and need for stable placement during deployment | 0.20 | $0.00 | 0.00 | CMV |
| Mar-21-02 | Case Development and Investigation Conference call with Loveland Academy owner, Patty Dukes and L. Nishioka re stay-put and other issues concerning RFP | 0.30 | $0.00 | 0.00 | CMV |
| Mar-25-02 | Case Development and Investigation : dicussion with military parent (J.E.) regarding possible assistance from command re military dependents at Loveland | 0.40 | $0.00 | 0.00 | CMV |
| Apr-03-02 | Discovery and Document Production & Review : read letter from Diamond Head | 0.20 | $0.00 | 0.00 | CMV |

| | | | | | |
|---|---|---|---|---|---|
| | MH Center re M. Koven as service provider to student at Loveland | | | | |
| Jun-20-02 | Research and Draft Pleadings Telephone conference(s) with defense counsel T. Baker and with Loveland Academy owner, Patty Dukes regarding billing issues | 0.30 | $0.00 | 0.00 | CMV |
| Jul-04-02 | Case Development and Investigation Telephone conference(s) with Loveland Academy owner, Patty Dukes re response to DOE | 0.20 | $0.00 | 0.00 | CMV |
| Jul-05-02 | Case Development and Investigation Telephone conference(s) with Loveland Academy owner, Patty Dukes re DOE's response to contract proposal | 0.20 | $0.00 | 0.00 | CMV |
| Jul-17-02 | Case Development and Investigation : tc with P. Dukes are Butt's resposne | 0.20 | $0.00 | 0.00 | CMV |
| Sep-10-02 | Case Development and Investigation : Telephone conference(s) with client re contract, payment and course of action for non-payment | 0.20 | $0.00 | 0.00 | CMV |
| Sep-11-02 | Case Development and Investigation : Telephone conference(s) with client and C. Butt re interim contract | 0.30 | $0.00 | 0.00 | CMV |
| Sep-16-02 | Case Development and Investigation Telephone conference(s) with B. Hurd outstanding invoices for student services | 0.20 | $0.00 | 0.00 | CMV |
| Sep-27-02 | Case Development and Investigation Revise letter to C. Butt and Telephone conference(s) with client | 0.40 | $0.00 | 0.00 | CMV |
| Oct-02-02 | Case Development and Investigation : discuss Maui District payment in full compared to Honolulu District with R. Hurd | 0.40 | $0.00 | 0.00 | CMV |
| Oct-23-02 | Settlement : read letter from Chris Butt re outstanding payments | 0.20 | $0.00 | 0.00 | CMV |
| Oct-25-02 | Case Development and Investigation Telephone conference(s) with B. Hurd re billings | 0.20 | $0.00 | 0.00 | CMV |
| Dec-09-02 | Case Development and | 0.30 | $0.00 | 0.00 | CMV |

| Date | Description | Hours | Amount | | Atty |
|---|---|---|---|---|---|
| | Investigation : review and revise letter to DOE re arrearages and placement | | | | |
| Dec-12-02 | Case Development and Investigation : read R. Hurd initial response to Chris Butt letter | 0.20 | $0.00 | 0.00 | CMV |
| Dec-14-02 | Case Development and Investigation send e-mail to M. Bennett re letter to Shikada; | 0.20 | $0.00 | 0.00 | CMV |
| Dec-19-02 | Discovery and Document Production & Review :Telephone conference(s) with S. Levin and C. Parsons re current placements at Loveland | 0.20 | $0.00 | 0.00 | CMV |
| Jan-15-03 | Discovery and Document Production & Review : read letter from R. Hurd to Chris Butt re Maui payments | 2.00 | $0.00 | 0.00 | CMV |
| Jan-28-03 | Discovery and Document Production & Review : read and suggest revisions for demand for payment from Loveland to DOE and transmit revisions to R. Hurd | 0.20 | $0.00 | 0.00 | CMV |
| Feb-03-03 | Discovery and Document Production & Review Telephone conference(s) with B. Hurd and discuss possible responses to J. Flynn's position re payment | 0.20 | $0.00 | 0.00 | CMV |
| Feb-06-03 | Case Development and Investigation Telephone conference(s) with B. Hurd re billings and Flynn letter | 0.20 | $0.00 | 0.00 | CMV |
| Mar-12-03 | Settlement : read letter from A. Schulaner regarding use of signature stamp by bookeeper | 0.20 | $0.00 | 0.00 | CMV |
| Mar-25-03 | Discovery and Document Production & Review : read letter from US Sen. Carl Levin to Gov. Lingle re military dependents of JE | 0.40 | $0.00 | 0.00 | CMV |
| Apr-01-03 | Settlement : Telephone conference(s) with Loveland Academy owner, Patty Dukes re settlement | 0.20 | $0.00 | 0.00 | CMV |
| Apr-02-03 | Discovery and Document Production & Review : Telephone conference(s) with S. Floyd re affect of Felix on autism services generally and Loveland's continued struggle to survive during non-payment | 0.30 | $0.00 | 0.00 | CMV |

| Date | Description | Hours | Amount | | Atty |
|---|---|---|---|---|---|
| Apr-08-03 | Settlement : draft letter re settlement conference setting | 0.20 | $0.00 | 0.00 | CMV |
| May-13-03 | Settlement : read letter re settlement conference and discuss with client | 0.30 | $0.00 | 0.00 | CMV |
| May-23-03 | Discovery and Document Production & Review Telephone conference(s) with B. Hurd re billing and subpoenas | 0.20 | $0.00 | 0.00 | CMV |
| May-27-03 | Settlement Telephone conference(s) with A. Schulaner re status of negotiations and request for mediation | 0.30 | $0.00 | 0.00 | CMV |
| Jun-06-03 | Settlement Telephone conference(s) with B. Hurd re current billing cycle and update as to outstanding amounts | 0.20 | $0.00 | 0.00 | CMV |
| Jun-13-03 | Settlement : Contact court to determine status of mediation request | 0.20 | $0.00 | 0.00 | CMV |
| Jun-20-03 | Discovery and Document Production & Review Telephone conference(s) with B. Hurd re recent billing cycle and current deficiencies | 0.20 | $0.00 | 0.00 | CMV |
| Jun-30-03 | Case Development and Investigation : read letter from client re new rates and discuss with client | 0.40 | $0.00 | 0.00 | CMV |
| Jul-05-03 | Settlement : read and discuss state's supplemental position statement re mediation and settlement | 0.30 | $0.00 | 0.00 | CMV |
| Jul-15-03 | Settlement Telephone conference(s) with with cleint re status conference and mediation | 0.20 | $0.00 | 0.00 | CMV |
| | Discovery and Document Production & Review : review update re recent payments and student roster | 0.20 | $0.00 | 0.00 | CMV |
| Jul-23-03 | Settlement Telephone conference(s) with client re mediation preparation | 0.20 | $0.00 | 0.00 | CMV |
| Jul-25-03 | Discovery and Document Production & Review : review summaries of delays in payment per child covered by IEP, settlement or decision | 0.30 | $0.00 | 0.00 | CMV |
| Aug-14-03 | Settlement : draft letter to Court re mediator | 0.30 | $0.00 | 0.00 | CMV |

| Date | Description | Hours | Amount | | Initials |
|---|---|---|---|---|---|
| Aug-25-03 | Discovery and Document Production & Review Telephone conference(s) with conferences with J. Etterbeek re offer of assistance with Governor's office (.2); Telephone conference(s) with E Seitz re same (.2); Telephone conference(s) with Loveland Academy owner, Patty Dukes re same (.2) | 0.60 | $0.00 | 0.00 | CMV |
| Sep-16-03 | Case Development and Investigation : Telephone conference(s) with S. Floyd re staffing issues and continued problems with Loveland receiving payment, potential loss of services, and potential of getting Special Master or Judge Ezra involved | 0.30 | $0.00 | 0.00 | CMV |
| Sep-25-03 | Discovery and Document Production & Review Telephone conference(s) with B. Hurd re recent subpoena, billing and IEP information ; Telephone conference(s) with Gary Senaga re same | 0.40 | $0.00 | 0.00 | CMV |
| Sep-29-03 | Discovery and Document Production & Review : review and discuss student service reports with client | 0.30 | $0.00 | 0.00 | CMV |
| Oct-13-03 | Discovery and Document Production & Review : draft letter A Schulaner that documents ready for production | 0.20 | $0.00 | 0.00 | CMV |
| Nov-12-03 | Discovery and Document Production & Review Update from J. Loveland re current outstanding invoices. | 0.20 | $0.00 | 0.00 | CMV |
| Nov-19-03 | Discovery and Document Production & Review : review and dicuss with client recent payments | 0.30 | $0.00 | 0.00 | CMV |
| Nov-21-03 | Discovery and Document Production & Review Telephone conference(s) with J. Loveland to review continued preparation of bililng information, categories of children and organization and summaries of binders | 0.30 | $0.00 | 0.00 | CMV |
| Nov-24-03 | Discovery and Document Production & Review : review and dicuss with client recent payments | 0.30 | $0.00 | 0.00 | CMV |
| Dec-09-03 | Settlement Telephone conference(s) with client re scheduling and mediation dates | 0.20 | $0.00 | 0.00 | CMV |

| Date | Description | Hours | Amount | | Atty |
|---|---|---|---|---|---|
| Dec-16-03 | Discovery and Document Production & Review : review recent DOE payments | 0.20 | $0.00 | 0.00 | CMV |
| Dec-18-03 | Discovery and Document Production & Review Telephone conference(s) with client re payment of Ho`omalu GM, mediation and document preparation | 0.30 | $0.00 | 0.00 | CMV |
| | Discovery and Document Production & Review : review recent DOE payments | 0.20 | $0.00 | 0.00 | CMV |
| Dec-23-03 | Discovery and Document Production & Review : review reconciled invoices | 0.30 | $0.00 | 0.00 | CMV |
| Jan-05-04 | Discovery and Document Production & Review : review recent DOE payments | 0.20 | $0.00 | 0.00 | CMV |
| Jan-12-04 | Discovery and Document Production & Review : draft note to A. Schulaner re notebooks | 0.20 | $0.00 | 0.00 | CMV |
| Jan-20-04 | Discovery and Document Production & Review : review recent DOE payments | 0.20 | $0.00 | 0.00 | CMV |
| Jan-22-04 | Settlement Draft letter to S. Chang re billing for H G-M | 0.30 | $0.00 | 0.00 | CMV |
| Jan-26-04 | Discovery and Document Production & Review Telephone conference(s) with T. Loudat re billing issues and methods for assesing damages | 0.25 | $0.00 | 0.00 | CMV |
| Feb-03-04 | Settlement : draft letter to A. Schulaner confirming settlement conference | 0.20 | $0.00 | 0.00 | CMV |
| Feb-10-04 | Settlement : Telephone conference(s) with S. Chang re H G-M billings | 0.00 | $275.00 | 0.00 | CMV |
| Feb-12-04 | Discovery and Document Production & Review : draft letter to Fairbanks re effect of prior due process decision re placement at Loveland | 0.20 | $0.00 | 0.00 | CMV |
| Feb-17-04 | Discovery and Document Production & Review Telephone conference(s) with P. Dukes re parents' cases and need for update on each child's status | 0.20 | $0.00 | 0.00 | CMV |
| Mar-11-04 | Hearing Preparation and Attendance Meeting with C. Nakamura to discuss case status and possible role in hearing process | 0.25 | $0.00 | 0.00 | CMV |

| Date | Description | Hours | Amount | | |
|---|---|---|---|---|---|
| | Discovery and Document Production & Review : review most recent payments by DOE | 0.00 | $0.00 | 0.00 | CMV |
| Mar-12-04 | Discovery and Document Production & Review : update memo and documents from parents re student J K | 0.30 | $0.00 | 0.00 | CMV |
| Mar-15-04 | Discovery and Document Production & Review Telephone conference(s) with parent of T J re hearing, billing and related matters; follow up call to parent re same | 0.75 | $0.00 | 0.00 | CMV |
| | Discovery and Document Production & Review : review recent payments by DOE | 0.25 | $0.00 | 0.00 | CMV |
| Mar-19-04 | Hearing Preparation and Attendance : Telephone conference(s) with to court re witnesses | 0.00 | $0.00 | 0.00 | CMV |
| Mar-29-04 | Post-Hearing or Post-Trial Proceedings Telephone conference(s) with courtroom manager | 0.20 | $0.00 | 0.00 | CMV |
| | Post-Hearing or Post-Trial Proceedings ; draft fax to A Schulaner re settlement conference | 0.20 | $0.00 | 0.00 | CMV |
| Mar-30-04 | Discovery and Document Production & Review Read recent billing material from client | 0.20 | $0.00 | 0.00 | CMV |
| Apr-15-04 | Depositions : read letter from A. Schulaner depo schedule | 0.20 | $0.00 | 0.00 | CMV |
| Apr-21-04 | Post-Hearing or Post-Trial Proceedings : tc with client to inform her that bond requirement had been lifted | 0.20 | $0.00 | 0.00 | CMV |
| May-03-04 | Depositions : read letter from Schulaner re deposition schedule | 0.20 | $0.00 | 0.00 | CMV |
| May-10-04 | Post-Hearing or Post-Trial Proceedings : review and sign dismissal of DOE's Ninth Circuit appeal | 0.20 | $0.00 | 0.00 | CMV |
| May-12-04 | Settlement : telephone conferenc with John Candon | 0.20 | $0.00 | 0.00 | CMV |
| Jun-03-04 | Settlement : review unpaid invoices for H G-M | 0.30 | $0.00 | 0.00 | CMV |

| Date | Description | Hours | Amount | | |
|---|---|---|---|---|---|
| Jun-30-04 | Discovery and Document Production & Review : review recent payments from DOE | 0.20 | $0.00 | 0.00 | CMV |
| Jul-26-04 | Discovery and Document Production & Review : review recent payments from DOE | 0.20 | $0.00 | 0.00 | CMV |
| Jul-30-04 | Discovery and Document Production & Review : review recent payments | 0.20 | $0.00 | 0.00 | CMV |
| Aug-02-04 | Discovery and Document Production & Review : review recent payments | 0.30 | $0.00 | 0.00 | CMV |
| Aug-24-04 | Discovery and Document Production & Review : review recent payments by DOE | 0.30 | $0.00 | 0.00 | CMV |
| Aug-30-04 | Discovery and Document Production & Review : review recent payments | 0.30 | $0.00 | 0.00 | CMV |
| Sep-08-04 | Discovery and Document Production & Review : review recent payments from DOE | 0.20 | $0.00 | 0.00 | CMV |
| Sep-16-04 | Discovery and Document Production & Review : review recent payments from DOE | 0.20 | $0.00 | 0.00 | CMV |
| Sep-24-04 | Discovery and Document Production & Review : review recent payments from DOE | 0.20 | $0.00 | 0.00 | CMV |
| Sep-27-04 | Discovery and Document Production & Review : review recent payments from DOE | 0.20 | $0.00 | 0.00 | CMV |
| Oct-26-04 | Discovery and Document Production & Review : review recent payments from DOE | 0.30 | $0.00 | 0.00 | CMV |
| Nov-22-04 | Discovery and Document Production & Review : review recent payments from DOE | 0.30 | $0.00 | 0.00 | CMV |
| Dec-12-04 | Discovery and Document Production & Review : review recent payments from DOE | 0.30 | $0.00 | 0.00 | CMV |
| Dec-23-04 | Discovery and Document Production & Review : review recent payments from DOE | 0.30 | $0.00 | 0.00 | CMV |

| Date | Description | Hours | Amount | | |
|---|---|---|---|---|---|
| Jan-24-05 | Discovery and Document Production & Review : review recent payments from DOE | 0.30 | $0.00 | 0.00 | CMV |
| Feb-28-05 | Discovery and Document Production & Review : review recent payments from DOE | 0.20 | $0.00 | 0.00 | CMV |
| Mar-17-05 | Discovery and Document Production & Review : review recent payments by DOE | 0.00 | $0.00 | 0.00 | CMV |
| Mar-22-05 | Discovery and Document Production & Review : review recent payments by DOE | 0.00 | $0.00 | 0.00 | CMV |
| May-09-05 | Discovery and Document Production & Review : review recent payments by DOE | 0.20 | $0.00 | 0.00 | CMV |
| Jun-20-05 | Discovery and Document Production & Review ; review recent payments by DOE | 0.20 | $0.00 | 0.00 | CMV |
| Jul-25-05 | Discovery and Document Production & Review : review recent payments by DOE | 0.30 | $0.00 | 0.00 | CMV |
| Aug-01-05 | Discovery and Document Production & Review : review recent payments by DOE | 0.20 | $0.00 | 0.00 | CMV |
| Aug-12-05 | Discovery and Document Production & Review : read J Candon letter confirming receipt | 0.20 | $0.00 | 0.00 | CMV |
| Aug-29-05 | Discovery and Document Production & Review : review recent payments by DOE | 0.20 | $0.00 | 0.00 | CMV |
| | Settlement : review outstanding bills | 0.30 | $0.00 | 0.00 | CMV |
| Feb-16-07 | Settlement : discuss response to J Candon letter and request CEC contact to reschedule after return from Mainland | 0.30 | $0.00 | 0.00 | CMV |
| Mar-02-07 | Settlement : read letter from A. Schulaner re continued status conference | 0.20 | $0.00 | 0.00 | CMV |
| Apr-19-07 | Settlement : read staff memo from client re ongoing attempts by DOE to cut off services | 0.30 | $0.00 | 0.00 | CMV |
| May-05-07 | Post-Hearing or Post-Trial Proceedings : contact clerk re need for final judgment before fee petition can be filed | 0.20 | $0.00 | 0.00 | CMV |
| Jul-10-07 | Hearing Preparation and Attendance : | 0.30 | $0.00 | 0.00 | CMV |

|           |                                                                                                       |       |        |      |     |
|-----------|-------------------------------------------------------------------------------------------------------|-------|--------|------|-----|
|           | exchange e-mails re scheduling further meeting with Special Master to review records and process     |       |        |      |     |
| Nov-08-07 | Settlement : numerous e-mails re meeting with Candon to review preliminary report                     | 0.50  | $0.00  | 0.00 | CMV |
|           | Totals                                                                                                | 29.45 | $0.00  |      |     |

**Total Fee & Disbursements**                                                                                                  $0.00

**Balance Now Due**                                                                                                            $0.00

Case 1:02-cv-00693-HG-LEK    Document 102-14    Filed 05/20/2008    Page 12 of 14

# Carl M. Varady

American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, HI 96813

Ph:808/523-8447           Fax:808/523/8448

Loveland Academy & PALS                                      May 18, 2008
1506 Piikoi
Honolulu, HI
96822

                                                File #:   Loveland-PAL
**Attention:**                                  Inv #:         Sample

RE:     Billing Dispute with DOE

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT | LAWYER |
| --- | --- | --- | --- | --- | --- |
| Aug-21-06 | Settlement : monthly update with client re billing issues and report to CMV | 0.40 | $0.00 | 0.00 | DS |
| Sep-20-06 | Settlement : monthly update with client re billing issues and report to CMV | 0.30 | $0.00 | 0.00 | DS |
| Oct-23-06 | Settlement : monthly update with client re billing issues and report to CMV | 0.25 | $0.00 | 0.00 | DS |
| Nov-21-06 | Settlement monthly update with client re billing issues and report to CMV | 0.30 | $0.00 | 0.00 | DS |
| Dec-18-06 | Settlement : monthly update with client re billing issues and report to CMV | 0.25 | $0.00 | 0.00 | DS |
| Jan-16-07 | Settlement : monthly update with client re billing issues and report to CMV | 0.30 | $0.00 | 0.00 | DS |
| Feb-22-07 | Settlement : monthly update with client re billing issues and report to CMV | 0.30 | $0.00 | 0.00 | DS |
| Mar-20-07 | Settlement : monthly update with client re billing issues and report to CMV | 0.30 | $0.00 | 0.00 | DS |
| Apr-24-07 | Settlement : monthly update with client re billing issues and report to CMV | 0.40 | $0.00 | 0.00 | DS |
| May-23-07 | Settlement : monthly update with client re billing issues and report to CMV | 0.30 | $0.00 | 0.00 | DS |

Invoice #:   Sample          Page   2                                May 18, 2008

| Jun-25-07 | Settlement : monthly update with client re billing issues and report to CMV | 0.30 | $0.00 | 0.00 | DS |

|  | Totals | 3.40 | $0.00 |

**Total Fee & Disbursements** — $0.00

**Balance Now Due** — $0.00