EXHIBIT 1.10 TO DECLARATION OF CARL M. VARADY

### *Carl M. Varady*
American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, HI 96813

Ph:808/523-8447     Fax:808/523/8448

Loveland Academy & PALS                                May 18, 2008
1506 Piikoi
Honolulu, HI
96822

                                                File #:   Loveland-PAL
**Attention:**                                  Inv #:    Sample

RE:    Billing Dispute with DOE

**DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---|
| Oct-29-02 | Filing fees Court filing charges; USDC | 164.00 |
| Oct-30-02 | Filing fees Court filing charges; state court | 225.00 |
| Dec-04-02 | Fees for service of process or other documents Sheriff's fees for service of process or other doc | 75.00 |
| May-05-04 | Deposition transcript Transcript of deposition(s); D. Farmer; C. Butt | 1,298.30 |
| May-06-04 | Deposition transcript Transcript of deposition(s); Alida Gandy | 795.24 |
| May-14-04 | Deposition transcript Transcript of hearing | 64.69 |
| Jun-01-04 | Other Recording of settlement on the records | 26.00 |
| Jun-08-04 | Copying Photocopying | 760.00 |

$3,408.23