**EXHIBIT "1.1" TO DECLARATION OF CYNTHIA S. NAKAMURA**

**Cynthia S. Nakamura**
Law Offices of Linda Chu Takayama
P.O. Box 1196
Honolulu, Hawaii 96807
Phone: (808) 545-3060
Fax: (808) 545-1182

Date: 3/27/2008
Matter: Civ. No. CV02-00693 HB-LEK
Inv. No.: 08-42

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT | ATTORNEY |
|---|---|---|---|---|---|
| 3/12/2004 | Case Development and Investigation: Review and analyze Motion for Preliminary Injunction (.4); telephone conference with PALS representative regarding attendance at hearing on motion for preliminary injunction (.3); telephone conference with Loveland Administrator P. Dukes regarding strategy and options as to preliminary injunction proceedings (.5). | 1.2 | $250.00 | $300.00 | CSN |
| 3/19/2004 | Motions Practice: Meet with P. Dukes regarding hearing on motion for preliminary injunction. | 1.5 | $250.00 | $375.00 | CSN |
| 3/22/2004 | Case Development and Investigation: Meet with PALS parents and P. Dukes regarding outcome of motion for preliminary injunction and impact thereof (1); Telephone conference with P. Dukes regarding motion for preliminary injunction, and strategize as to necessary next steps (.6). | 1.6 | $250.00 | $400.00 | CSN |
| 3/31/2004 | Interrogatories, Document Production and Other Written Discovery: Telephone conference with P. Dukes and Loveland biller K. Gurtiza regarding billing information and supporting data. | 1.3 | $250.00 | $325.00 | CSN |

| Date | Description | Hours | Rate | Amount | Atty |
|---|---|---|---|---|---|
| 4/1/2004 | Interrogatories, Document Production and Other Written Discovery: Review and analyze historical data and summaries as to services and rates (.75); telephone conference with K. Gurtiza regarding billing summaries and student groups (.6); Meet with P. Dukes regarding billings, legal issues and related matters as to injunction and effect thereof (1). | 2.35 | $250.00 | $587.50 | CSN |
| 4/2/2004 | Case Development and Investigation: Telephone conference with P. Dukes regarding Loveland billings/rates and procedures, services provided at Loveland and services provided by other agencies. | 1.1 | $250.00 | $275.00 | CSN |
| 4/8/2004 | Case Development and Investigation: Telephone conference with P. Dukes regarding rates for tuition and related services and proposed increases. | 0.7 | $250.00 | $175.00 | CSN |
| 4/13/2004 | Interrogatories, Document Production and Other Written Discovery: Review and reconcile invoices and billing statements for Group 1 Children. | 2 | $250.00 | $500.00 | CSN |
| 4/15/2004 | Interrogatories, Document Production and Other Written Discovery: Continue review and reconciliation of invoices and billing statements for Group 1 Children (.8); telephone conference with K. Gurtiza regarding same (.5). | 1.3 | $250.00 | $325.00 | CSN |
| 4/21/2004 | Interrogatories, Document Production and Other Written Discovery: Telephone conference with P. Dukes regarding financial and other data needed for permanent injunction. | 1 | $250.00 | $250.00 | CSN |
| 4/22/2004 | Interrogatories, Document Production and Other Written Discovery: Telephone conference with P. Dukes regarding billing history (.6); review and provide comments as to billing charts and historical summaries (.4). | 1 | $250.00 | $250.00 | CSN |

| Date | Description | Hours | Rate | Amount | Atty |
|---|---|---|---|---|---|
| | Case Development and Investigation: Telephone conference with PALS parent regarding programs and services (.3); conduct research as to services offered by CFS and other agencies (1). | 1.3 | $250.00 | $325.00 | CSN |
| 4/24/2004 | Interrogatories, Document Production and Other Written Discovery: Review partial billing summaries and invoices for services. | 1.3 | $250.00 | $325.00 | CSN |
| 4/26/2004 | Depositions: Telephone conference with P. Dukes regarding deposition (.2). | 0.2 | $250.00 | $50.00 | CSN |
| | Interrogatories, Document Production and Other Written Discovery: Telephone conference with Loveland administrative staff regarding documents and records for Group 2 Children (.2). | 0.2 | $250.00 | $50.00 | CSN |
| 4/27/2004 | Interrogatories, Document Production and Other Written Discovery: Review and analyze documents and financial records for Group 2 Children and compare with AG's list of excluded children per AG's letter of 4/21/04. | 1 | $250.00 | $250.00 | CSN |
| 4/28/2004 | Depositions: Meet with K. Gurtiza regarding billing procedures and deposition (1.25); Meet with C. Varady and P. Dukes regarding depositions of DOE witnesses (1). | 2.25 | $250.00 | $562.50 | CSN |
| | Interrogatories, Document Production and Other Written Discovery: Review additional historical information as to rates and billing summaries (.5). | 0.5 | $250.00 | $125.00 | CSN |
| | Motions Practice: Review and analyze Declaration of P. Dukes filed in Civil No. CV02-00693 HG/LEK and outstanding balances indicated therein (.75). | 0.75 | $250.00 | $187.50 | CSN |
| 4/29/2004 | Depositions: Meet with C. Varady and P. Dukes regarding depositions and trial strategy. | 1.5 | $250.00 | $375.00 | CSN |

| Date | Description | Hours | Rate | Amount | Atty |
|---|---|---|---|---|---|
| 4/30/2004 | Interrogatories, Document Production and Other Written Discovery: Telephone conference with K. Gurtiza regarding updating billings and summaries with April 2004 data. | 0.6 | $250.00 | $150.00 | CSN |
| 5/2/2004 | Interrogatories, Document Production and Other Written Discovery: Review, analyze and reconcile updated financial summaries for Group 1 Children. | 1.8 | $250.00 | $450.00 | CSN |
| 5/3/2004 | Interrogatories, Document Production and Other Written Discovery: Review and analyze revised billing history chart and updated Group 1 balances (.8); telephone conference with P. Dukes regarding financial summaries (.6). | 1.4 | $250.00 | $350.00 | CSN |
| 5/4/2004 | Attending Court Hearings: Attend settlement conference with Magistrate Kobayashi and AGs (5.25); meet with C. Varady and P. Dukes prior to settlement conference (.6); meet with P. Dukes following settlement conference regarding settlement terms, plan of action and necessary follow-ups (1.5). | 7.35 | $250.00 | $1,837.50 | CSN |
| 5/5/2004 | Interrogatories, Document Production and Other Written Discovery: Telephone conference with P. Dukes and K. Gurtiza regarding providing documentation in conformity with terms of settlement agreement (.8); review and analyze updated documentation and billing summaries for Group 2 Children and compile spreadsheet of outstanding balances (2). | 2.8 | $250.00 | $700.00 | CSN |
| 5/13/2004 | Interrogatories, Document Production and Other Written Discovery: Telephone conference with K. Gurtiza regarding invoices and balances of Group 1 and 2 Children. | 0.3 | $250.00 | $75.00 | CSN |

| Date | Description | Hours | Rate | Amount | Atty |
|---|---|---|---|---|---|
| 5/14/2004 | Interrogatories, Document Production and Other Written Discovery: Meet with K. Gurtiza (.7) regarding billing summaries and invoices for Group 1 and 2 Children; review, compare and analyze binders of invoices and billing summaries for Group 1 and 2 Children for accuracy (1). | 1.7 | $250.00 | $425.00 | CSN |
| 5/20/2004 | Interrogatories, Document Production and Other Written Discovery: Telephone conference with Loveland's computer analyst regarding updated programs and database. | 0.3 | $250.00 | $75.00 | CSN |
| 5/24/2004 | Interrogatories, Document Production and Other Written Discovery: Draft letter to C. Williams, CPA regarding invoices and billing summaries. | 0.2 | $250.00 | $50.00 | CSN |
| 5/28/2004 | Interrogatories, Document Production and Other Written Discovery: Review and analyze May 2004 billing summaries and invoices for Group 1 and 2 Children (.3). | 0.3 | $250.00 | $75.00 | CSN |
| | Settlement/Pleadings: Review draft settlement agreement and provide comments (.7). | 0.7 | $250.00 | $175.00 | CSN |
| 6/4/2004 | Motions Practice: Attend status conference before Magistrate Kobayashi (.75). | 0.75 | $250.00 | $187.50 | CSN |
| | Settlement/Pleadings: Review, analyze and provide comments on revised settlement agreement (.6); meet with P. Dukes regarding settlement terms and carved-out children (1.25). | 1.85 | $250.00 | $462.50 | CSN |
| 1/24/2005 | Interrogatories, Document Production and Other Written Discovery: Telephone conference with P. Dukes regarding DOE federal settlement, documentation requested by special master and outstanding settlement payment. | 0.4 | $250.00 | $100.00 | CSN |

| Date | Description | Hours | Rate | Amount | |
|---|---|---|---|---|---|
| 1/27/2005 | Interrogatories, Document Production and Other Written Discovery: Telephone conference with appointed master John Candon regarding requested financial documents (.2); review financial data and spreadsheets compiled by Loveland accounting clerk (.8). | 1 | $250.00 | $250.00 | CSN |
| 2/1/2005 | Interrogatories, Document Production and Other Written Discovery: Telephone conference with CPA R. Hatanaka and P. Dukes regarding documents requested by special master John Candon. | 0.3 | $250.00 | $75.00 | CSN |
| 8/17/2005 | Interrogatories, Document Production and Other Written Discovery: Review binder of correspondence and documents from AG A. Schulaner to John Candon regarding outstanding balances. | 0.5 | $250.00 | $125.00 | CSN |
| 8/19/2005 | Interrogatories, Document Production and Other Written Discovery: Review and revise letter from P. Dukes responding to Mr. Candon's request for explanation as to outstanding balances. | 0.4 | $250.00 | $100.00 | CSN |
| | SUBTOTAL | 46.7 | | $11,675.00 | |
| | SALES TAX | | | $485.68 | |
| 6/4/2007 | Interrogatories, Document Production and Other Written Discovery: Meet with P. Dukes and Loveland accounting staff regarding status of federal settlement, documents requested by John Candon's office and HAIS issues. | 2 | $250.00 | $500.00 | CSN |
| 6/12/2007 | Interrogatories, Document Production and Other Written Discovery: Review updated spreadsheet of billings for Group 1 and 2 children (.3); telephone conference with K. Gurtiza regarding allocation of the initial federal settlement funds and remaining balance owed by DOE (.2). | 0.5 | $250.00 | $125.00 | CSN |
| 6/14/2007 | Interrogatories, Document Production and Other Written Discovery: Telephone conference with K. Gurtiza regarding documents requested by John Candon's office (.2); review and analyze new payment and billing summaries for students A. Kinimaka and J. Russell (.6). | 0.8 | $250.00 | $200.00 | CSN |

| Date | Description | Hours | Rate | Amount | Atty |
|---|---|---|---|---|---|
| 8/14/2007 | Interrogatories, Document Production and Other Written Discovery: Meet with P. Dukes and Loveland accounting team regarding outstanding documents in federal case. | 2.5 | $250.00 | $625.00 | CSN |
| 11/1/2007 | Interrogatories, Document Production and Other Written Discovery: Meet with P. Dukes regarding audit in federal case. | 0.5 | $250.00 | $125.00 | CSN |
| 11/6/2007 | Case Development and Investigation: Telephone conference with B. Hatanaka regarding federal auditor's preliminary report. | 0.2 | $250.00 | $50.00 | CSN |
| 11/7/2007 | Case Development and Investigation: Meet with P. Dukes, C. Williams, B. Hatanaka and Loveland staff to address problems raised in federal auditor's preliminary report. | 1 | $250.00 | $250.00 | CSN |
| 11/15/2007 | Case Development and Investigation: Telephone conference with K. Gurtiza regarding follow-up work necessary to address federal auditor's preliminary report. | 0.2 | $250.00 | $50.00 | CSN |
| | SUBTOTAL | 7.7 | | $1,925.00 | |
| | SALES TAX | | | $90.71 | |

**DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---|
| 5/17/2004 | Copies of billing summaries for Special Master | $111.93 |
| | TOTAL | $111.93 |
| | **TOTAL FEE & DISBURSEMENTS** | $14,288.32 |
| | **BALANCE NOW DUE** | $14,288.32 |

Total Sales Tax: $576.39