**EXHIBIT "1.2" TO DECLARATION OF CYNTHIA S. NAKAMURA**

**Cynthia S. Nakamura**
Law Offices of Linda Chu Takayama
P.O. Box 1196
Honolulu, Hawaii 96807
Phone: (808) 545-3060
Fax: (808) 545-1182

Date: 3/27/2008
Matter: Civ. No. CV02-00693 HB-LEK
Inv. No.: 08-42

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT | ATTORNEY |
|---|---|---|---|---|---|
| 3/12/2004 | Case Development and Investigation: Review and analyze Motion for Preliminary Injunction (.4); telephone conference with PALS representative regarding attendance at hearing on motion for preliminary injunction (.3); telephone conference with Loveland Administrator P. Dukes regarding strategy and options as to preliminary injunction proceedings (.5). | 1.2 | $250.00 | $300.00 | CSN |
| 3/22/2004 | Case Development and Investigation: Meet with PALS parents and P. Dukes regarding outcome of motion for preliminary injunction and impact thereof (1); Telephone conference with P. Dukes regarding motion for preliminary injunction, and strategize as to necessary next steps (.6). | 1.6 | $250.00 | $400.00 | CSN |
| 4/2/2004 | Case Development and Investigation: Telephone conference with P. Dukes regarding Loveland billings/rates and procedures, services provided at Loveland and services provided by other agencies. | 1.1 | $250.00 | $275.00 | CSN |
| 4/8/2004 | Case Development and Investigation: Telephone conference with P. Dukes regarding rates for tuition and related services and proposed increases. | 0.7 | $250.00 | $175.00 | CSN |

| Date | Description | Hours | Rate | Amount | Atty |
|---|---|---|---|---|---|
| | Case Development and Investigation: Telephone conference with PALS parent regarding programs and services (.3); conduct research as to services offered by CFS and other agencies (1). | 1.3 | $250.00 | $325.00 | CSN |
| | SUBTOTAL | 5.9 | | $1,475.00 | |
| | SALES TAX | | | $61.36 | |
| 11/6/2007 | Case Development and Investigation: Telephone conference with B. Hatanaka regarding federal auditor's preliminary report. | 0.2 | $250.00 | $50.00 | CSN |
| 11/7/2007 | Case Development and Investigation: Meet with P. Dukes, C. Williams, B. Hatanaka and Loveland staff to address problems raised in federal auditor's preliminary report. | 1 | $250.00 | $250.00 | CSN |
| 11/15/2007 | Case Development and Investigation: Telephone conference with K. Gurtiza regarding follow-up work necessary to address federal auditor's preliminary report. | 0.2 | $250.00 | $50.00 | CSN |
| | SUBTOTAL | 1.4 | | $350.00 | |
| | SALES TAX | | | $16.49 | |
| | **TOTAL FEE & DISBURSEMENTS** | | | $1,902.85 | |
| | **BALANCE NOW DUE** | | | $1,902.85 | |

Total Sales Tax: $77.85