**EXHIBIT "1.4" TO DECLARATION OF CYNTHIA S. NAKAMURA**

**Cynthia S. Nakamura**
Law Offices of Linda Chu Takayama
P.O. Box 1196
Honolulu, Hawaii 96807
Phone: (808) 545-3060
Fax: (808) 545-1182

Date: 3/27/2008
Matter: Civ. No. CV02-00693 HB-LEK
Inv. No.: 08-42

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT | ATTORNEY |
|---|---|---|---|---|---|
| 5/28/2004 | Settlement/Pleadings: Review draft settlement agreement and provide comments (.7). | 0.7 | $250.00 | $175.00 | CSN |
| 6/4/2004 | Settlement/Pleadings: Review, analyze and provide comments on revised settlement agreement (.6); meet with P. Dukes regarding settlement terms and carved-out children (1.25). | 1.85 | $250.00 | $462.50 | CSN |
| | SUBTOTAL | 2.55 | | $637.50 | |
| | SALES TAX | | | $26.52 | |
| | **TOTAL FEE & DISBURSEMENTS** | | | $664.02 | |
| | **BALANCE NOW DUE** | | | $664.02 | |

Total Sales Tax: $26.52

1 of 1