**EXHIBIT "1.5" TO DECLARATION OF CYNTHIA S. NAKAMURA**

**Cynthia S. Nakamura**
Law Offices of Linda Chu Takayama
P.O. Box 1196
Honolulu, Hawaii 96807
Phone: (808) 545-3060
Fax: (808) 545-1182

Date: 3/27/2008
Matter: Civ. No. CV02-00693 HB-LEK
Inv. No.: 08-42

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT | ATTORNEY |
|---|---|---|---|---|---|
| 5/4/2004 | Attending Court Hearings: Attend settlement conference with Magistrate Kobayashi and AGs (5.25); meet with C. Varady and P. Dukes prior to settlement conference (.6); meet with P. Dukes following settlement conference regarding settlement terms, plan of action and necessary follow-ups (1.5). | 7.35 | $250.00 | $1,837.50 | CSN |
| | SUBTOTAL | 7.35 | | $1,837.50 | |
| | SALES TAX | | | $76.44 | |
| | **TOTAL FEE & DISBURSEMENTS** | | | $1,913.94 | |
| | **BALANCE NOW DUE** | | | $1,913.94 | |

Total Sales Tax: $76.44