**EXHIBIT "1.6" TO DECLARATION OF CYNTHIA S. NAKAMURA**

**Cynthia S. Nakamura**
Law Offices of Linda Chu Takayama
P.O. Box 1196
Honolulu, Hawaii 96807
Phone: (808) 545-3060
Fax: (808) 545-1182

Date: 3/27/2008
Matter: Civ. No. CV02-00693 HB-LEK
Inv. No.: 08-42

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT | ATTORNEY |
|---|---|---|---|---|---|
| 3/19/2004 | Motions Practice: Meet with P. Dukes regarding hearing on motion for preliminary injunction. | 1.5 | $250.00 | $375.00 | CSN |
| 4/28/2004 | Motions Practice: Review and analyze Declaration of P. Dukes filed in Civil No. CV02-00693 HG/LEK and outstanding balances indicated therein (.75). | 0.75 | $250.00 | $187.50 | CSN |
| 6/4/2004 | Motions Practice: Attend status conference before Magistrate Kobayashi (.75). | 0.75 | $250.00 | $187.50 | CSN |

|  |  |  |
|---|---|---|
| SUBTOTAL | 3 | $750.00 |
| SALES TAX |  | $31.20 |
| **TOTAL FEE & DISBURSEMENTS** |  | $781.20 |
| **BALANCE NOW DUE** |  | $781.20 |

Total Sales Tax: $31.20