**EXHIBIT "1.7" TO DECLARATION OF CYNTHIA S. NAKAMURA**

**Cynthia S. Nakamura**
Law Offices of Linda Chu Takayama
P.O. Box 1196
Honolulu, Hawaii 96807
Phone: (808) 545-3060
Fax: (808) 545-1182

Date: 3/27/2008
Matter: Civ. No. CV02-00693 HB-LEK
Inv. No.: 08-42

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT | ATTORNEY |
|---|---|---|---|---|---|
| 4/26/2004 | Depositions: Telephone conference with P. Dukes regarding deposition (.2). | 0.2 | $250.00 | $50.00 | CSN |
| 4/28/2004 | Depositions: Meet with K. Gurtiza regarding billing procedures and deposition (1.25); Meet with C. Varady and P. Dukes regarding depositions of DOE witnesses (1). | 2.25 | $250.00 | $562.50 | CSN |
| 4/29/2004 | Depositions: Meet with C. Varady and P. Dukes regarding depositions and trial strategy. | 1.5 | $250.00 | $375.00 | CSN |
| | SUBTOTAL | 3.95 | | $987.50 | |
| | SALES TAX | | | $41.08 | |

**TOTAL FEE & DISBURSEMENTS**           $1,028.58

**BALANCE NOW DUE**                     $1,028.58

Total Sales Tax: $41.08