**EXHIBIT "1.8" TO DECLARATION OF CYNTHIA S. NAKAMURA**

**Cynthia S. Nakamura**
Law Offices of Linda Chu Takayama
P.O. Box 1196
Honolulu, Hawaii 96807
Phone: (808) 545-3060
Fax: (808) 545-1182

Date: 3/27/2008
Matter: Civ. No. CV02-00693 HB-LEK
Inv. No.: 08-42

**DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---|
| 5/17/2004 | Copies of billing summaries for Special Master | $111.93 |
| | TOTAL | $111.93 |
| | **TOTAL DISBURSEMENTS** | $111.93 |
| | **BALANCE NOW DUE** | $111.93 |

1 of 1

## CERTIFICATE OF SERVICE

I certify that a copy of the attached document was served electronically using the Court's CM/ECF system, on the date indicated below, addressed to:

Holly T. Shikada, Esq. holly.t.shikada@hawaii.gov
Cheryl.H.Oeda@hawaii.gov
Aaron H. Schulaner, Esq. aaron.h.schulaner@hawaii.gov

DATED:    Honolulu, Hawai'i, May 20, 2008

/s/ Carl M. Varady

CARL M. VARADY