# MINUTES

CASE NUMBER: CIVIL NO. 02-00693HG-LEK

CASE NAME: Loveland Academy, LLC, et al. Vs. Patricia Hamamoto, et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE: Leslie E. Kobayashi      REPORTER:

DATE: 5/21/2008      TIME:

COURT ACTION: EO: Regarding Plaintiffs' Motion for Award of Attorneys' Fees and Costs filed on 5/20/2008.

Pursuant to LR 54.3, Plaintiffs' Motion for Award of Attorneys' Fees and Costs will be considered by Magistrate Judge Leslie E. Kobayashi as a Non Hearing Motion.

Pursuant to LR 54.3 Plaintiffs' Statement of Consultation is due on **6/4/2008**.

Pursuant to LR 54.3 and FRCvP Rule 6(e): Memorandum in Opposition is due **6/18/2008**.

Reply Memorandum is due **7/2/2008.**

Plaintiffs' Motion for Award of Attorneys' Fees and Costs will be taken under advisement by Magistrate Judge Leslie E. Kobayashi thereafter.

**Settlement Conference Re: Attorneys' Fees and Costs set for 7/3/2008 at 09:30 AM before Magistrate Judge Leslie E. Kobayashi.**

Submitted by: Warren N. Nakamura, Courtroom Manager