LAW OFFICES OF CARL M. VARADY

CARL M. VARADY
American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawaii 96813
Telephone: (808) 523-8447

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| LOVELAND ACADEMY, L.L.C., PATRICIA DUKES, PH.D., and PARENTS AT LOVELAND SCHOOL<br><br>                    Plaintiff,<br><br>vs.<br><br>PATRICIA HAMAMOTO, Superintendent of the Hawai'i Department of Education, HERBERT WATANABE, Chairperson, Hawai'i Board of Education,<br><br>                    Defendants. | CV02-00693 HG/LEK<br><br>(Other Civil Action)<br><br>**STATEMENT OF CONSULTATION; CERTIFICATE OF SERVICE**<br><br>NON-HEARING MOTION<br>JUDGE: Hon. Leslie E. Kobayashi |

## **STATEMENT OF CONSULTATION**

Pursuant to LR 54.3, Plaintiffs' attorney, Carl M. Varady, initiated consultation

regarding attorneys' fees and costs, now before this Court on Plaintiffs' motion for an award of attorneys' fees and costs [Filed May 20, 2008]. The consultation occurred on May 23, 2008, by offer of settlement made by Plaintiffs by telephone conversation with Deputy Attorney General Aaron Schulaner. On May 30, 2008, Mr. Schulaner informed Plaintiffs' attorney that the offer of settlement made by Plaintiffs on May 23, 2008, was rejected and that Defendant instead would proceed to have the matter ultimately decided by this Court. Therefore, consultation did not resolve the Plaintiffs' requests for fees and costs.

DATED: Honolulu, Hawai'i, May 30, 2008.

/S/ Carl M. Varady
CARL M. VARADY
Attorney for Plaintiffs

## **CERTIFICATE OF SERVICE**

I certify that the attached document was through the CM/ECF system, on the date below addressed to:

Aaron H. Schulaner     aaron.h.schulaner@hawaii.gov
gina.m.lum@hawaii.gov
jorge.r.cadiz@hawaii.gov
schulanea001@hawaii.rr.com
schulaner@hawaii.rr.com
Holly T. Shikada    holly.t.shikada@hawaii.gov,
Cheryl.H.Oeda@hawaii.gov

DATE: Honolulu, Hawai'i, May 30, 2008.

/S/ Carl M. Varady
CARL M. VARADY