# MINUTES

CASE NUMBER:     CIVIL NO. 02-00693HG-LEK

CASE NAME:       Loveland Academy, LLC vs. Patricia Hamamoto, et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:    Leslie E. Kobayashi          REPORTER:

DATE:     06/13/2008                   TIME:

COURT ACTION:  EO: Counsel's Request to Extend Briefing Deadlines Regarding Plaintiffs' Motion for Award of Attorneys' Fees and Costs is Granted.

Memorandum in Opposition is now due **7/2/2008**.

Reply Memorandum is now due **7/16/2008**.

Settlement Conference Re: Attorneys' Fees and Costs currently set for 7/15/2008 at 02:30 PM before Magistrate Judge Leslie E. Kobayashi is **Vacated.**

Submitted by: Warren N. Nakamura, Courtroom Manager