IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| LOVELAND ACADEMY, L.L.C, PATRICIA DUKES, PH.D., AND PARENTS AT LOVELAND SCHOOL,<br><br>          Plaintiffs,<br><br>    vs.<br><br>PATRICIA HAMAMOTO, Superintendent of the Hawaii Department of Education, HERBERT WATANABE, Chairperson, Hawaii Board of Education,<br><br>          Defendants. | CIVIL NO. 02-00693 HG-LEK |

## DECLARATION OF AARON H. SCHULANER

I, Aaron H. Schulaner, pursuant to 28 U.S.C. § 1746, declare as follows:

1.     I am an attorney licensed to practice law in the State of Hawaii and am a deputy attorney general assigned to represent Defendants in the above-captioned case.

2.     Attached hereto as Exhibit 1 is a true and correct copy of the Release and Settlement Agreement entered into by and between the parties dated June 4, 2004.

291879_5.DOC

DATED:  Honolulu, Hawaii, July 2, 2008.

_____
AARON H. SCHULANER

2