## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, I caused a true and correct copy of the foregoing document(s) to be duly served upon the following parties by HAND DELIVERY to their respective addresses:

CARL M. VARADY, ESQ.
ASB TOWER
1001 BISHOP STREET, SUITE 2870
HONOLULU, HAWAII 96813

DATED: Honolulu, Hawai`i, July 2, 2008.

_____
AARON H. SCHULANER
Deputy Attorney General

Attorney for Defendants