EXHIBIT 4 TO DECLARATION OF CARL M. VARADY

# POWERS & ASSOCIATES
## COURT REPORTERS

Suite 2650, Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813

Phone: (808) 532-1918
Fax:   (808) 533-7132
e-mail: powers@aloha.net
www.aloha.net/~powers

**BILL TO:**

CARL M. VARADY, ESQ.
Suite 2870 Pacific Tower
1001 Bishop Street
Honolulu, Hawaii 96813

| DATE | INVOICE |
|---|---|
| 5/14/'04 | 20104 |

| TERMS |
|---|
| Net 30 |

| DESCRIPTION | AMOUNT |
|---|---|
| CASE TITLE:  LOVELAND ACADEMY, L.L.C., et al. vs. PATRICIA HAMAMOTO, et al.<br>CIVIL NO.:    CV02-00693 HG/LEK<br><br>CUSTODIAN OF RECORDS:  STATE OF HAWAII - DEPARTMENT OF ACCOUNTING & GENERAL SERVICES<br>NO RECORDS DEPOSITION OF KATHERINE THOMASON;  DATE: 5/4/04<br>*********************************************************<br><br>Original plus one copy - Transcript Re:  STATE OF HAWAII - DEPARTMENT OF ACCOUNTING & GENERAL SERVICES SUBPOENAED RECORDS<br>Subtotal<br><br>COST ADVANCES<br>Sheriff and Witness Fees<br>Mileage Fee<br>G.E | <br><br><br><br><br><br><br><br>102.45T<br><br>102.45<br><br><br>56.00T<br>7.00T<br>6.89 |

Taxpayer Identification Number #99-0212572
THANK YOU FOR USING POWERS & ASSOCIATES

**Total**  $172.34

# Powers & Associates

1001 Bishop Street
Suite 2650, Pauahi Tower
Honolulu, Hawaii 96813
PH: (808) 536-2001

BILL TO

CARL VARADY, ESQ.
2870 Pacific Tower
1001 Bishop Street
Honolulu, Hawaii 96813

| DATE | INVOICE # |
|---|---|
| 5/6/'04 | 2048467 |

TERMS

| ITEM | QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|---|
| O&ccBrief | | CASE: LOVELAND ACADEMY v. HAMAMOTO<br>CIVIL NO.: CV02-00693 HG/LEK<br><br>DATE TAKEN: APRIL 30, 2004<br>REPORTER: MARJANN SHAWLER<br><br>Transcript of: ALIDA MARIE GANDY<br>Original and copy<br>Subtotal<br>Tax | 763.43<br><br>4.167% | 763.43T<br>763.43<br>31.81 |

***Thank you for using Powers & Associates***
*PLEASE INCLUDE OUR INVOICE*
*NUMBER ON YOUR PAYMENT*

TAX ID#: 99-0212572

**Total** $795.24

# Powers & Associates

1001 Bishop Street
Suite 2650, Pauahi Tower
Honolulu, Hawaii 96813
PH: (808) 536-2001

**BILL TO**

CARL VARADY, ESQ.
2870 Pacific Tower
1001 Bishop Street
Honolulu, Hawaii 96813

| DATE | INVOICE # |
|---|---|
| 5/5/'04 | 2048458 |

TERMS

| ITEM | QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|---|
| O&ccBrief | | CASE: LOVELAND ACADEMY v. HAMAMOTO<br>CIVIL NO.: CV02-00693 HG/LEK<br><br>DATE TAKEN: APRIL 29, 2004<br>REPORTER: MARJANN SHAWLER<br><br>Transcript of: DEBRA T. FARMER & CHRISTIAN H. BUTT<br>Original and copy<br>Subtotal<br>Tax | 1,246.36<br><br>4.167% | 1,246.36T<br>1,246.36<br>51.94 |

*\*\*Thank you for using Powers & Associates\*\**
*PLEASE INCLUDE OUR INVOICE NUMBER ON YOUR PAYMENT*

TAX ID#: 99-0212572

**Total** $1,298.30

AO83

# Customer Copy

Receipt for Payment

## U.S. District Court - Hawaii

For Internal Use Only

Receipt   212034

Trans   114933

Received From:   CARL M. VARADY
Case Number:
Reference Number:   CV 02-693

| | | |
|---|---|---|
| Check | | 164.00 |
| Total | | 164.00 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| CV FILING FEE | 086900 | 1 | 60.00 |
| CV FILING FEE | 510000 | 1 | 90.00 |
| CERTIFICATION | 322360 | 2 | 10.00 |
| CERTIFICATION | 510000 | 2 | 4.00 |

| | |
|---|---|
| Total | 164.00 |
| Tend | 164.00 |
| Due | 0.00 |

10/29/2002 07:47:16 AM          Deputy Clerk: jp/ET

```
                        THE JUDICIARY
            CIRCUIT COURT OF THE FIRST CIRCUIT
                           FISCAL
                          RECEIPT            NO: CR  478786
```

CASE NO: FI-GV-0000-0-000002-0000                          10/30/2002   08:35 A.M.
RECEIVED FROM:
   FI-CC-0002-1-002544-0000
   CARL M VARDAY

THE SUM OF:          200.00

CREDIT TO:
   CIVIL                                   GOVT REALIZATION

DESCRIPTION:    COMP/LOVELAND ACADEMY VS STATE OF HAWAII

[ ] CASH              [X] CHECK BOH 3014 10/28/02              [ ] TRANSFER

    T/R GOVT REAL                                                   200.00


                                    TOTAL                           200.00
                              ─────────────────
                                  CLERK - 19



                          GENERAL LEDGER INFO

CASE NO: FI-GV-0000-0-000002-0000                          10/30/2002   08:35 A.M.

DEBIT                                                               AMOUNT
1320 FIRST HAWN BK CHK                                              200.00


CREDIT                                                              AMOUNT
9814 T/R GOVT REAL                                                  200.00

```
                        THE JUDICIARY
              CIRCUIT COURT OF THE FIRST CIRCUIT
                           FISCAL
                          RECEIPT           NO:  CR  478787
```

CASE NO: FI-T9-0000-0-000002-0000                    10/30/2002  08:36 A.M.
RECEIVED FROM:
  FI-CC-0002-1-002544-0000
  CARL M VARDAY

THE SUM OF:          25.00

CREDIT TO:
  INDIGENT SERVICES                         SURCHARGE

DESCRIPTION:   SURCHG/LOVELAND ACADEMY VS STATE OF HI

[ ] CASH          [X] CHECK BOH 3014 10/28/02         [ ] TRANSFER

    T/R MISCELLANEOUS                                          25.00


                                           TOTAL               25.00
                                     ------------------------
                                           CLERK - 19


                        GENERAL LEDGER INFO

CASE NO: FI-T9-0000-0-000002-0000                    10/30/2002  08:36 A.M.

DEBIT                                                          AMOUNT
1320 FIRST HAWN BK CHK                                          25.00


CREDIT                                                         AMOUNT
9813 T/R MISC TRS ACCT                                          25.00

# CARL M. VARADY
## ATTORNEY AT LAW

Pacific Tower
1001 Bishop Street
Suite 2870
Honolulu, Hawai'i 96813
Telephone 808/523-8447
Facsimile 808/523-8448

December 4, 2002

## SHERIFF INSTRUCTIONS

TO: Dennis Nakata

FROM: Carl M. Varady, Esq.

RE: *Loveland v. State,* Civil No. 01-1-2544-10

---

Sheriff Nakata:

Please find enclosed:

Complaint; Summons for service on State of Hawaii, Attorney General's Office 425 Queen Street

| | |
|---|---|
| Fee | $25.00 |
| Mileage | $ |
| Total | $25.00 |

_____
Carl M. Varady

# CARL M. VARADY
### ATTORNEY AT LAW

Pacific Tower
1001 Bishop Street
Suite 2870
Honolulu, Hawai'i 96813
Telephone 808/523-8447
Facsimile 808/523-8448

December 4, 2002

## SHERIFF INSTRUCTIONS

**TO:**   Dennis Nakata

**FROM:**   Carl M. Varady, Esq.

**RE:**   *Loveland v. Hamamoto,,*   CV02-00693 HG/LEK

---

Sheriff Nakata:

Please find enclosed:

Complaint; Summons for service on Patricia Hamamoto, 1390 Miller Street; Attorney General's Office 425 Queen Streete

Fee         $50.00

Mileage     $

Total       $50.00


                                            Carl M. Varady

## **CERTIFICATE OF SERVICE**

I certify that a copy of the attached document was served electronically using the Court's CM/ECF system, on the date indicated below, addressed to:

Holly T. Shikada, Esq. holly.t.shikada@hawaii.gov
Cheryl.H.Oeda@hawaii.gov
Aaron H. Schulaner, Esq. aaron.h.schulaner@hawaii.gov

DATED:   Honolulu, Hawai'i, July 3, 2008.

/s/ Carl M. Varady

CARL M. VARADY