ORIGINAL

MARK J. BENNETT          2672
Attorney General of Hawai'i

AARON H. SCHULANER       6954
HOLLY T. SHIKADA         4017
Deputy Attorneys General
235 S. Beretania Street, Room 304
Honolulu, Hawaii 96813
Telephone: (808) 586-1255
Facsimile: (808) 586-1488
E-Mail: aaron.h.schulaner@hawaii.gov

Attorneys for Defendants

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 03 2008

at ___ o'clock and ___ min. ___M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| LOVELAND ACADEMY, L.L.C, PATRICIA DUKES, PH.D., AND PARENTS AT LOVELAND SCHOOL,<br><br>Plaintiffs,<br><br>vs.<br><br>PATRICIA HAMAMOTO, Superintendent of the Hawaii Department of Education, HERBERT WATANABE, Chairperson, Hawaii Board of Education,<br><br>Defendants. | CIVIL NO. 02-00693 HG-LEK<br><br>NOTICE OF WITHDRAWAL OF AARON H. SCHULANER AS COUNSEL FOR DEFENDANT; CERTIFICATE OF SERVICE |

NOTICE OF WITHDRAWAL OF AARON H. SCHULANER
AS COUNSEL FOR DEFENDANT

292581_1.DOC

Pursuant to LR 83.6(b) of the Local Rules of Practice of the United States District Court for the District of Hawaii, Aaron H. Schulaner hereby withdraws as counsel for Defendant. Mr. Schulaner will no longer be with the Attorney General's office, effective July 15, 2008. Defendant will continue to be represented by Deputy Attorney General Holly T. Shikada.

DATED: Honolulu, Hawaii, July 3, 2008.

_____
AARON H. SCHULANER
HOLLY T. SHIKADA
Deputy AttorneysGeneral

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify, a true and correct copy of the foregoing document was duly served, on this date, upon the following individual(s) in the manner indicated:

| | |
|---|---|
| CARL M. VARADY, ESQ.<br>AMERICAN SAVINGS BANK TOWER<br>1001 BISHOP STREET, SUITE 2870<br>HONOLULU, HAWAII 96813 | [ X ] HAND-DELIVERY<br>[ ] U.S. MAIL<br>[ ] FAX<br>[ ] E-MAIL |

DATED: Honolulu, Hawaii, July 3, 2008.

_____
AARON H. SCHULANER

292581_1.DOC